# ARTI, LLC    *Accident Reconstruction – Technical Investigations*

P.O. Box 30171 / Little Rock, AR 72260-0171
Joel T. Hicks, P.E. (501) 455-5405 / William H. Ford, P.E. (501) 316-1716

## Supplemental

January 14, 2005

Mr. David Hodges
Hodges Law Firm
Centre Place, Fifth Floor
212 Center Street
Little Rock, AR 72201

     Re:   Oxford v. L. & L. Enterprises, Ol' Man

Dear Mr. Hodges,

     This report continues the investigation addressed in my preliminary report dated October 28, 2004 and should be considered a supplement to that report.
     Subsequent to that report the following items have been reviewed:
- Various tree stand design documents
- Reports by L. Smith and L. Burck
- A clear copy of instructions for the use of the subject stand supplied by the manufacturer
- A chain-on version of the stand.

     In the preliminary report it was concluded that the cause of the incident was the release of the ratchet strap hook from its bolt. That opinion has not changed. Testing of a suitable exemplar was expected to support this conclusion. However, a suitable exemplar has not yet been produced.

     Numerous contacts by this writer and others eventually produced a chain-on version of the stand. This version differs from the subject stand in the area of interest in that it utilizes a chain and hook system to provide attachment to the tree while the subject stand employs a ratchet strap and bolt.

     Alterations were made to the acquired stand to allow it to essentially perform as a suitable exemplar. However, as the focus of testing would be the performance of the hook-to-bolt attachment, it was important to accurately reproduce the hook.

     As the ratchet strap might be considered a replacement part, it was anticipated that the manufacturer would be able to provide such. However, contact with the manufacturer revealed that they do not have replacement straps and do not expect to have any until the middle of 2005. Calls to several dealers also failed to produce a replacement strap.

Exhibit "F"

January 14, 2005
Mr. David Hodges                                                                    Page 2

The subject ratchet strap is similar to those found in common retail outlets except for the hook, which is unique in shape and in the fact that it includes a spring-loaded keeper latch. See Plate 1. Acting on this fact, a ratchet strap was acquired and attached to the modified stand. All that remains to produce a suitable exemplar for testing is the acquisition of a hook.

The supplier of the subject hook was determined to be Wirewright Mfg. of Oxford, AL. Documents indicate that the part number of the hook is MS463-450-B. See Appendix A for a copy of the Wirewright product drawing/specification document. It is understood that your office made an effort to purchase a hook, but was denied, with the Wirewright representative stating that they required authorization from Ol'Man before they would sell the hook. Correspondence indicates that this effort was made on January 5, 2005. Had the hook been acquired then, our schedule would have allowed for testing to have been completed prior to deadline.

With these extraordinary efforts failing to provide a suitable exemplar, it is notable that both defense experts were provided complete exemplars for their testing as noted in their reports that were produced in late November.

Additional Inspection & Discussion

Inspection conducted since the previous report reveals a possible explanation for the distortion of the vertical structure of the subject stand and the broken seat arm. Considering the distortion of the left seat pivot, it indicates that the seat arm assembly was in "flipped up" position when the distortion occurred. See Plate 2. In this position, a sharp impact to the outboard tip of the right seat arm would provide the approximate direction of force to both distort the frame and break the arm in the manner observed. It is quite possible for the arm to come to this position during the fall to the ground.

Consider now the relationship, or lack thereof, of the tree attachment system and the seat arm assembly. Put in the form of a question, would the breaking of the arm lead to the release of the hook or would the release of the hook lead to the breaking of the arm?

The tree attachment system consists of the frame and its pegs that contact the tree, the bolt to which the ratchet strap attaches and the ratchet strap assembly. If the seat arm assembly were completely removed from the stand, the tree attachment system would still perform as before. It is difficult to envision a scenario where the fracture of the arm would cause the release of the strap hook.

Considering this in conjunction with the witness statements, the likelihood is that hook released first. The arm fractured and the frame distorted when the stand impacted the ground, which, according to Mr. Oxford, was hard and dry at the time.

The deformation of the hook latch is most remarkable. Its current position would indicate that it was heavily side loaded at some point. Various placements of the hook on the bolt reveals that if the hook is attached from the front of the stand, that is the side of the frame away from the tree, the latch is subject to the side loading required to produce the current deformation. See Plate 3.

Case 3:04-cv-00196-GTE   Document 55-3   Filed 03/07/06   Page 3 of 75

If the hook is installed from the front side of the stand and the strap tightened, the hook will be loaded in a way that is not recommended by hook manufacturers. The recommended loading for a hook of this type would with the hook in line with the strap and the load applied to the "bottom" of the hook. As seen in Plate 4, attachment to the front of the frame results in a loading configuration where the hook is supported by the frame and the strap tension would tend to lever the hook off of the bolt. With the latch pushed to the side, it might be possible for the hook to disengage from the bolt.

The instructions on how to apply the hook to the stand are contained in page 8 of the Ol'Man instructions. See Appendix B for a copy of this page, which was found in Defendant's Response to Request for Production No. 10. The specific instruction is contained in Figure 10 on the page. See Plate 5 for an enlarged scan of Figure 10.

Careful consideration of Figure 10 reveals that the stand is seen from a vantage point not possible in actual practice. It shows the rear of the stand facing the viewer. This is the side of the stand that would be in contact with the tree. From this vantage point, the tree would be between the viewer and the stand and the stand would not be visible. It could leave the viewer with the impression that they are observing the stand from the front side.

Refer now to Plate 6, which shows the stand from the front with the hook applied to the front of the stand. The tree would be beyond the stand. Note the similarity to Figure 10. Recall that this is the hook position shown in Plate 4, which produces an undesirable loading condition and possible disengagement.

It should now be evident that for meaningful exemplar testing to be conducted, the conditions existing at the time of the incident must be duplicated as closely as possible, especially with regard to the hook.

The following two paragraphs address an alternative attachment method and are quoted directly from my previous report. The Plate numbers have been edited to match the order of the Plates here.

----------------------------------

An alternative method of attaching a ratchet strap to the stand would be to weld a rectangular metal bar across the stand in the area now occupied by the bolt. This bar would include a pair of suitable holes, one in each end, to receive hooks. This would allow for the use of a standard ratchet strap, which typically includes a hook on each end. See Plate 7. The cost and weight of this extra component might be offset somewhat by the elimination of the bolt and one of the crossmembers. Its welding operation could be included in the welding of the other crossmembers.

This arrangement would present the user with a secure place to hook the strap without concern as to the precise orientation of the hook. See Plate 8. It also allows for the regular replacement of the strap without disassembly of the bolt. It is generally recommended that the fabric components of a treestand be replaced yearly or when damaged. It should be noted that while the bar is shown on the subject stand in Plates 7 and 8, it was simply placed on the stand for illustrative purposes and the subject stand was not altered.

----------------------------------

January 14, 2005
Mr. David Hodges                                                                                          Page 4

    In summary, it is my opinion that the subject incident was caused by the disengagement of the hook from its bolt.  The damage to the arm and frame was likely caused by the stand impacting the ground.  It is also my opinion that the instructions of how the user should attach the hook are unclear and misleading.

    As addressed in my previous report, it is my opinion that the use of a fall protection device is impractical while ascending or descending a ladder stand.

    Thank you and please feel free to call at your convenience.

Very truly yours,

**ARTI,** LLC

William H. Ford, P.E.

WHF/wf 4101

January 14, 2005
Mr. David Hodges                                                                    Page 5



PLATE 1:        A view of the subject strap hook.



PLATE 2:        A view of the left seat pivot.

January 14, 2005
Mr. David Hodges                                                                                    Page 6



PLATE 3:         A view of the subject hook placed on its bolt from the front side of the
                 stand. Note the position of the latch. This was done gently with no load
                 applied.



PLATE 4:         A view of the hook attached from the front of the stand. The left arrow
                 indicates the direction of strap tension. The right arrow indicates the hook
                 in contact with the frame.

January 14, 2005
Mr. David Hodges                                                                    Page 7



PLATE 5:        An enlargement of Figure 10 from page 8 of the installation instructions.
                The tree would be between viewer and the stand.



PLATE 6:        A view of the front of the stand with the hook applied as seen in Plate 4.  The
                tree would be beyond the stand.

January 14, 2005
Mr. David Hodges                                                                                    Page 8



PLATE 7:        A view of the suggested ratchet strap modification.   The arrow indicates
                the referenced bar.  The hooks are part of a separate ratchet strap.



PLATE 8:        A view of a hook in Plate 7 reversed, to show the versatility of the design.

January 14, 2005
Mr. David Hodges                                                                    Page 9

Appendix A

Wirewright Mfg. Drawing

January 14, 2005
Mr. David Hodges                                                  Page 10



MS-163-0440-B
Material: Mild Steel
Finish: Resin Black
Breaking Strength:
High: 1,030 lbs.
Low: 1,000 lbs.
Avg: 1,115 lbs

Attn: Cody

January 14, 2005
Mr. David Hodges                                                                          Page 11

## Appendix B

Ol'Man Installation Instructions Page 8

January 14, 2005
Mr. David Hodges                                                                                          Page 12

---

### Ratchet Strap Attachment System

**Important Note:**

With a fixed position treestand you will need to select some type of professionally designed and manufactured climbing system to reach your desired hunting height. (e.g. The "Ol'Man ComPack Ladder" Model CPL, refer to page 9).

---

### ATTENTION

**DANGER! STOP NOW!** Make sure that you are wearing your manufacturer provided chest-harness fall restraint device, and that its seat belt and lanyard is connected to the tree you intend on attaching your treestand to! Refer to the Steps 8 & 9 in the section labeled "USING YOUR CHEST HARNESS FALL RESTRAINT DEVICE" for instructions.

---

**Step 1:** Once you have reached your desired hunting height, and prior to attempting to attach your treestand, properly secure (refer to Steps 8&9) your chest-harness fall restraint device (we recommend a Full Body Harness with D-Rings and Lineman's Belt) to the trunk of the tree. Hoist your treestand up by using a pull-up rope (not provided with stand). Next, position the platform on the tree trunk at a height 2 rungs below the top of your ladder or climbing aid.

**Step 2:** With the standing platform in the upright position (refer to Figure 9), and the treestand positioned against the tree trunk, wrap the ratchet strap assembly around the tree trunk and attach the hook and onto the same bolt that the sewn-end is attached to (refer to Figure 10). With the ratchet disengaged and the strap unspooled pull the loose end removing excess slack from the 1" wide strap and engage the ratchet mechanism (refer to Figure 11). Make certain that all the slack has been taken out of the strap and it is firmly ratcheted tight.



Figure 9 - Wrapping the
Ratchet Strap Around the Tree



- Engaged
- Ratcheting
- Disengaged

Figure 11 - Ratchet Strap operation



Figure 10 - Attaching the
Hook End to the Bolt



Figure 12 - Rotating the
Standing Platform Down

**Step 3:** You are now ready to rotate the standing platform into position. Lowering the standing platform creates a camming action causing the stand to bind to the tree. Once the standing platform has been lowered, check to make sure that the standing platform is rigid. **Note:** It is recommended that you set your treestand before applying your full weight. To set your treestand, position yourself above the platform with one foot still on the ladder or climbing aid, and then firmly step onto the center of the platform with one foot (refer to Figure 13). If the stand moves or slides, raise the standing platform, further tighten the ratchet strap - taking up any slack. Once again, lower the standing platform (refer to Figure 12) making sure that the treestand is rigid prior to stepping down onto the standing platform (refer to Figure 13). Once on the standing platform, slide your fall restraint tree belt up the tree trunk as far as possible and adjust the lanyard strap (adjustment from 2 - 4 feet) adjustment slide as short as possible, while not encumbering your freedom to move about the stand. Remember, the shorter the lanyard the shorter the distance you may fall before being restrained! Fold down the seating portion and sit down (refer to Figure 14).



Figure 13-Stepping Down
Firmly to Set the Stand



Figure 14 - Final
Sitting Position

8

# ARTI, LLC   *Accident Reconstruction – Technical Investigations*

P.O. Box 30171 / Little Rock, AR 72260-0171
Joel T. Hicks, P.E. (501) 455-5405 / William H. Ford, P.E. (501) 316-1716

## Second Supplemental

January 26, 2005

Mr. David Hodges
Hodges Law Firm
Centre Place, Fifth Floor
212 Center Street
Little Rock, AR 72201

Re:    Oxford v. L. & L. Enterprises, Ol' Man

Dear Mr. Hodges,

This report continues the investigation addressed in the preliminary report dated October 28, 2004 and the supplemental report dated January 14, 2005.

Subsequent to the January 14, 2005 report the following has occurred:

- An exemplar stand has been received and tested
- The alternative design addressed in the previous reports has been assembled and simple testing conducted.

It is my understanding that this particular exemplar was supplied by the defendant. It was delivered to ARTI by your office. As received, it was not similar to the subject in all regards. There are three varieties of the Tara AirElite II, each employing a different tree attachment method: ratchet strap, chain, and cam strap. This exemplar was the cam strap design. Fortunately, the hook supplied on the cam strap was mostly similar to the hook on the subject stand. To produce a useful exemplar, the hook was removed from the cam strap and installed on a generic ratchet strap. See Plate 1. This ratchet strap was then installed on the exemplar stand to produce the final exemplar. This exemplar will be referred to as Ex02. It should be noted that there are slight differences in the shape of the exemplar hook and the subject hook.

Testing of Ex02 reveals that when the hook is attached to its bolt from the front of the stand, as seen in Plate 2, and the stand loaded with approximately 286 pounds, it is possible for the hook to disengage from the bolt. The tightening of the ratchet strap and the resulting side load on the hook latch would push the latch to the side. After the disengagement, the hook latch had been deformed into a configuration much like that seen in the subject hook latch. See Plate 3.

Exhibit "G"

The loading and release of the hook from its bolt was repeated numerous times. In some instances the hook would remain on the bolt. When the hook did disengage, the usual result was the hook snagging on the adjacent frame member. However, when the hook latch was shaped to closely match the subject latch, the hook released from the bolt without catching on the frame and the stand would fall. The critical feature appeared to be the latch-to-hook tip clearance.

It should be noted that it is not known whether these test conditions closely match the conditions at the time of the incident, as those precise conditions are not known. This testing merely confirms that it is possible for the hook to disengage from the bolt when it is applied from the front of the stand and that this resulted in a deformed hook latch similar to the subject latch.

This finding would support the previously stated opinion that the likely cause of the subject incident was the disengagement of the ratchet strap hook from its bolt. Other opinions remain unchanged.

The first exemplar (Ex01) was utilized to fashion an alternative design as described in the previous reports. A rectangular bar was bolted to the frame. Holes in each end of the bar provide locations to hook a generic ratchet strap. A simple load test was conducted by placing approximately 286 pounds on the seat. See Plate 4. No remarkable behavior was noted.

In actual production, it would be expected that the rectangular bar would be welded to the frame, perhaps in the same operation that the other welding is performed. This alternative design, after refinement, would offer an unambiguous method of attaching the ratchet strap hooks and would allow for the use of commercially available ratchet straps. This hook-in-hole method of attachment is commonly used to secure ladder stands to trees.

Thank you and please feel free to call at your convenience.

Very truly yours,

ARTI, LLC

William H. Ford, P.E.

WHF/wf 4101

January 26, 2005
Mr. David Hodges                                                                      Page 3



PLATE 1:          A view of the exemplar hook installed on a generic ratchet strap.



PLATE 2:          A view of Ex02 with the hook applied from the front of the stand.  Note
that the strap tension has displaced the hook latch (indicated by the arrow).

January 26, 2005
Mr. David Hodges                                                                    Page 4



PLATE 3:          A view of the tested hook (Ex02) and the subject hook.



PLATE 4:          A view of Ex01 with the alternative design hook attachment.

**SEE VIDEO TAPE DEPOSITION OF PLAINTIFF**

**video tape in original file**

Exhibit "H"



Exhibit "I"













**SEE VIDEO TAPE OF LJ SMITH DATED 2/15/05**

**video tape NOT filed with this motion**

Exhibit "J"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


GARY OXFORD                                              PLAINTIFF


vs.                        No.   3:02CV380GTE


L & L ENTERPRISES
OL'MAN                                                   DEFENDANT


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF MR. GARY OXFORD

May 14, 2003

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

APPEARANCES:

Mr. Randel Miller
Attorney at Law
1009 South Main
Jonesboro, AR  72401                  For the Plaintiff

Mr. Michael E. Mullally
SNELLGROVE, LANGLEY,
 LOVETT & CULPEPPER
P.O. Box 1346
Jonesboro, AR  72403-1346

Mr. Peter A. Lentini
RAWLE & HENDERSON, LLP
Ten Lake Center Executive Park
Suite 204
401 Route 73 orth
Marlton, NJ  08053                    For the Defendant


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WARD'S REPORTING SERVICE
Rosemary Ward, Ed.S., CCR
1728 Westwood Cove
Jonesboro, Arkansas  72401
Telephone No. (870) 935-1918

Exhibit "K"

Page 2

## STIPULATIONS

It is agreed that the deposition of MR. GARY OXFORD

was taken in the above-captioned cause in the law offices

of Michael E. Mullally, SNELLGROVE, LANGLEY, LOVETT &

CULPEPPER, P.O. Box 1346, Jonesboro, Arkansas, commencing

at 10:15 A.M. on the 14th day of May, 2003, and may be

used in any manner pursuant to the provisions of the

Arkansas Rules of Civil Procedure.

All formalities as to notice, the taking,

transcribing, signing, transmitting and certification of

said deposition are hereby waived, but any objections as

to the competency, relevancy and materiality of the

testimony are hereby reserved and may be made at the time

of the trial except as to the form of the question.

Page 3

## INDEX OF TESTIMONY

--------------------------------------------------------

Name of Witness    Direct    Cross    Re-Direct    Re-Cross

--------------------------------------------------------

MR. GARY OXFORD

  (Mr. Lentini)    4    124

  (Mr. Miller)    130

  (Mr. Mullally)

## INDEX OF EXHIBITS

### Introduced    Located

Defendant's Exhibit 1, 58 Page

Statement of Mr. Oxford (1-28-02)    28    133

Defendant's Exhibit 2, Safety

Harness (Retained by Mr. Miller)    49

Defendant's Exhibit 3, Receipt

From Harps    57    134

Defendant's Exhibit 4, Tree Stand

(Retained by Mr. Miller)    66

Defendant's Exhibit 5, Diagram by

Plaintiff of Accident Scene    88    135

Defendant's Exhibit 6, Ol'Man

Advertisement    119    136

Defendant's Exhibit 8, Instructions    123    137

    * * * * * * * * *

REPORTER'S CERTIFICATE    138

Page 4

1    MR. GARY OXFORD, after first being duly sworn or

2 affirmed, testified as follows:

3 DIRECT EXAMINATION

4 BY MR. LENTINI:

5 Q    Mr. Oxford, my name is Peter Lentini.    I'm an

6 attorney representing Ol'Man, L & L Enterprises in

7 connection with your lawsuit.    I've come to take your

8 deposition today and that simply means that I am going to

9 ask you a series of questions and you have, uh, just taken

10 an oath to provide with me with honest and complete

11 answers to the questions.    That does not mean that you

12 have to have an answer for every question.    If there is

13 something that you don't know just tell me that you don't

14 know.    If there's something that you don't remember, tell

15 me you don't remember.    If you have a gap in your memory,

16 uh, don't guess and fill it in, okay?

17 A    Okay.

18 Q    I want to know what you know and if you can estimate

19 something for me, it's okay to estimate, but I don't want

20 you to guess.

21 A    Okay.

22 Q    Uh, additionally, it's easier on the court reporter

23 if you and I don't speak at the same time so even if some

24 of my questions may be obvious, if you wait till I finish

25 and I will do the same for you.

Page 5

1 A    Okay.

2 Q    What is your, uh, complete name?

3 A    Gary Davis Oxford.

4 Q    Date of birth?

5 A    October the 16th 1951.

6 Q    Social security number?

7 A    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.

8 Q    Married?

9 A    Yes, I am.

10 Q    When?

11 A    Last married March the 27th of this year.

12 Q    And to whom?

13 A    Connie Lynn Long.

14 Q    L-O-N-G?

15 A    Correct.

16 Q    And were you married prior to that?

17 A    Yes.    I was.

18 Q    When and to whom?

19 A    To Patricia Lee Purtle.

20 Q    How do you spell that last name?

21 A    P-U-R-T-L-E, and we were married May the 11th 1991.

22 Q    And when were you divorced?

23 A    January of this year.

24 Q    And were you married before Patricia?

25 A    Yes.    I was.

Page 6

1 Q  And to whom and when? –

2 A  Helen Constance Coulier.  We got married in 1982,

3 and divorced in '91.

4 Q  Do you have any children?

5 A  Yes, I do.

6 Q  Alright.  Names and ages?

7 A  My oldest son is Jeffrey Davis Oxford.  He's twenty-

8 nine.  Jeremy Wayne Oxford; he's twenty-seven. Kristin

9 Ashley Oxford; she's nineteen.

10 Q  Are they all from the first marriage?

11 A  No.  They are not.

12 Q  Okay.  Are they...who are the mothers of these

13 children?

14 A  The mothers of the two boys was Catherine Elizabeth

15 Helms.

16 Q  H-E. . .

17 A  L-M-S.

18 Q  Okay.

19 A  And my daughter, uh, her mother is Helen Constance

20 Coulier.

21 Q  Okay.  And have you covered all your marriages?

22 A  No.  You did not cover my first marriage to, uh,

23 Catherine Elizabeth Helms.

24 Q  Okay.

25 A  That was from 1971 until 1982.

Page 7

1 Q  What's your educational background?

2 A  I attended Mecklenburg Community College in

3 machinist technology, machine technology program.

4 Q  When?

5 A  That was in 1973 to 1975.

6 Q  Did you get a degree?

7 A  I did not finish.

8 Q  What did you study?

9 A  Machine, machinist program and machine processes.

10 Q  Alright. Tell me about your. uh, working history.

11 A  From 1970 until 1971, I was in the U.S. Air Force.

12 From 1971 until 1978, I worked for Teledyne. From 1978

13 to 1982, I worked for King Fifth Wheel Tube Turns. From

14 1982 to 1984, I worked for the Blytheville Police

15 Department.

16 Q  As an officer?

17 A  Yes. From 1984 to 1985, I worked for Prisoners Transport

18 Service, contracted by the Department of Justice and

19 1985 to 1986, I worked for Nautalis - Texas.

20 Q  Okay.

21 A  1986 to 1988, I was back in school again at Texas

22 State Technical Institute; computer electronics program.

23 Q  Okay.

24 A  1988 to 2000, I worked for Nucor Yamato Steel.

25 Q  Spell that.

Page 8

1 A  N-U-C-O-R Yamato, Y-A-M-A-T-O, Steel Company. From

2 03 of 2000 to 06 of 2001, I worked for Environmental

3 Products and Research.

4 Q  Okay.

5 A  From 06 2001, to October the 19th of 2001, I owed my

6 own business, which was Technology Butlers.

7 Q  From June of '01, to when?

8 A  October the 19th of 2001.

9 Q  Technology?

10 A  Butlers.

11 Q  What did that do?

12 A  Computer repair, sales and service.

13 Q  Okay.

14 A  From October the 19th until February of 2002, I was

15 unemployed due to injuries.

16 Q  Okay.

17 A  From February of 2002, until December of 2002, I was

18 employed by Pest-O-Kill.

19 Q  Okay.

20 A  From December 2002, until this date I am unemployed.

21 Q  What did you do for Pest-O-Kill?

22 A  I was the operations manager.  I'm also one of the

23 co-owners of the business, as secretary/treasurer.

24 Q  Is that business still in business?

25 A  That's correct.

Page 9

1 Q  Now, why did you stop working there in December of

2 '02?

3 A  That's when I drew my last pay check and I was not

4 able to continue on due to the injuries that I had

5 suffered. I wasn't able to competently carry on the job.

6 Q  What did you do Pest-O-Kill?

7 A  I was the operations manager.

8 Q  What did the operations manager job require you to

9 do?

10 A  Uh, over see all production as with being out on the

11 floor continuously, supervise the shipping and receiving.

12 Q  What else?

13 A  Maintain the overall operation of the facility,

14 including the building maintenance.

15 Q  Did you actually have to perform the maintenance

16 yourself?

17 A  I did as best I could, yes.

18 Q  Have you hired somebody to replace yourself?

19 A  Other members of the board have taken over that as

20 the CEO stepped in and took over most of the

21 responsibilities and a couple other members of the board,

22 co-owners have also helped out in that capacity.

23 Q  Can you list for me the members of the board?

24 A  Yes. Dave Abbott, is the CEO and president.

25 Q  Keep going. Don't wait for me.

Page 10

1 A  Oh, I'm sorry.  Abdul Kider is the first vice
2 president.
3 Q  How do you spell Kider?
4 A  K-I-D-E-R; first vice president.  I'm the secretary
5 and treasurer.  Randel Miller is the general counsel.
6 Khaled Chowdury is the second vice president.
7 Q  Can you spell that one?
8 A  K-H-A-L-E-D C-H-O-W-D-U-R-Y.
9 Q  Exactly how I was going to spell it.  What is...what
10 does he do?
11 A  He is the second vice president, I believe.
12 Mohammad Ali is a member of the board, along with Danny
13 Green and Jerry Crain.
14 Q  Crane with a C?
15 A  C-R-A-I-N.
16 Q  How's the Company doing?
17 A  It's a start up.
18 Q  What does that mean?
19 A  It's progressing slowly.  Our contracts are coming
20 from overseas and everything looks very positive.
21 Q  Is there a particular country that's providing you
22 with your orders or. . .
23 A  No.  It's coming from a variety of third world
24 countries in the middle east.
25 Q  Has the Company shown any profit?

Page 11

1 A  No, sir.
2 Q  How long has that Company been up and running?
3 A  Officially, we started September...September of
4 2001, I believe, is when we signed the contract with our
5 overseas partners.
6 Q  Them partners, they were going to manufacture a
7 product for you?
8 A  Uh, they were investment partners, also included in
9 sales and distribution.  They were our overseas contacts
10 in the middle east area.
11 Q  And what does Pest-O-Kill...what are they in the
12 business of doing?
13 A  To manufacture a mosquito killing machines.
14 Q  One particular machine, or. . .
15 A  No.  We have, we have two prototypes that we've
16 actively tested and we have one machine that is on the
17 market at this time, is being sold.
18 Q  Does it come in different sizes or is it just one
19 machine you're selling right now?
20 A  Just one machine.
21 Q  Do you have any idea how many of these things you've
22 sold?
23 A  To date, I do not.
24 Q  Has it been in the hundreds or thousands?
25 A  I do not know.

Page 12

1 Q  Are you manufacturing state side or overseas?
2 A  State side.
3 Q  And was it the manufacturing facility that you
4 worked at when you were employed?
5 A  That's correct.
6 Q  Over seeing the actual manufacture of the equipment
7 and the purchasing of the parts and so forth?
8 A  That's correct.
9 Q  Without giving away any kind of proprietary secrets,
10 how does this thing work?
11 A  It attracts the mosquitos and kills them.
12 Q  Electricity, poison, what's the deal, I mean, give
13 me your sales pitch?
14 A  I am not a sales person.  I can give you the
15 technical aspects of the machine.  Mosquitos are attracted
16 by heat, because they see in infrared.  They are attracted
17 by CO which is the breathing output that all mammals and
18 animals give off, and they're also attracted by
19 respiratory air movement.  What we did was create and
20 artificial animal that attracted them using CO and heat
21 in the machine.  They are sucked in and there's an
22 electrocution grid in the bottom of the machine that
23 electrocutes the mosquitos and spits them out the bottom.
24 Q  A lot of mosquitoes in the middle east?
25 A  You can't believe.

Page 13

1 Q  May I suggest you sell these things in Minnesota as
2 well.  I've been to Minnesota.  I'll tell you my story
3 about that day in the woods in Minnesota once.  I thought
4 they were going to pick me up and carry me off there were
5 so many mosquitoes in Minnesota.  What physical
6 limitations do you have that required you to stop working
7 at Pest-O-Kill?
8 A  I can't stay on my feet any length of time due to
9 pain in my lower right back.  I'm unable to pickup
10 anything more than five pounds due to the pain in my left
11 wrist and my lower back.  I'm not able to stay seated any
12 length of time.
13 Q  And you say you can't stay on your feet or stay
14 seated for any length of time, what is any length of time?
15 A  I can't stay on my feet more than ten minutes
16 without sitting down.  If I'm seated more than thirty
17 minutes I have to get up and move around or find a
18 reclining position.
19 Q  And that job you would have wouldn't afford you the
20 ability to change positions frequently enough to maintain
21 a comfort level?
22 A  No.  It wouldn't.
23 Q  Did the job entail too much sitting or too much
24 standing?
25 A  Way too much standing.  I'm not able to walk any

Page 14

1 distance.

2 Q What is any distance, I mean, can you walk a hundred

3 yards, or. . .

4 A No. Uh, twenty to thirty yards and then I start

5 having pain in my back.

6 Q Any particular area of your back?

7 A My lower right back and my legs start to go numb.

8 Q And does that happen just some of the time if you

9 walk a great distance or all the time?

10 A All the time.

11 Q You get numbness in both legs?

12 A Primarily in the right, but I do get numbness in

13 both legs.

14 Q In any particular part of the leg or. . .

15 A Through my calf and in my right side of my thigh, on

16 the right leg. On the left leg it's in the, uh, left

17 thigh.

18 Q And if you get off your feet and sit down, does that

19 numbness go away immediately or is that something that

20 takes time?

21 A It takes some time.

22 Q Five minutes or ten minutes?

23 A Uh, it varies, depends on how long I've been up on

24 my feet.

25 Q Varies from what to what?

Page 15

1 A From incident to incident.

2 Q I mean, does it vary from where sometimes you sit

3 down the numbness goes away immediately, uh, and then

4 other times it may take four hours or does if vary from

5 two minutes to ten minutes? What's the, what's the

6 shortest amount of time it takes for that numbness to

7 disappear and the longest?

8 A I've never really noticed. My best guess would be,

9 it takes at least five minutes before I'm comfortable and

10 there again I can't sit very long because then I start to

11 hurt again, so I have to get up and move or go recline

12 someplace.

13 Q What's the longest you've ever had this numbness?

14 A Several weeks.

15 Q Continuously?

16 A Yes.

17 Q Do you remember...is that just one episode where it

18 lasted several weeks?

19 A No. There's been several episodes.

20 Q Can you recall what those episodes are?

21 A I was up on my feet much longer than I should've

22 been.

23 Q So then you'd have some kind of a numbness that

24 would remain with you for weeks before?

25 A Along with severe pain in the back.

Page 16

1 Q Do you seek physicians about these problems?

2 A I have an orthopedic surgeon that I do see plus my

3 home physician, yes.

4 Q And what are their names?

5 A Dr. George Wood is the orthopedic surgeon.

6 Q And where is he located?

7 A He is located in Memphis, the Semmes-Murphy Clinic.

8 Q How often do you see him?

9 A It's been some time since I've seen him. It's been

10 February.

11 Q And prior to your visit in February, how long had it

12 been?

13 A I'm not sure. It'd been on a scheduled appointment

14 that I went to go see him. It was every four weeks, I

15 believe, six weeks.

16 Q Were you discharged in February?

17 A No. I have not been discharged yet.

18 Q You just haven't gone back?

19 A Haven't gone back, that's correct.

20 Q You say February, February of 2003?

21 A That's correct.

22 Q Have you seen him on a regular basis since the time

23 of your accident? That'd be Dr. Wood?

24 A Yes. I have.

25 Q Every six weeks or couple of months, or something

Page 17

1 like that?

2 A It varied and I don't remember the time, uh, between

3 visits. Uh, I would have to get the medical records and

4 review that. I don't remember.

5 Q When you went to see Dr. Wood, with each visit, did

6 he ask you how you were feeling?

7 A That's correct.

8 Q And did you provide him with an accurate answer when

9 he would ask you how you're doing?

10 A Yes. I did.

11 Q Uh, what did he do for you?

12 A Prescribed medication, at one point we did a...he

13 did a facet blocked, to try to relieve the pain, which

14 didn't work.

15 Q And what is a facet block?

16 A That was injections into my lower back.

17 Q Was that one injection or was it a series?

18 A I was several injections in the...at the same time.

19 Q Okay.

20 A There was really nothing else he could do.

21 Q Has he sent you for any physical therapy?

22 A No.

23 Q Have you had any physical therapy from any source

24 since your accident?

25 A No. I have not.

Page 18

1 Q Has anybody ever prescribed physical therapy for
2 you?
3 A Yes, they did.
4 Q Who?
5 A I was prescribed physical therapy when I was
6 discharged from the hospital, from the Med.
7 Q Why didn't you go?
8 A I contacted the physical therapy people in
9 Blytheville. I had no insurance and had no way to pay
10 them, therefore, they refused treatment and I couldn't
11 find anybody else that would treat me.
12 Q Do you know what that physical therapy cost?
13 A I have no idea.
14 Q Did you ask what the cost was per treatment or
15 anything of that nature?
16 A No.
17 Q Do you know for example if it was twenty-five bucks
18 a treatment or seventy-five?
19 A Had no idea.
20 Q Where were you working at the time of your fall?
21 A I was working for myself.
22 Q And you had no health insurance at all?
23 A No, I didn't.
24 Q Where did you get married, in March?
25 A In Little Rock, excuse me. In Jacksonville,

Page 19

1 Arkansas.
2 Q Have any kind of a honeymoon, go anywhere?
3 A We went to Hot Springs for the night.
4 Q Anything else?
5 A No. That was all.
6 Q At the time of your accident were you married?
7 A Yes. I was.
8 Q To Patty Purtle?
9 A That's correct.
10 Q Did she work at that time?
11 A Yes. She did.
12 Q Where?
13 A She was working for Pathway Christian Academy,
14 Pathway Christian Academy.
15 Q Doing what?
16 A As a day care worker.
17 Q Did she have any kind of health care coverage?
18 A No.
19 Q Do you know what type of physical therapy the doctor
20 wanted you to have when you got discharged from the
21 hospital?
22 A Have no idea.
23 Q Do you know the length of time that you were
24 supposed to have physical therapy?
25 A Have no idea.

Page 20

1 Q You don't know if was a couple of weeks or a couple
2 of months, or no idea?
3 A Got no idea.
4 Q You mentioned earlier that you have seen Dr. George
5 Wood, your orthopedic surgeon and also a family doctor?
6 A That's correct.
7 Q Who is that?
8 A Dr. Trent Marcus.
9 Q And where is he?
10 A In Blytheville.
11 Q And how often do you see him?
12 A I saw him quite often for awhile and I haven't seen
13 him now in several weeks.
14 Q From the time of your accident until the past
15 several weeks, is he someone that you would visit on a
16 regular basis?
17 A Yes.
18 Q How regular?
19 A Every other week.
20 Q Why?
21 A I was prescribed narcotics medication and was
22 required to see him in order to have refills.
23 Q What medication?
24 A Oxycontin.
25 Q And why did you...have you stopped seeing him now?

Page 21

1 A I just haven't seen him in sometime.
2 Q Did he do anything for you other than prescribe you
3 oxycontin?
4 A No.
5 Q Who paid for the oxycontin?
6 A I paid for it as best I could.
7 Q Do you owe that doctor money for any of those
8 prescriptions or a pharmacy?
9 A I owe nothing to the pharmacy. I do owe the doctor
10 for visits.
11 Q Do you have any idea, uh, what your out-of-pocket
12 expenses are in connection with this accident?
13 A I got no idea.
14 Q How long have you been hunting?
15 A Since I was eight years old.
16 Q How long have you been deer hunting?
17 A Since I was eighteen.
18 Q How long have you been using tree stands of any
19 kind?
20 A Oh, since the late 70's early 80's.
21 Q Was that first stand that you used, was it something
22 that you built yourself or something you purchased?
23 A It was one I purchased.
24 Q Have you ever hunted from a homemade stand that you
25 built into a tree?

Page 22

1  A  No.

2  Q  So all of your tree stand experiences...some

3  commercially manufactured product?

4  A  That is correct.

5  Q  And do you recall what the first stand was that you

6  purchased in the late 70's early 80's?

7  A  No. I do not.

8  Q  If I said the name would you remember?

9  A  I have owned several, so if you...I don't remember

10  which one I purchased first.

11  Q  By chance it was a Baker?

12  A  Never heard of that name.

13  Q  Never had a Baker?

14  A  No.

15  Q  That is why you're here giving me a deposition

16  today.  Bakers are kind of like boats, based on my

17  experience. Most hunters, the two happiest days are the

18  day they got it and the day they got rid of it. Uh, what

19  tree stands have you owned?

20  A  API, Summit, Loggy Bayou, Tree Lounge, Ol'Man.

21  Q  Is that a partial list or. . .

22  A  That's the list the best that I can remember.

23  Q  And were these climbers, or hang-ons, or ladders?

24  A  They were all climbers with the exception of the

25  Ol'Man stand.

Page 23

1  Q  Do you remember in which order you bought them?  Did

2  you have the API first and then the Summit?

3  A  I don't remember on those two but on the remainder

4  I bought the Loggy Bayou, then bought the Tree Lounge, and

5  then bought the Ol'Man.

6  Q  So those are definitely three, four, five, but you

7  don't remember if API or Summer were one, two or two, one?

8  A  No. No. There may have been one before those two,

9  before the first two. I just don't remember.

10  Q  Did each of these tree stands come with...let me go

11  one at a time. Did the API stand come with instructions?

12  A  I don't remember.

13  Q  Come with a safety belt?

14  A  To the best of my recollection it did come with a

15  safety belt.

16  Q  Do you remember what, uh, year you purchased that?

17  A  No. I don't.

18  Q  Do you remember what the name of the stand was, the

19  model?

20  A  No. I don't.

21  Q  Was it a Grand Slam, or was it a. . .

22  A  Don't remember.

23  Q  Okay. Did the Summit stand come with instructions?

24  A  I do not recall.

25  Q  Did it come with a belt?

Page 24

1  A  Don't recall.

2  Q  Do you remember anything about the model?

3  A  No. I don't.

4  Q  Was it a Vipor, was it a. . .

5  A  Don't remember.

6  Q  Okay. The Loggy Bayou, did that come with a belt?

7  A  Yes. It did.

8  Q  Did it come with instructions?

9  A  Yes. It did, and a video tape.

10  Q  Do you remember what year you got that?

11  A  Around '91, maybe '92.

12  Q  Was it grey or brown?

13  A  It was grey.

14  Q  Did it have a v-bar on the back that went up against

15  the tree or did it have a couple tree teeth that went up,

16  rubber teeth that went up, rubber teeth that hit the tree?

17  A  It had a v-bar with a rubber strap around it, that

18  covered that v-bar.

19  Q  And it had a video?

20  A  That is correct.

21  Q  Did you read the instructions that came with the

22  Loggy?

23  A  Yes. I did.

24  Q  Did you watch the video?

25  A  Yes. I did.

Page 25

1  Q  Did you use the Loggy?

2  A  Yes.

3  Q  For how many seasons?

4  A  I used the Ol'Man when I got...when it broke, that

5  was the first time I used that. Prior to that I had used

6  the Tree Lounge for one season and prior to the Tree

7  Lounge I had used the Loggy Bayou up to that point.

8  Q  Did you buy the Tree Lounge to replace the Loggy?

9  A  Yes. I did.

10  Q  Did you use the Loggy for more than one hunting

11  season?

12  A  Yes, several.

13  Q  Did you ever have any problems with that at all?

14  A  Never.

15  Q  Why did you replace it?

16  A  The seat was uncomfortable.

17  Q  And the Tree Lounge looked more comfortable?

18  A  It looked considerably more comfortable and one of

19  my hunting friends had one and swore by it.

20  Q  Did you like the Tree Lounge when you got it?

21  A  No. I did not. Not after I used it.

22  Q  A little heavy and little noisy?

23  A  Right, and I didn't feel safe in it.

24  Q  Why not?

25  A  There was too much flex in the whole stand.

| Page 26 | Page 28 |
|---|---|

**Page 26**

1 Q You mean, you would sit in it and it would

2 actually...

3 A You would have flex to it and it also limited your

4 abilities to hunt to your right because you were actually

5 sitting down in a reclined position.

6 Q So you shoot right handed?

7 A That's correct.

8 Q So it was easy for you to point the gun off to the

9 left of the stand but difficult for you to swing around

10 to the right?

11 A That's right, without coming completely up out of

12 the stand.

13 Q Do you still have any of these old tree stands?

14 A No. I don't.

15 Q What happened to them?

16 A I sold them.

17 Q Where?

18 A I sold the Loggy Bayou and the Tree Lounge, I

19 believe, Danny Green bought them.

20 Q Did the Tree Lounge come with a safety belt?

21 A Yes, it did.

22 Q Instructions?

23 A Yes, it did.

24 Q A video?

25 A Yes. It come with a video and I was mistaken on the

**Page 27**

1 Loggy Bayou. It didn't come with a video. It came with

2 instructions. The video was with the Tree Lounge.

3 Q Did you read the instructions that came with the

4 Loggy?

5 A Yes. I did.

6 Q Just kind of skim them or did you read them cover to

7 cover?

8 A I read them very, very well.

9 Q Thoroughly?

10 A Yes.

11 Q And when you used your Loggy Bayou did you follow

12 the instructions, uh, to the tee?

13 A Absolutely.

14 Q How about the Tree Lounge, did you read those

15 instructions?

16 A Yes.

17 Q Cover to cover?

18 A Cover to cover.

19 Q Thoroughly?

20 A Yes.

21 Q And did...when you used your Tree Lounge did you

22 follow those instructions to the tee?

23 A That is correct.

24 Q When you used any of these tree stands your API,

25 Summit, Loggy, or Tree Lounge, did you always wear a

**Page 28**

1 safety belt?

2 A I wore the safety belt after I was in I...yes.

3 Q After you were injured?

4 A No.

5 Q After you were in...what were you saying?

6 A I put the safety belt on, put the harness on because

7 that is what I used was a harness after they finally come

8 out. Uh, after I would get up into position then I would

9 attach it to the tree.

10 Q So you would not wear the belt while you were

11 climbing, correct?

12 A That is correct.

13 Q And after you got to your desired height you would

14 then put the belt on?

15 A I would put it onto the tree. It was already on my

16 body.

17 Q Understood. Were...did any of these tree stands

18 come with instructions indicating that you were supposed

19 to wear the belt while you were climbing?

20 A I don't recall.

21 Q When did you get your Ol'Man tree stand?

22 A I don't recall. I would have to go back through

23 this statement and look.

24 Q You've mentioned this statement. I want to go ahead

25 and mark this statement as Defendant's deposition Exhibit

**Page 29**

1 1. For the record it is a fifty-eight page statement that

2 you gave to me on January the 8th of 2002. You have seen

3 that before today, correct?

4 A That's correct.

5 Q I have provided that to your attorney. Has he shown

6 it to you?

7 A Yes. He has.

8 Q And have you had an opportunity to review that

9 statement, uh, that your attorney provided to you?

10 A Yes. I have.

11 Q The statement that you have in front of you, which

12 has been marked as Defendant's Exhibit 1, is that the

13 statement that you have reviewed?

14 A Yes. It is.

15 Q Is the information in that statement...let me just

16 first ask it this way. Is the information in that

17 statement as near as you can recall transcribed correctly?

18 A I believe there was some minor mistakes.

19 Q Okay. And do you know what they were?

20 A I would have to go back through it again and look at

21 it.

22 Q Was it anything substantive or...

23 A I don't recall.

24 Q Okay. Beside from some potential minor mistakes

25 with the transcription, uh, was the information that you

| Page 30 | Page 32 |
|---|---|

**Page 30**

1 supplied in that statement accurate?

2 A  I believe it was.

3 Q  Is there anything when you went through that

4 statement, that your lawyer supplied to you to review,

5 that you read, that you said, gee I was wrong about this

6 or I was mistaken about this. I shouldn't have said that,

7 anything like that at all?

8 A  I don't recall right offhand. I don't think so.

9 Q  So sitting here today...when's the last time you

10 read that statement?

11 A  A couple days ago.

12 Q  When you read it a couple of days ago was there

13 anything that stuck in your mind, where you said, boy that

14 was a mistake or that was wrong?

15 A  I don't think so. I need to take a break. I need

16 to get up and move around if I can.

17 Q  Sure.

18       (REPORTER'S NOTE:  Off the record.)

19 BY MR. LENTINI:

20 Q  Mr. Oxford, during the brake, uh, did you have an

21 opportunity to review your statement?

22 A  Yes. I did.

23 Q  And did you read through your statement?

24 A  Yes. I did.

25 Q  And is there anything in your statement which has

**Page 31**

1 been marked as Defendant's Exhibit 1, that you believe to

2 be inaccurate or that is in need of correction?

3 A  Uh, there was...I found one place that needed. . .

4 Q  Put a mark on it?

5 A  Uh, on page twenty.

6 Q  Okay. What on page twenty of your statement?

7 A  Uh, you asked me did I carry that Ol'Man tree stand

8 up, uh, it was actually handed up to me by Danny Green.

9 Q  Okay. Uh, I guess then the question would be, my

10 second question down on that page, once you had the ladder

11 stand in place tell me about the process of connecting the

12 Ol'Man stand to the tree. What did you do, and your

13 answer was, I went halfway up the ladder stand, Danny then

14 handed me the climber stand or the seat stand. I went up

15 top to the top of the climb ladder stand. Question: Did

16 you carry it up? Answer: Yes, sir. Is that something

17 that you need to correct?

18 A  To best...to my best recollection I was at the top

19 of the ladder stand and Danny handed it to me.

20 Q  Okay. So rather than being halfway up and then

21 carrying it, the second half, you were already at the top

22 of the ladder, and he just reached up and gave it to you?

23 A  To the best of my recollection. That's correct.

24 Q  Okay. Anything else about the statement that you

25 want to correct or change at this time?

**Page 32**

1 A  I...is there something else...I don't...uh, on page

2 thirty-three. And it said you are looking at Danny Green,

3 after I sat down I turned and looked at him. I turned my

4 head. I did not turn my body. I turned to my right and

5 looked down at him. I did not turn my body at all. It

6 was just my head that turned.

7 Q  Okay. And you said that at the bottom, I think it

8 says, I just turned my head and looked at him. Turned and

9 looked down, correct?

10 A  Right. That is correct.

11 Q  Can you show us since we have the video with us

12 today what you meant when you said I turned my head and

13 looked down?

14 A  Turned and looked down this way. Danny was right

15 down here to my right.

16 Q  Okay. And it was...when you turned and looked down

17 as you just demonstrated that your stand broke?

18 A  Maybe shortly thereafter.

19 Q  Continue with the statement. I'll get you some more

20 details in a moment but I want to go through the statement

21 first and let me know if there is anything else you want

22 to clarify, or change, or. . .

23 A  On page twenty, uh. . .

24 Q  On page. . .

25 A  I am sorry, page forty, uh, down at the bottom. It

**Page 33**

1 was...I was transported to Blytheville Baptist Memorial

2 Hospital.

3 Q  Spell that one?

4 A  Blytheville. B-L-Y-T-H-E-V-I-L-E.

5 Q  Okay. And what you did there was just to fill in

6 the blank?

7 A  That's correct.

8 Q  My secretary is from North Carolina, but she didn't

9 get Blytheville. Somehow she missed that one.

10 A  Page forty-two at the top. It was...my pelvis was

11 actually broken in three places.

12 Q  Okay. You're filling in the blank, right?

13 A  That is correct. On page forty-six, your question,

14 did the tree stand come with a fall restraint harness?

15 Uh, I can't remember if it was a harness or a belt. It

16 was a harness.

17 Q  You are clarifying that answer?

18 A  That is correct.

19 Q  Because you...today you recall it was some type of

20 harness?

21 A  Right. It was a harness.

22 Q  Was it a chest harness or a full body harness?

23 A  It was a chest harness.

24 Q  Okay. Thank you for that clarification.

25 A  On page fifty-four.

Page 34

1 Q Okay.

2 A Uh, down here, it says I got a degree in machinery.

3 I did not get a degree because that was a degree program

4 from Mecklenburg Community College.

5 Q Did she spell Mecklenburg right?

6 A Uh, no. She did not. M-E-C-K-L-E-N-B-U-R-G.

7 Q At the top of page fifty-four, uh, the secretary

8 that transcribed this has typed in the word endeavors and

9 then put question marks because she wasn't sure that that

10 was correct. Is that, in fact, correct? Then look at

11 Pest-O-Kill.

12 A I have no idea what she meant by that.

13 Q Okay. Because in the next sentence we go from

14 'endeavors' to 'Eestoaill International Inc.' Does that

15 make any sense to you?

16 A That should've been Pest-O-Kill.

17 Q Okay.

18 A Because if you read further down I clarify that.

19 Q Right. Okay. So I think that is self-explanatory

20 by the bottom of page fifty-four we are all. . .

21 A I believe that's all for me.

22          MR. MILLER:  Can we have just a moment.

23          MR. LENTINI:  Sure.

24          (REPORTER'S NOTE:  Off the record.)

25 BY MR. LENTINI:

Page 35

1 A One other correction, clarification is on page

2 thirty-one.

3 Q Okay.

4 A Down at the very bottom, uh, from what I can

5 remember I stepped into the stand and sat down on the seat

6 and looked to the ground at Danny Green. Uh, then it says

7 the last thing I remember, that was the last thing I

8 remember. I remember after I sat down the seat breaking

9 and I start to fall to my right and downward and then I

10 don't remember anything after that until I was on the

11 ground.

12 Q Do you have a...as you sit here today now, do you

13 have a specific recollection of falling to your right?

14 A That's correct. I remember the arm...I hear a snap

15 and I remember it breaking and I fall to my right.

16 Q Immediately prior to the break you were seated on

17 the neck?

18 A That's correct.

19 Q Centered between the two support poles?

20 A That's correct.

21 Q What did you weight?

22 A Probably two-seventy at the time.

23 Q Okay. What was your first notice that something was

24 wrong? Uh, movement or sound?

25 A I believe it was a sound.

Page 36

1 Q Okay. What do you remember hearing?

2 A I believe I heard a snap and an immediate collapse

3 to my right, immediate fall down to my right.

4 Q Can you show us sitting in that chair? If you can't

5 I understand that, but if you can show us sitting in the

6 chair what you recall specifically about the mechanism of

7 your fall?

8 A A snap and then this kind of movement downward is

9 the best I can recall.

10 Q Did you have your feet on the platform of the tree

11 stand when you heard the snap?

12 A Yes. I did.

13 Q Did you have anything in either hand?

14 A No. I didn't.

15 Q There...am I correct that there are no arm rests of

16 any sort on this tree stand?

17 A That is correct.

18 Q So unlike the chair that you are sitting in now,

19 this stand just has a seat but there are no arm rests,

20 right?

21 A That is correct.

22 Q Was there something that refreshed your recollection

23 about the mechanism of your fall between January the 8th

24 of 2002, when you gave me the statement and your

25 deposition today when you made that correction after going

Page 37

1 through the statement for the second or third time?

2 A When I was on...when I was giving...when we give

3 this statement I was under the influence of the pain

4 killers, under heavy narcotics. March of 2002, I had to

5 go...I developed a dependency problem and had to go

6 through detoxification.

7 Q And you've been clean since March of '02?

8 A That's correct.

9 Q And your recollection of the specific events of what

10 happened to you since detox has gotten better?

11 A That is correct.

12 Q Are there any other changes you wish to make to your

13 statement of January the 8th of 2002?

14 A Not at this time.

15 Q In an effort to save some time I'm...we're going to

16 mark this statement as a transcript...it's an...as an

17 exhibit to your transcript. With the changes we've made

18 sir, I'm going to adopt this statement as a truthful and

19 accurate testimony about how your accident occurred?

20 A To the best of my recollection, yes.

21 Q And if I were to go through all of these same

22 questions again under oath here at your deposition would

23 you give me all of these same answers?

24 A I believe I would.

25 Q And at...any of the answers need to be corrected?

| Page 38 | Page 40 |
|---|---|
| 1 You've gone through the statement and you've given those | 1 ladder on the tree and use the stick ladder to get up to |
| 2 corrections? | 2 the height to install the. . . |
| 3 A I believe I've given you all of them. | 3 A That is correct. |
| 4 Q There is nothing on that statement, having reviewed | 4 Q . . .Ol'Man? |
| 5 it, when your attorney gave it to you and having reviewed | 5 A That is correct. |
| 6 it again today that you know to incorrect, is that true? | 6 Q What brand stick ladder? |
| 7 A To the best of my knowledge, I believe we have | 7 A I don't recall. |
| 8 correct everything. | 8 Q Strong built? |
| 9 Q What I want to know is, is there anything that you | 9 A I don't recall. |
| 10 know to be untrue or anything that you know to be wrong | 10 Q Do you remember where you bought it? |
| 11 that we haven't yet corrected? | 11 A No. I do not. |
| 12 A I would have to sit down and go through it again to | 12 Q Do you know when you bought it? |
| 13 reassure myself. | 13 A I bought it probably a month prior to buying or |
| 14 Q Alright. Let me just walk you through the accident | 14 using the Ol'Man stand but I don't recall exactly. |
| 15 then maybe we won't...I know you have been through it a | 15 Q When did you buy the Ol'Man stand? |
| 16 couple of times, but let me walk you through it. As I | 16 A Uh. . . |
| 17 understand from taking that statement and then reading it | 17 Q This is how this whole thing started. I asked you |
| 18 in preparation for your deposition today, uh, you used the | 18 that and you wanted to go to your statement. |
| 19 Ol'Man tree stand at issue in this case was the first time | 19 A Right. I got to go back and look and...purchased it |
| 20 you had ever hooked it up, correct? | 20 around December of 2000. |
| 21 A That's correct. | 21 Q Okay. When you purchased your Ol'Man stand in |
| 22 Q You'd never put it on any tree at all prior to the | 22 December of 2000, did it come with instructions? |
| 23 tree that you put it on when you had your accident, | 23 A Yes, it did. |
| 24 correct? | 24 Q And did you read those? |
| 25 A That is the first time. | 25 A Yes. I did. |

| Page 39 | Page 41 |
|---|---|
| 1 Q And this, the Ol'Man stand was called a Tara Elite? | 1 Q Cover to cover? |
| 2 A I believe so. | 2 A Yes. I did. |
| 3 Q And it had something on it called a sling seat, | 3 Q Thoroughly? |
| 4 right? | 4 A Yes. I did. |
| 5 A That is correct. | 5 Q Did you understand them? |
| 6 Q And it was a hang on tree stand as opposed to a | 6 A Yes. I did. |
| 7 climber? | 7 Q Was there anything that was confusing about them? |
| 8 A That is correct. | 8 A Not that I recall. |
| 9 Q And you never used a hang on stand prior to that | 9 Q On the instructions do you remember that there was |
| 10 day, correct? | 10 an eight hundred number that said if you had any questions |
| 11 A No. I have not. | 11 you can call us at this number? |
| 12 Q So this was the first time you were using a hang on | 12 A I don't recall. |
| 13 style stand, right? | 13 Q Do you recall whether you ever contacted Ol'Man to |
| 14 A That is correct. | 14 clarify any part of the instructions for any reason? |
| 15 Q You went out to the woods with Danny Green? | 15 A No. I did not. |
| 16 A That is correct. | 16 Q Are you satisfied after you read the instructions |
| 17 Q And you took with you what treestands? | 17 that they were clear and understandable to you? |
| 18 A Originally, we took the Terra, the Ol'Man stand, and | 18 A Yes. I did. |
| 19 we took a stick ladder which, uh, we very quickly found | 19 Q And that based on your review of those instructions |
| 20 out that it was not going to work. We did not feel like | 20 you were confident that you knew how to use the product |
| 21 it was safe, so we had a ladder stand and we put the | 21 correctly? |
| 22 ladder stand up instead. | 22 A That is correct. |
| 23 Q Was that the same day? | 23 Q Were you satisfied with the instructions? |
| 24 A That is correct. | 24 A Yes. I was. |
| 25 Q So your plan initially was to just put a stick | 25 Q And do you believe you followed those instructions? |

Page 42

1  A   I did not follow the instructions as far as their
2  recommendations of a...the way the safety belt was to be
3  used due to the fact that you couldn't use it with a
4  ladder stand.
5  Q   Okay. Explain it. First of all, tell me what their
6  instruction was and then why it was that you didn't follow
7  it.
8  A   Their instruction was to use the safety belt all the
9  way up the tree to where you get it placed. Using a
10 ladder stand that's impossible to do. You have to get to
11 the top of the ladder stand and then put on a safety belt
12 if you are going to be...if you are going to hunt out of
13 the stand.
14 Q   Okay.
15 A   But I wasn't hunting out of the stand.
16 Q   So it's your belief that the instructions presumed
17 that you would be using a stick ladder or some other
18 device that would enable you to wear a safety belt while
19 climbing?
20 A   To the best of my recollection.
21 Q   And that because you used the ladder stand to get up
22 to your desired height it was not possible for you to use
23 the safety belt while climbing?
24 A   Not while I was using the ladder stand. No, sir.
25 Q   Was it possible for you to put on a safety belt as

Page 43

1  soon as you got to the top of your ladder stand, before
2  doing anything else?
3  A   Yes. It was.
4  Q   Did you do that?
5  A   No. We did not. The safety belt was there. Once
6  the stand was set I would step back off of it. Danny was
7  going to hand me my safety belt to attach and we were
8  going to leave the area.
9  Q   I didn't follow that. Could you explain that for
10 me?
11 A   I got to the top of the ladder stand. I set the
12 Ol'Man stand and got it into position securely, and
13 safely. Stepped on the platform, put down the seat and
14 sat down. My intentions were to get up immediately, step
15 back onto the ladder stand, Danny would throw me my, or
16 hand me my safety belt. I would then attach it and come
17 down the ladder stand. I had no intentions of getting
18 back on the Ol'Man stand that day.
19 Q   And to what were you going to attach the safety
20 belt?
21 A   To the tree.
22 Q   And then just leave it in the tree?
23 A   That is correct.
24 Q   And for what reason were you going to leave the
25 safety belt in the tree?

Page 44

1  A   I could attach my...go up to the top of the ladder
2  stand, attach myself the next morning and step over into
3  the Ol'Man stand.
4  Q   And was it your plan to attach yourself to the tree
5  with the safety belt while you were standing on the ladder
6  or after you got off of the ladder and climbed onto the
7  Ol'Man?
8  A   I would have to say it'd be while I was on the
9  ladder stand.
10 Q   Before transferring to the Ol'Man stand?
11 A   That is...that is correct.
12 Q   And why would you put your safety belt on before
13 making the transfer?
14 A   It's just a good policy...it's my policy to do so.
15 It's what I felt like I would do.
16 Q   And what is the potential problem that you are
17 seeking to avoid by attaching your safety belt to your
18 body and tying yourself off to the tree before you
19 transfer from the ladder stand to your hang on stand?
20 A   The reason I would wear the safety belt in any
21 reason would be because I was going to be there a length
22 of time. Uh, fatigue, boredom, over a set length of time
23 you have the chance to fall. At no time did I plan to
24 stay in that stand when we were first setting it. I
25 intended to sit down, check my site, and immediately get

Page 45

1  back off of it.
2  Q   Okay. I'm skipping ahead and going to the next day,
3  you told me that if everything...if the stand hadn't
4  failed, if everything had gone according to planned you
5  were going to...Danny was going to throw you a safety
6  belt. You were going to attach that to the tree and leave
7  it up in the tree with your tree stand. Climb back down
8  the ladder and go home so that the next day all you had
9  to do was go up the ladder, attach your safety belt, and
10 then after attaching your safety belt, climb into the
11 Ol'Man stand, correct?
12 A   That is correct. I could have very easily stepped
13 into the Ol'Man stand and put on that...on that simply
14 harness. It wouldn't have made any difference. I would
15 have...one way or the other I would have put that harness
16 on.
17 Q   It would make a difference though if you had an
18 accident while you were transferring, correct?
19 A   I'm not sure I understand your question.
20 Q   Is there any risk involved in stepping off of the
21 ladder and climbing onto the Ol'Man stand without wearing
22 a safety belt?
23 A   There is a risk anytime you get up off of the
24 ground.
25 Q   Okay. And is there a risk in transferring from the

Page 46

1  ladder stand to the Ol'Man stand without wearing a safety
2  belt?
3  A  As much risk as being a top of the ladder stand and
4  putting it on.
5  Q  Is it the same risk as attaching the safety belt
6  while you're standing on top of the ladder or is there
7  more risk when you are transferring from...when you are
8  climbing off of one and climbing onto the another?
9  A  I think the risk would be equal.
10 Q  And there is a risk of falling anytime you're off
11 the ground?
12 A  That is correct.
13 Q  How high was the ladder stand?
14 A  I think it was twelve foot, the best of my
15 knowledge.
16 Q  Twelve foot to the platform?
17 A  That's correct.
18 Q  When you were doing this work of installing the
19 Ol'Man stand were you standing on the platform of the
20 ladder stand?
21 A  I was kneeling. I had my knees on the platform.
22 Q  Was there a seat on the platform, or excuse me, was
23 there a seat on the ladder stand?
24 A  That's correct.
25 Q  There was? In addition to the platform?

Page 47

1  A  Well, no. Only the platform.
2  Q  So the ladder went up turned over and went against
3  the tree and that was it?
4  A  That's correct.
5  Q  So the platform was something you could either stand
6  on or sit on, but it was just one platform?
7  A  That's correct.
8  Q  And you're telling me what...when you installed the
9  Ol'Man stand that you were actually kneeling on that?
10 A  That's correct. Facing the tree.
11 Q  And then after you get the Ol'Man stand installed do
12 you step off of the ladder stand platform and climb onto
13 the tree stand?
14 A  Not immediately.
15 Q  Okay. Uh, but eventually?
16 A  Yes.
17 Q  Was the Ol'Man stand, as you're standing on the
18 platform, facing the tree, was the Ol'Man stand on your
19 right side or your left side?
20 A  It was on my right side.
21 Q  So when you would step off you would take your right
22 foot off first and put it up onto the Ol'Man stand?
23 A  That's correct.
24 Q  At what height did you install the Ol'Man stand?
25 A  The platform was probably a two foot step up. I

Page 48

1  imagine it was at the fourteen foot mark, is my best
2  guess.
3  Q  So you're stepping up about two feet onto the
4  platform of your Ol'Man stand?
5  A  That's correct.
6  Q  When you are picking your right foot up, stepping up
7  onto the platform of the Ol'Man stand, did you hold onto
8  anything?
9  A  I held onto the tree.
10 Q  At anytime did you hold onto any part of the tree
11 stand while you were transferring from the platform of the
12 ladder to the platform of the Ol'Man stand?
13 A  No. I did not.
14 Q  Did you hold onto the tree with one hand or both
15 hands?
16 A  Both hands.
17 Q  Why?
18 A  For safety reasons, to get a better hug to step up.
19 Q  Kind of...did you use the tree to kind of give
20 yourself a pull while you were stepping up?
21 A  Yes. I did.
22 Q  And when you put your foot, uh, onto the Ol'Man tree
23 stand, the platform, did you put your foot way over to the
24 center of that platform or did you step up onto to the
25 edge?

Page 49

1  A  I put it more toward the center so I could step up
2  and get my other foot up there also.
3  Q  And were you holding onto the tree while you were
4  making this transfer because it provided you with some
5  additional security?
6  A  Yes, and it just made it easier to make the step up.
7  Q  Because it gave you something to pull on?
8  A  Correct.
9  Q  Were you conscious at that moment that it was
10 possible to fall and get hurt while you were climbing off
11 of the ladder stand and climbing up onto the Ol'Man stand?
12 A  I was aware that I could get hurt from the time I
13 put my first foot on the first step of the ladder stand.
14 Q  Was there any physical or mechanical reason why you
15 couldn't have put on a safety belt as soon as you got to
16 the top of the ladder stand before you even installed the
17 Ol'Man stand?
18 A  No. There was no reason, but I had no reason to
19 stay there. I was coming down immediately.
20 Q  I understand. If you...what kind of safety belt did
21 you have with you, sir?
22 A  I had a harness.
23 Q  Do you have that with you today?
24 A  That's correct. I have that harness there.
25 Q  Can...counsel can I see that?  I want

Page 50

1 to...Defendant's Exhibit 2. I think, to give us the best
2 chance of ever seeing this sticker again I am going to
3 wrap it around this little piece of metal. Otherwise,
4 it's going to fall off. I have marked this as Defendant's
5 Exhibit 2, can you tell us what that is, sir?
6 A   That is a safety belt, safety harness, chest type.
7 Q   Can you just hold that up for the camera and show us
8 basically...have you used that in the past?
9 A   Yes. Quite a bit.
10 Q   Have you ever had an accident and it was halted by
11 that harness?
12 A   Never.
13 Q   So you've never actually hung from that or had to
14 use it?
15 A   I tested it when I first got it, in that I put it up
16 above the tree and then just kind of slouched down to see
17 how it held me, because that's the way I finally got it
18 adjusted. I need to take a break. I need to get up.
19 Q   Okay.
20          (REPORTER'S NOTE: Off the record.)
21 BY MR. LENTINI:
22 Q   Mr. Oxford, before we took our break you were
23 talking to us about your safety belt and you had told me
24 that at one point you put it on, strapped it to a tree and
25 then you bent your knees down so that the belt was

Page 51

1 supporting your weight?
2 A   That's correct.
3 Q   How did it work?
4 A   It worked fine. It was a good support, mostly it
5 was to make adjustments in it to get it to where it would
6 fit proper. The problem with any harness is if you fall
7 you're suspended, it could restrict your breathing if it's
8 not fitted correctly.
9 Q   How did you fit yours?
10 A   I fitted mine where I could get my hand underneath
11 the shoulder straps.
12 Q   And in this harness here, Defendant's Exhibit 2, the
13 actual harness that you used during the time period when
14 you had your accident?
15 A   It is the harness that I had in my possession,
16 that's correct.
17 Q   Did you have it in your possession on the day of
18 your accident?
19 A   It was...yes. It was there with us.
20 Q   Was it actually in the woods with you or is it back
21 in the car?
22 A   No. It was in the woods with us.
23 Q   Down at the base of the tree?
24 A   At the base of the ladder stand, I believe.
25 Q   So that when you were finished hooking up your tree

Page 52

1 stand Danny could throw it up to you and you could strap
2 it onto the tree?
3 A   That is correct.
4 Q   And I asked you earlier was there any reason at all
5 that...or any physical or mechanical reason that you could
6 not have attached this safety belt, Defendant's Exhibit
7 2, around the tree while you were still on the ladder,
8 before you hooked up your Ol'Man tree stand?
9 A   There was no reason why I could not have done that,
10 but I had no intentions of staying there. The only reason
11 I would use the belt is if I was going to stay there any
12 length of time. If I had felt like that stand was going
13 to brake, I would've used it.
14 Q   Was there anything about the instructions that came
15 with your Ol'Man tree stand that suggested to you that you
16 only needed to wear a safety belt if you're going to be
17 off the ground for any length of time as opposed to
18 wearing a safety belt anytime that you are off the ground?
19 A   No.
20 Q   Did the instructions, in fact, indicate that you're
21 suppose to have a safety belt on every moment that you're
22 off of the ground?
23 A   I believe the instructions said that, uh, I'm
24 not...I don't remember right offhand but I believe it said
25 that you should use a safety belt at all times.

Page 53

1 Q   Do you recall if it said that once or more that
2 once?
3 A   Don't recall.
4 Q   Recall if that was something that was in normal size
5 type or bold size type?
6 A   I don't recall right off hand.
7 Q   Do you remember if that was black, or red, or
8 different color?
9 A   Don't recall.
10 Q   Where are your instructions now?
11 A   I have no idea.
12 Q   Did you give them to your attorney?
13 A   Uh, no. I did not.
14 Q   You have an expert who's going to be testifying for
15 you in this case involving a...a metal expert. Do you
16 know if he had your instructions?
17 A   I have no idea.
18 Q   After your fall, did you ever make an effort to
19 locate your instructions to give them to anybody?
20 A   Yes, I did.
21 Q   And where you successful?
22 A   No. I was not.
23 Q   When is the last time in your life that you remember
24 seeing your instructions?
25 A   When I took the stand out of the box, prior to going

| Page 54 | Page 56 |
|---|---|
| 1 in the woods. Uh, we were still at the deer camp where | 1 A It was in Mountain Home. |
| 2 we were staying. We were still at the trailer and I took | 2 Q Do you know the name of the store? |
| 3 it out of the box then and I remember the instructions | 3 A No. I don't. |
| 4 being with the box. We left the instructions and the box | 4 Q Was it a fishing/hunting store or was it like a Wal- |
| 5 at the trailer at that time and we left to go done to the | 5 Mart? |
| 6 site. | 6 A There were sporting goods in there but to the best |
| 7 Q Was that box sealed when you got it, when you | 7 of my recollection, I...it may have been a department type |
| 8 received it? | 8 of store. |
| 9 A When I originally received it, yes. | 9 Q Did the ladder stand come with instructions? |
| 10 Q And were the instructions inside of that sealed | 10 A Yes, it did. |
| 11 container? | 11 Q And did you read those? |
| 12 A They were inside the box, that's correct. | 12 A To the best of my recollection we did. |
| 13 Q When you originally got the instructions was it | 13 Q Did you attempt to connect the Ol'Man stand to the |
| 14 December of the prior year? | 14 tree using the stick ladder before getting up and using |
| 15 A Of 2000. | 15 the ladder stand? |
| 16 Q So that would be about eleven months before the | 16 A No. |
| 17 accident? | 17 Q Okay. Tell me at what point...at some point you |
| 18 A That's correct. | 18 intended to just use the stick ladder, right? |
| 19 Q Did you open the box and read the instructions when | 19 A That's correct. |
| 20 you got your stand in December of 2000? | 20 Q At what point did you give up on that idea and why? |
| 21 A Yes, I did. | 21 A The way the stick ladder attached to the tree, uh, |
| 22 Q And was it at that time that you read them | 22 I felt it was too flimsy and the tree...the foot rest |
| 23 thoroughly? | 23 where you would climb the stick ladder were at such an |
| 24 A That's correct. | 24 angle that I just...it would've made it just extremely |
| 25 Q And then did you put them back into the box with | 25 difficult to climb. |

| Page 55 | Page 57 |
|---|---|
| 1 your tree stand after you read it? | 1 Q When you say they were at such an angle, can you |
| 2 A Yes. I did. | 2 tell me what you mean by that? |
| 3 Q And did you ever use your stand at all between | 3 A When you attached it to the tree the foot pegs were |
| 4 December of 2000, when you first got it and read the | 4 in such close proximity to the tree itself you couldn't |
| 5 instructions and the date of your accident? | 5 get a good foot, get a good foot hold on the pegs. |
| 6 A No. I did not. | 6 Q Your toe would bang into the tree before you could |
| 7 Q Now on the date of your accident, uh, you pack up | 7 get your arch above the. . . |
| 8 your hunting gear and you go up to what, a camp of some | 8 A That's correct. |
| 9 sort? | 9 Q . . .above the peg? |
| 10 A Yes. It was a trailer. | 10 A That's correct. |
| 11 Q And you brought your tree stand box with you? | 11 Q Did the stick ladder have some type of a v-brace |
| 12 A That's correct. | 12 that would hold the back away from the tree a bit? |
| 13 Q You brought your safety belt with you? | 13 A It had several but it didn't hold it back very well. |
| 14 A That's correct. | 14 Q And you're concerned with that stick ladder because |
| 15 Q You brought a stick ladder with you? | 15 you were not able to get a comfortable amount of purchase |
| 16 A That's correct. | 16 on the step, you couldn't get your foot on the step |
| 17 Q Was that in a box? | 17 correctly, you were concerned that you might fall off of |
| 18 A No. It was not. | 18 that, right? |
| 19 Q How did that attach to the tree? | 19 A My concern was that not only could I not get a good |
| 20 A It attached with ratcheting, uh, web straps. | 20 step on it, once I got to the top of it I would not have |
| 21 Q You brought a ladder stand with you? | 21 a very good step and reasonably safe way to get a hold of |
| 22 A We went back and bought a ladder stand. | 22 the Ol'Man stand to stay up there and attach it. |
| 23 Q You went back and purchased one? | 23 Q Okay. |
| 24 A Yes. | 24     MR. MILLER: Mr. Lentini, I don't mean to |
| 25 Q Where did you purchase that? | 25     interrupt, but I have a document here, it is |

<table>
<tr><td>

Page 58

1  a...it shows where this, uh, document...this
2  actual product was purchased and it also includes
3  the stick ladder. So that will...this may give
4  you some information about the actual stick
5  ladder and I think that maybe you have to ask for
6  sure but I believe that is the same one he is
7  talking about.
8  BY MR. LENTINI:
9  A  Yes.
10 Q  This document will now be known as Defendant's
11 Exhibit 3. What is it?
12 A  That is a receipt from Bass Pro Shop concerning a
13 tree stand and a portable stick ladder.
14 Q  The receipt mentions a Jessie Allison.
15 A  That's correct.
16 Q  Who's that?
17 A  That is a friend of mine, a hunting associate.
18 Q  Did he buy the stick ladder and the stand?
19 A  He ordered them, yes.
20 Q  Who paid for them?
21 A  I paid him for them.
22 Q  Why didn't you just order then yourself?
23 A  I didn't have a credit card at the time.
24 Q  It mentions the Terra Elite...Terra Air Elite, is
25 that your Ol'Man stand?

</td><td>

Page 60

1  Q  And you just weren't comfortable with it?
2  A  I was not comfortable with it. No, sir.
3  Q  Is it fair to say that you didn't feel that, that it
4  was safe to use the portable stick ladder to connect the
5  Ol'Man tree stand?
6  A  I didn't feel comfortable with it for myself. It
7  may have been comfortable for someone else. It just
8  didn't feel comfortable for me.
9  Q  Now when you say you didn't feel comfortable it
10 wasn't that you were literally too uncomfortable to use
11 it like you might sit in an uncomfortable chair, when you
12 say you didn't feel comfortable you mean you didn't feel
13 safe, correct?
14 A  I didn't feel comfortable using the stand because I
15 couldn't. . .
16 Q  The stick ladder.
17 A  The stick ladder. I'm sorry.
18 Q  It's okay. Because. . .
19 A  I didn't feel confident in the stand, or in the
20 ladder, I am sorry. I didn't feel confident in using the
21 ladder.
22 Q  You didn't feel confident about what then?
23 A  I was not able to get a decent foot hold on the pegs
24 because of the proximity to the tree.
25 Q  So was your concern that you could slip off the peg?

</td></tr>
<tr><td>

Page 59

1  A  That's correct.
2  Q  Sling seat climb S, do you know what that is?
3  A  I have no idea.
4  Q  $149.99, does that mean anything to you?
5  A  I think that's the price I paid for it.
6  Q  Now well, there's two...looks like two different
7  item numbers here. One item number for the Terra Elite
8  which was $149.99.
9  A  Uh-huh.
10 Q  And one item for the sling seat climb S, which was
11 $149.99.
12 A  That could have been just a repeat of the same
13 thing. I don't know.
14 Q  Okay. Do...and then there is a third item on this
15 list that says portable stick ladder PSL 15. size fifteen
16 foot, that was $39.99. Do you recall receiving three
17 items?
18 A  No. I only received two.
19 Q  Is it possible that somebody else was in on this
20 purchase and got themselves a. . .
21 A  Could have, I don't know.
22 Q  So this portable stick ladder that you...that is on
23 this receipt, is that the one that you tried to use on the
24 day of the accident?
25 A  That is correct.

</td><td>

Page 61

1  A  Absolutely.
2  Q  And if you slip off the peg you fall?
3  A  That's correct.
4  Q  And if you fall you get hurt?
5  A  Yes. You do.
6  Q  So because of that concern about falling and getting
7  hurt you chose not to use that product at all, correct?
8  A  That is correct.
9  Q  And you went back to some other store, department
10 store, whatever, and purchased a ladder stand?
11 A  That is correct.
12 Q  And you don't remember the brand or the store,
13 correct?
14 A  No. I don't.
15 Q  But it was a twelve footer?
16 A  That's correct.
17 Q  You got instructions with that, you read the
18 instructions?
19 A  That's correct.
20 Q  Did that come with a safety belt?
21 A  I don't recall.
22 Q  Did it come with a video?
23 A  No. It did not.
24 Q  Can you...do you know the compass points in the area
25 near your tree; north, south, east, west?

</td></tr>
</table>

Page 62

1  A   I don't recall.
2  Q   Can you describe for me in anyway the location of
3  the ladder stand on that tree?  Was it pointing at a path
4  or pointing at the road, just so that I have some idea of
5  how you positioned it?
6  A   The road...the highway, after you go through the
7  woods, the ladder stand would've been on the opposite side
8  of the tree, from the road.
9  Q   So when you get out of your car and you walk down to
10 the tree, are you going generally down hill a little bit
11 to get to the tree?
12 A   Yes, you would.
13 Q   When you get to the tree the ladder stand would have
14 been around the other side of that tree?
15 A   If you had to come directly off the road through the
16 woods.  I took a very indirect path.
17 Q   Okay.  Uh, when you hooked up your ladder stand were
18 you comfortable that it was secure?
19 A   Yes.  I was.
20 Q   Were you comfortable climbing that?
21 A   Yes.  I was.
22 Q   Did you feel safe on the ladder stand?
23 A   Yes.  I did.
24 Q   You mentioned earlier that you were kneeling on the
25 ladder stand?

Page 63

1  A   I knelt on the top platform, that is correct.
2  Q   Why did you kneel on that platform rather than stand
3  on it?
4  A   Standing on it would have required that I bend over
5  and reach around the tree where kneeling on the platform
6  was just much easier to attach the Ol'Man tree stand.
7  Q   I see.  So that if you were standing on the top of
8  the ladder stand, you attached the Ol'Man tree stand to
9  the tree, it might have been five feet above the ladder
10 stand and then you would have no way to get up into it?
11 A   That's correct.
12 Q   The only way you could actually get it installed at
13 the height you wanted it would either be stand up and then
14 bend over a whole bunch or just kneel down and install
15 while from the kneeling position?
16 A   That's correct.
17 Q   And you chose to do it while you were kneeling?
18 A   That's correct.
19 Q   Now was this twelve foot ladder stand...I'm trying
20 to figure out how Danny could hand you the Ol'Man tree
21 stand if you were already on top of a twelve foot ladder
22 stand?
23 A   He would have climbed up with it in hand and handed
24 it to me.
25 Q   Okay.  So he wasn't standing on the ground?  He

Page 64

1  would have come up a couple of steps to pass it up to you?
2  A   That's correct.
3  Q   Were you already on the platform of the ladder stand
4  kneeling down when he handed you the, uh, the Ol'Man?
5  A   To the best of my recollection.
6  Q   Okay.  And then you take it from him and install it?
7  A   That's correct.
8  Q   Did it ever occur to you when you got to the top of
9  the ladder stand to put your safety belt on at that
10 moment?
11 A   No.
12 Q   Do you need two hands...do you use two hands to
13 install the Ol'Man stand?
14 A   Yes, you would.
15 Q   But do you have to have one hand to hold the stand
16 in place and then you have to take the other arm and wrap
17 it around the tree to hook things on and so forth and so
18 on?
19 A   That's correct.
20 Q   So while you're in the process of installing the
21 Ol'Man stand on the tree, your hands are occupied,
22 correct?
23 A   But my arms are also wrapped around the tree with
24 this in hand in that fashion.
25 Q   And it just never entered your head to put on your

Page 65

1  safety belt?  Is that correct?
2  A   My safety belt was going to be attached to the tree
3  and put on as the last step, that's correct.
4  Q   After you got...were you going to put it on before
5  you got off the Ol'Man...let me just ask you this way.
6  At what point were you planning to put on your safety
7  belt?
8  A   After I stepped off of the Ol'Man and back onto the
9  platform, Danny was going to hand me my safety strap and
10 I would have attached it at that time.
11 Q   While standing or kneeling on the ladder stand?
12 A   I would've stood at that point to get the attachment
13 to the tree at a higher level.
14 Q   Tell me everything you can remember about installing
15 your Ol'Man tree stand.  Danny hands it to you, what do
16 you do?
17 A   I'm facing the tree.  I have it in this arm hugged
18 up against the tree and I reach around and bring the strap
19 over and attach it.  Pull the slack out ratchet it a few
20 times to snug it up and then ratchet it some more till
21 it's firmly in place.
22 Q   All while you're kneeling?
23 A   That's correct.
24 Q   Can you...you have...you brought your tree stand
25 with you today, correct?

Page 66

1 A   That is correct.
2 Q   I am just going to mark that Defendant's Exhibit 4.
3        MR. MILLER:   What I am thinking is, I
4   assume we can just substitute a photograph for
5   the deposition, you know.
6        MR. LENTINI:  Yes. For, for those purposes
7   that's fine. I assume the stand is going to be
8   available if we ever have to try the case, so...
9        MR. MILLER:  Yes, it will.
10 BY MR. LENTINI:
11 Q   Defendant's Exhibit 4, what is it?
12 A   This is a Ol'Man tree stand.
13 Q   Is it the tree stand you were...had your accident
14 with?
15 A   Yes, it is.
16 Q   Okay. Now, this down here is the platform?
17 A   That's correct.
18 Q   Do you put your feet on that when you're hunting?
19 A   That's correct.
20 Q   And this here is broken, but this was the seat,
21 correct?
22 A   That's correct.
23 Q   Would've been something like this and I'm going to
24 not rub that stuff together, and that would extend...you
25 were sitting in that, correct?

Page 67

1 A   That's correct.
2 Q   When your accident happened you were
3 sitting...seated on this neck, correct?
4 A   That is correct.
5 Q   With your feet on this platform?
6 A   That's correct.
7 Q   Now, can you show me again because you've talked a
8 lot and moved your arms around when you were describing
9 how you hooked this up? You said, I grabbed this and I
10 did that and so forth, but it was difficult for me to
11 follow. Using the tree stand can you show me?
12 A   I'm not physically able to pickup that tree stand
13 and hold it like I was before.
14 Q   Okay. Well, let's just...we'll pretend that you're
15 holding it. Just give me an idea.
16 A   Held up against the tree.
17 Q   And your ladder is standing against the tree and
18 this tree stand would be...was the tree right in front of
19 your nose here?
20 A   Yes. The tree was right in front of my nose.
21 Q   So the ladder stand would be then...oops. The tree
22 stand would be off a little bit to the side, is that
23 right?
24 A   That's correct. Yes. Close enough to where I could
25 hug it up.

Page 68

1 Q   I am just going to do this because that there might
2 scratch.
3 A   There was enough slack in this.
4 Q   Now is this seat...when you're doing all of this is
5 the seat down flat like this or is the seat up against the
6 tree?
7 A   The seat was up against the tree in that fashion.
8 Q   And that will lean all the way back until it hits
9 the tree?
10 A   It had leaned back. That's correct. It was out of
11 the way.
12 Q   So the seat would be back like...about like this
13 position leaning against the tree?
14 A   That's correct. To the best of my knowledge.
15 Q   Okay. And depending on how far down the neck hangs
16 the seat could either flop all of the way back where the
17 seat would be sticking up to some degree, just kind of
18 bumped into the tree?
19 A   It was...it wasn't laid back into the tree because
20 the net as I believe was pushed up.
21 Q   Okay. Is there something that would hold the net or
22 does it just fall down like it's falling down now?
23 A   I believe it was held up by this...by the bow
24 attachment.
25 Q   Oh, this.

Page 69

1 A   Yes.
2 Q   This is the bow attachment here?
3 A   That's correct.
4 Q   So this side would be held up and that would keep
5 it...
6 A   From flopping down.
7 Q   From flopping all the way back over?
8 A   Right.
9 Q   So it flopped back until it hit the tree and
10 stopped?
11 A   That's correct.
12 Q   So the seat is up, okay, and I will just leave it
13 like that for now. Is that obscuring, okay. With this...
14 and I see that we've got ourselves tangled, uh, what did
15 you do?
16 A   Okay. I held this in a fashion where...I'm not able
17 to, to do this, but I snugged up and had this in this
18 fashion, reached around with the other hand, come around,
19 hooked into that bow. Then I felt the strap all the way
20 around to make sure that there was no slack then I pulled
21 the slack out of this with this strap and then reached
22 around and ratchetted it down.
23 Q   Okay. So you wrap the webbing around the tree?
24 A   That's correct.
25 Q   You made sure it's pretty snug?

Page 70

1  A  Right.

2  Q  You grab the tail end of the webbing and pull it

3  through the rachet so that it's as snug as you can get it

4  by hand?

5  A  Right.

6  Q  Then you take the rachet itself and make it even

7  snugger?

8  A  Reached around, that's correct.

9  Q  And when you ratchetted that down did it get tight

10 against the tree?

11 A  Yes, it did.

12 Q  Were there anything...it's going to sound like a

13 crazy question, but I've got to ask. Was it a round tree?

14 A  Yes. It was.

15 Q  Was there anything irregular about the shape?

16 A  It was as round as a tree can get, as an oak tree

17 can get.

18 Q  Were there any, uh, branches in your way or, uh, you

19 know, holes in the tree or vines growing on the tree, or

20 knots on the tree, any kind of irregularities that in any

21 way interfered with your ability to get the stand set?

22 A  No. There were not.

23 Q  So when you had it...did you select a tree that you

24 considered to be a good solid, you know, safe tree to use?

25 A  Yes. I did.

Page 71

1  Q  Okay. And if the tree, for example, had been

2  covered with a, you know, quite a bit of moss, uh, would

3  that have been a tree that you might consider avoiding?

4  A  If it had have been covered with moss I may have

5  still used it.

6  Q  Okay.

7  A  It would depend on the circumstances and the

8  particular tree.

9  Q  Okay. Uh, would you use this tree stand on a tree

10 that looked, that appeared to be dead to you?

11 A  No.

12 Q  Uh, were there any branches at all between the

13 ground and the location where you were installing the

14 stand?

15 A  I don't recall any.

16 Q  Do you recall if there were any, uh, branch stubs,

17 or any knots, or any cavities in the tree, any kind of

18 irregularities on the surface?

19 A  I don't recall any.

20 Q  So as far as you recall it was a nice round solid

21 tree?

22 A  That's correct.

23 Q  Pretty uniform in size?

24 A  Well, they taper, going from large to small as you

25 get further up the tree, as all trees do.

Page 72

1  Q  Okay. Were there any forks or splits in the tree in

2  the vicinity where you were installing?

3  A  No. There were not.

4  Q  Okay. Uh, so you wrap it around the tree. Now

5  there are two square posts on the back of this seat

6  section here. See these?

7  A  Yes. I do.

8  Q  When you ratchetted this thing down and got it

9  tight, did these come in contact with the tree?

10 A  Yes. They did.

11 Q  Did you actually observe that?

12 A  Yes. I did.

13 Q  Was that something that you were checking for?

14 A  Yes, it was.

15 Q  Why?

16 A  Because there's four contact places to this stand

17 that need and have to make contact with a tree. The two

18 at the bottom.

19 Q  Show us those.

20 A  Where the platform is.

21 Q  Okay.

22 A  And these two at the top where your seat is.

23 Q  Okay. So the two tubes at the top have to be in

24 contact?

25 A  Right.

Page 73

1  Q  And the two...show me at the bottom?

2  A  These two here.

3  Q  Okay. All four of those were in firm contact with

4  the tree stand...with the tree before you climbed onto the

5  tree stand?

6  A  That's correct.

7  Q  Did it leave a mark on the tree?

8  A  I'd think that it would. I don't know.

9  Q  So that if you snugged that down real tight and dug

10 these tubes into the tree, we might be able to find marks

11 on the tree?

12 A  I would think you would.

13 Q  And what kind of tree was it?

14 A  To my knowledge, best knowledge it was a white oak

15 tree.

16 Q  And if those marks are there that would show us the

17 exact height that you installed this, correct?

18 A  If they're still there. The growth of the tree, I

19 don't know. I don't even know that that tree is still

20 there.

21 Q  Did you ever carve your initials in a tree?

22 A  No, sir.

23 Q  Well, I have. You might not be able to read them

24 five years later but you can still find them somehow. In

25 any event, you snugged that down and you satisfied

Page 74

1 yourself that it's...you got four points of solid contact?
2 A   That's correct.
3 Q   Did you do anything else other than visually
4 checking that to make sure you had solid contact?  Did you
5 do anything else to satisfy yourself that this thing was
6 snug on the tree?
7 A   Yes, I did.
8 Q   Tell me.
9 A   I shook it with my hand, shook the platform with my
10 hand to see if there was any movement.
11 Q   Back and forth?
12 A   Back and forth.
13 Q   Meaning this way?
14 A   That's correct.  I shook this platform very, very
15 hard with my hand to see if there was any movement.
16 Q   Did it move?
17 A   No.  It did not.
18 Q   Did it budge at all?
19 A   It did not.  It was bit into the tree real well.
20 Q   So you had sort of an actual, you know, duck feeling
21 when you were shoving that back and forth that you had bit
22 into that tree good and tight?
23 A   Yes.  I did.
24 Q   You were completely satisfied that it was snug
25 before you climbed on?

Page 75

1 A   I stood up.
2 Q   On the ladder stand?
3 A   On the ladder stand, and shook it again with my
4 foot.  Shook the platform with my foot.
5 Q   Which foot?
6 A   With my right foot, hugged up against the tree, I
7 stood up and tried to move it with my foot and it didn't
8 move.
9 Q   Did you place your foot on top of the platform to
10 shake it or did you put your foot on the edge of it and
11 try and kick it out?
12 A   I put my foot on the side to see if it would move,
13 and I didn't kick it, I just moved it.
14 Q   Applied pressure?
15 A   Applied pressure to see if it would move.
16 Q   Show me with your hand where you put your foot.
17 A   My guess was I put it right in this area somewhere.
18 Q   And then you gave it a push with your foot to see if
19 it would. . .
20 A   Just, just a nudge.
21 Q   To see if it would swing?
22 A   To see if I had any give in it.
23 Q   Did it swing at all?
24 A   It never moved.
25 Q   These four points even when you were giving a little

Page 76

1 nudge with your foot they all stayed securely in place?
2 A   Yes.  It did.
3 Q   When you were doing all of this did you have the
4 seat up like this or had you already, or had you already
5 put the seat down?
6 A   The seat was up.
7 Q   Up back against the tree?
8 A   That's correct.
9 Q   And I suppose it's possible and you may have covered
10 this, but I just want to be sure.  I suppose it's
11 possible, see the platform folds up too.    It's
12 possible...is it possible to install the stand while it's
13 folded up like that?
14 A   No, sir.  Uh, no, it is not.
15 Q   It would just flop itself down?
16 A   It would flop itself right back down.
17 Q   So in any event whether it is possible or not, when
18 you installed that the platform was already flat?
19 A   That's correct.
20 Q   But the seat was not?
21 A   That's correct.
22 Q   At what point did you lower the seat into a sitting
23 position?
24 A   When I stepped up onto the platform, I turned around
25 and lowered the seat.

Page 77

1 Q   So when you were climbing off of the ladder stand up
2 onto the tree...the Ol'Man stand, the seat was still back
3 up against the tree?
4 A   That's correct.
5 Q   Kind of like, kind of like that, leaning back until
6 it hit the tree?
7 A   Right.
8 Q   And this is the position it was in when you climbed
9 up onto it?
10 A   As best as I recollect, yes.
11 Q   When you climbed up onto it, did you get up onto
12 your feet first and then step up onto the tree stand?
13 A   Yes, I did.
14 Q   And what were you holding when you stepped off of
15 the ladder platform onto the tree stand platform?
16 A   The tree itself.
17 Q   With both hands?
18 A   Yes.
19 Q   Number one, to help pull yourself up?
20 A   Correct.
21 Q   And number two, for balance?
22 A   For balance.
23 Q   For safety purposes?
24 A   Correct.
25 Q   Would you have felt comfortable jumping up onto the

Page 78

1 tree stand from the ladder stand without holding onto the
2 tree?
3 A  I would have never jumped up.
4 Q  Well, stepping up?
5 A  Rephrase your question again.
6 Q  Would you have felt safe stepping up from the ladder
7 stand to the tree stand if you weren't holding onto the
8 tree?
9 A  No.
10 Q  Why not?
11 A  You have to have...you'd just be hanging in the air.
12 You need some kind of support, plus I had to have some
13 help by the tree to step up into that.
14 Q  Because of the distance of the step?
15 A  Right.  Because of the distance to step up.
16 Q  And that was about two feet as you recall?
17 A  About two foot.
18 Q  Could it have been a little more?
19 A  No.  It may have been very...it may have been less.
20 Q  Okay.  But that's your best estimate?
21 A  Best estimate, correct.
22 Q  When this tree stand...there was some points of
23 contact with the tree.  Did the ladder stand have points
24 of contact as well?
25 A  Yes.  It did.

Page 79

1 Q  And where were they located?
2 A  There was one in the middle of the ladder stand.  It
3 was a brace bar that went from the ladder stand to the
4 tree, of which you had a strap that went around that and
5 then at the top you had two contact points for the
6 platform that contacted up there.
7 Q  Where there two contact points or did the platform
8 have a v-bar on the back?
9 A  I don't know.
10 Q  Did that have a ratchet, the ladder stand?
11 A  We used ratcheting straps, correct.
12 Q  Did it come with those or did you put on separate?
13 A  We had extras there that we used.
14 Q  So you did ratchet the ladder to the tree?
15 A  That is correct.
16 Q  And that may have also left marks?
17 A  I would think.  I'm not sure.
18 Q  When you were sitting on the neck, immediately
19 before the seat brake, where was the ladder and the ladder
20 platform in relation to where you were sitting?
21 A  To my right.
22 Q  So if you were to take something in your right hand
23 and just hold it out, can you hold your right arm out for
24 me, and just drop something out of your right hand from
25 that position, would it have landed on top of the ladder

Page 80

1 stand?
2 A  The ladder stand was not at a ninety degree angle to
3 this.  It was more like this.
4 Q  Okay.
5 A  But it was to my right.
6 Q  Off to the right?
7 A  Off to the right, correct.
8 Q  Would it have been possible for you to roll off the
9 right side of your tree stand without landing on your
10 ladder?
11 A  Anything would've been possible.  I'm not sure.
12 Q  Did you have...well, tell me about hooking up your
13 tree stand.  You ratchetted it down, you test it with your
14 hand, you test it with your foot, then what did you do?
15 A  I stepped over onto it.
16 Q  Okay.
17 A  I turned around.
18 Q  Facing the tree?
19 A  Facing the tree.
20 Q  Did you do anything with your feet once you got on
21 it to further snug it up or confirm that it was tight?
22 A  No.
23 Q  Okay.  When you got on it was there any shake or
24 movement at all?
25 A  No.

Page 81

1 Q  Felt secure?
2 A  Felt very secure.
3 Q  Okay.  What did you do next?
4 A  I turned around put the seat down and sat down.
5 Q  So when you put the seat down you were actually
6 facing away from the tree?
7 A  That's correct.
8 Q  You reached back behind you and flip it down?
9 A  That's correct.
10 Q  And then you sit?
11 A  That's correct.
12 Q  Did you sit in a sort of a slow measured manner as
13 opposed to plopping down in the seat?
14 A  Yes.  Because I was adjusting the net at the same
15 time to make sure that it was full out on the bars.
16 Q  You wanted to make sure it was full out on the bars
17 so that when you sat down you were sitting on something?
18 A  That is correct.
19 Q  If you folded the seat down and the nets not full
20 out you can sit down and there is nothing there, right?
21 A  You say...you ended up sitting on the platform.
22 Q  Right.  So you flip the seat down and you make sure
23 the net is slid out and then you sit your seat down into
24 the net?
25 A  That's right.

| Page 82 | Page 84 |
|---|---|

**Page 82**

1  Q  Then what?

2  A  I looked the area over from where I'm at and I

3  looked down at Danny and I hear the snap and fall, and I

4  fall.

5  Q  What is your best estimate of the amount of time

6  that this seat supported your weight before the fall?

7  A  Less than thirty seconds, best guess.

8  Q  Somewhere in the neighborhood of thirty seconds?

9  A  That's my best guess.

10  Q  I mean, it didn't break in two seconds?  Is that

11  fair?

12  A  Uh, less than thirty seconds is the best I can

13  recall.  I had time enough to look around and, you know,

14  make sure of where I'm at.  Seems like Danny may have said

15  something to me while I was sitting there and then the

16  stand...the seat broke.

17  Q  Okay.  And the amount of time it took you just to

18  answer that question...I could see the way you were kind

19  of moving your head around, you were sort of reliving this

20  thing, is it about that same amount of time, somewhere in

21  there?

22  A  Just about that same amount of time, correct.

23  That's to the best of my knowledge.

24  Q  I understand.  Could've been a little longer,

25  could've been a little less but it wasn't, uh, wasn't like

**Page 83**

1  you were up there for two minutes, right?

2  A  No.

3  Q  Okay.  Describe for me everything that you remember

4  physically happening to your body, uh, from the moment you

5  heard the sound of something breaking.

6  A  It seems like I went this way.  I went to my right

7  and down, and I don't remember anything after that till

8  I was on the ground.

9  Q  I know, you say you don't remember but I want to

10  throw out a few questions to see if anything triggers a

11  thought, okay?  What you told me is you remember hearing

12  a crack and then you remember being on the ground and

13  really nothing in between, is that fair?

14  A  That's correct.

15  Q  When your seat...is it your belief that the breaking

16  noise you heard was your seat breaking?

17  A  I believe, but I'm not sure.

18  Q  Okay.  And your platform, from everything that

19  you've told me was firmly attached to the tree, right?

20  A  Yes, It was.  To the best of my knowledge.

21  Q  After your accident was your tree stand, the Ol'Man

22  tree stand still up in the tree?

23  A  No.  It was not.

24  Q  Where was it?

25  A  It was on the ground and I'm...I've been told that

**Page 84**

1  it was close to me.  I don't really remember its exact

2  location on the ground in relation to where I was laying.

3  Q  Who told you that it was close to you?

4  A  Uh, Danny did, uh, Dave Abbott also told me that it

5  was. . .

6  Q  Who is Dave Abbott?

7  A  Uh, Dave Abbott is one of the guys that we were

8  hunting with.  He was the guy that Danny went to go get

9  for help.

10  Q  On your way down, when your seat broke, do you

11  recall hitting anything?

12  A  I don't recall.

13  Q  Do you recall hitting your platform at all?

14  A  I don't recall.

15  Q  Do you recall hitting your ladder stand at all?

16  A  I don't recall.

17  Q  What do you recall?  What's the next thing you

18  remember after hearing the break?

19  A  A drop in this side.  A drop in my right side and

20  then I'm on the ground.

21  Q  Do you remember reaching out or grabbing anything?

22  A  No, I don't.

23  Q  When you hit the ground do you remember having

24  anything in your hands at all?

25  A  I didn't have anything in my hands.

**Page 85**

1  Q  Okay.  Where was Danny?

2  A  Danny was on the ground to my, to my right.

3  Q  Was he pretty much at the base of the ladder stand?

4  A  Uh, he was off to the...if you face the ladder stand

5  and the tree, he was off to the right of it.  He was more

6  like right here.

7  Q  Okay.

8  A  If I'm sitting here he's more like, like, he's more

9  like right here.

10  Q  Just to orient me, uh, grab that pen for a second.

11  I want to ask you to draw me a circle.  Okay.  That's

12  going to be your tree.

13  A  Okay.

14  Q  We took your tree and just cut it and we're looking

15  straight down on your tree from above.

16  A  Okay.

17  Q  Okay.  Anywhere you want on there just draw in your

18  Ol'Man tree stand.  Just a little, you know, I guess, a

19  rectangle or something coming off the tree.  Okay.  Uh,

20  and if you would on there write, uh. . .

21  A  I am sure this, this orientation in this format so

22  all of this is. . .

23  Q  I know.  We can spend the paper around anyway we

24  want and change the orientation.  That doesn't matter to

25  me.  Just write down, uh, tree stand.  What I'm more

Page 86

1 interested in here is the relative position of your tree
2 stand and your ladder stand. If that's your tree stand
3 sticking off the side of the tree like that, on that
4 drawing, can you show me where the ladder stand would be?
5 A  Ladder stand would've been like this.
6 Q  Okay. Now I understand that the way that you have
7 this drawn the tree is, you know, twice as wide as the
8 tree stand. I doubt that the tree was twice as wide as
9 your tree stand. Is that fair?
10 A  Do what now?
11 Q  The way we have it drawn.
12 A  Right. Right. It's not to scale.
13 Q  Understand. So that, in fact, was...how wide was
14 the tree, the diameter?
15 A  Twenty, twenty-five inches, I'm not sure.
16 Q  Okay. Was it as wide as the platform from one side
17 to the other?
18 A  No. It was not.
19 Q  So it was narrower than the tree stand?
20 A  The best of my recollection.
21 Q  Okay. Can you put a little X on that drawing where
22 Danny would've been standing when you fell? And just put
23 a circle around that X. Based on where he was standing
24 before you heard the crack, was he in danger of having you
25 land on him, I mean, was he pretty close to where you were

Page 87

1 falling?
2 A  I'm not sure I understand your question.
3 Q  When you fell down did you land on Danny?
4 A  No. I did not.
5 Q  Were you near him?
6 A  I don't know exactly where I hit on the ground.
7 I...my guess is that I landed somewhere in this area, but
8 I'm not sure.
9 Q  Now the way you've drawn this and I'm not going to
10 hold you to this. I understand that this is not to scale
11 at all, but the way you've drawn that there'd be some
12 space between the ladder stand...can you put ladder stand
13 on that one there? There'd be some space between the
14 ladder stand and the tree stand, you know, that you would
15 have to traverse when you made your step. Was there
16 actually a space like this or were the two things really
17 immediately next to each other?
18 A  There was a space.
19 Q  Okay. About how much of a space? How many degrees
20 if you could estimate the angle?
21 A  I don't recall. There was a space.
22 Q  Okay. So it wasn't like you stepped straight up
23 from your ladder onto your Ol'Man? You stepped up and
24 over?
25 A  That's correct.

Page 88

1 Q  You had to move over some distance, but you can't
2 remember?
3 A  I don't remember. It was a distance over.
4 Q  Okay. And a distance up?
5 A  That's correct.
6 Q  Are we up to five? Okay. Let me just pop that on
7 there and we're going to mark this little work of art
8 Defendant's Exhibit 5.
9 A  Should there be a note put on there that it's not to
10 scale?
11 Q  Go ahead, put a note on there that says not to
12 scale. You might be surprised to learn that in sixteen
13 years I've never had a witness actually tell me that he
14 was drawing something...no, actually I did once. We had
15 a case of a defect on a parkay dance floor because we had
16 graph paper we were able to actually count tiles and mark
17 some. I think that was the only time in my life I ever
18 had somebody say that is actually to scale. Uh, let me
19 go put that in the pile.
20 A  I need to take a break.
21 Q  Okay.
22        (REPORTER'S NOTE:  Off the record.)
23 BY MR. LENTINI:
24 Q  Mr. Oxford, had you ever hunted from this tree
25 before?

Page 89

1 A  No. I have not.
2 Q  Have you ever hunted from this stand of woods
3 before?
4 A  Not from this particular stand. No, sir.
5 Q  Uh, you belong to a hunt club or do you own the
6 land? Whose property was it?
7 A  We lease the land. There's a group of us that lease
8 this land.
9 Q  And from whom did you lease it?
10 A  Uh, and individual that lives in Texas and I don't
11 have his name.
12 Q  Is this like somebody that you know, like a personal
13 friend or something?
14 A  It's an acquaintance of Dave Abbott.
15 Q  But you did have permission to be on that property
16 on the day of your accident?
17 A  That is correct.
18 Q  And who actually entered into the lease?
19 A  Uh, Dave Abbott took care of that.
20 Q  Now are you a member of a hunt club or was it just
21 a group of guys that got together and chipped in?
22 A  There was just a group of us that got together.
23 Q  Who was in that group?
24 A  There's myself, Dave Abbott, Danny Green, Brett
25 Harris, Paul Hamilton, and I'm not sure who else. Those

Page 90

1 are the people that I know just right offhand.
2 Q   And in this particular area where you were hunting
3 how many acres of woods did you have?
4 A   I don't recall.
5 Q   So this was the first time you'd ever been up that
6 tree?
7 A   That is correct.
8 Q   Why did you pick that tree?
9 A   We walked in...Danny and I walked into the woods
10 along with Dave Abbott earlier, and had found this
11 location, uh, there were several trails running up to it,
12 one in particular and there was a dry creek bed not too
13 far from it that looks likes it had had some activity.
14 Q   Deer activity?
15 A   Correct.
16 Q   Were you setting this stand up to bow hunt or gun
17 hunt?
18 A   To muzzle load hunt.
19 Q   Do you bow hunt?
20 A   Yes. I do, or did.
21 Q   When is the bow season in Arkansas?
22 A   Bow season in Arkansas goes from the 1st of October
23 till February the 28th, I believe.
24 Q   And when's the muzzle loading season?
25 A   Muzzle loading season is mid October...that

Page 91

1 particular year it was going to be October the
2 20th...starting October the 20th and run for a week.
3 Q   Had anybody else ever hunted from this tree to your
4 knowledge?
5 A   I have no idea.
6 Q   You're not aware of anybody?
7 A   That's correct.
8 Q   It wasn't like somebody in your group said, oh, I
9 hunted from that tree last year, that's a good spot or
10 anything like that?
11 A   No.
12 Q   So as far as you know you were the one and only
13 person that hung a tree stand on that tree?
14 A   As far as I know.
15 Q   Did you put anything into the tree, uh, during this
16 whole process, uh, screw in steps or any kind of bolt
17 holders, or hooks, or nails to hang fanny packs on, any
18 kind of. . .
19 A   No.
20 Q   Do you recall how you landed?
21 A   On my back and butt.
22 Q   And did you know immediately that you were hurt?
23 A   Yes. I did.
24 Q   How?
25 A   It had knocked the breath out of me and I had a lot

Page 92

1 of pain in my pelvis area, in the back of my pelvis and
2 in the front, and once I regained...it knocked the breath
3 out of me, and, uh, once I got my breath back about me,
4 uh, I couldn't set my legs up. I couldn't move my knees
5 up. I had to have Danny set my legs up and if I moved my
6 legs I could feel a grinding in my pelvis area.
7 Q   What did you do?
8 A   I laid there. I couldn't do anything.
9 Q   What did you say?
10 A   I told Danny he was going to have to go get some
11 help that I couldn't get up.
12 Q   What did he do?
13 A   He went for help.
14 Q   What happened next?
15 A   Uh, he went for help and I laid there trying to
16 regain my senses about me and one of the things that I
17 noticed was I lifted up my left hand and noticed that my
18 wrist was at a very odd angle inward. So I...then I could
19 tell when I moved my fingers that I had broke my wrist.
20 I didn't know how bad.
21 Q   Before you sent Danny for help did you realize you
22 had a problem with your left wrist?
23 A   No. I didn't.
24 Q   It was while he was gone that you noticed that?
25 A   While I was still laying there, right.

Page 93

1 Q   And continue, you noticed you had a problem with
2 your...what happened when you moved your fingers?
3 A   I...there was a grinding in my wrist.
4 Q   Okay.
5 A   Uh, I was still laying there. I couldn't get up and
6 I was hurting a lot.
7 Q   You weren't sitting up, you were laying on your
8 back?
9 A   I was laying. I couldn't set up. I couldn't move.
10 I couldn't get up. Uh, as I was laying there I rolled
11 over and I noticed that my cell phone was right here next
12 to me.
13 Q   Right here meaning, just above your right shoulder?
14 A   Right. Just when I looked over it was right here so
15 I grabbed it and it was a flip phone and I dialed 911,
16 because I knew I was in trouble and I needed help right
17 then.
18 Q   Okay. Did you talk to a 911 operator?
19 A   Yes, I did.
20 Q   What did you tell them? Was it a he or she?
21 A   It was a he.
22 Q   What did you tell him?
23 A   I told him that I had fallen, had fell, I was hurt
24 and I needed help. I don't remember all of the
25 conversation.

Page 94

1  Q  Tell me everything that you do remember?
2  A  He asked me where I was at and I told him in the
3  woods, uh, I wasn't being flippant but I didn't...it was
4  my first time in that particular set of woods and I didn't
5  know my exact location. It later come to me that I was
6  on Hand Cove Road. That's the only thing I remember, but
7  that was quite a long road, uh, and I remember giving him
8  Dave Abbott's cell phone number and he contacted...he was
9  in contact with Abbott as they were on their way back.
10 Q  Back from where?
11 A  Uh, Danny had went to Abbott...went to the trailer
12 to get Abbott.
13 Q  Okay. So Abbott having purchased the lease would
14 have been in the best position to direct the emergency
15 people to you?
16 A  He come to my help.
17 Q  Okay. And he could tell the 911 people here's where
18 we are?
19 A  Right and did.
20 Q  How long before help...well, let me ask you this,
21 how long before somebody came back after you sent Danny
22 away?
23 A  I have no idea. I was told that I was in shock at
24 that time, when help finally did come.
25 Q  Who told you?

Page 95

1  A  The EMT's. They couldn't get an IV started in me.
2  My veins were collapsed.
3  Q  What..do you remember that or did somebody tell you
4  that?
5  A  I vaguely remember it, but I don't remember a whole
6  lot after that.
7  Q  Describe for me. not what somebody's told you, but
8  what you remember from the moment you sent Danny away
9  forward. What's your recollection of everything that
10 happened?
11 A  I remember seeing my wrist was broke. I knew I had
12 a grinding in my pelvis so I figured that I must have
13 broke my hips or something of that nature. I didn't know.
14 Q  You called 911?
15 A  I called 911. I don't know how long I was there.
16 I don't recall if I was conscious the whole time or not.
17 I don't recall...I do remember calling 911. I don't
18 recall much of the conversation other than, you know, the
19 guy asking me where I was and I said, I was. . .
20 Q  In the woods?
21 A  Well, yes. That's. . .
22 Q  He probably went home and told his wife you won't
23 believe this one.
24 A  He probably...that's probably not exactly what I
25 said to him but. . .

Page 96

1  Q  Right.
2  A  . . .close enough.
3  Q  I got it.
4  A  Uh, I remember Danny and Dave getting there along
5  the same time or prior to...well, I'm not sure. I knew
6  that when it seemed like everybody was there at one time
7  and I remember the EMT's working on me, and it was two
8  ladies. I remember the one lady trying to get a...she
9  couldn't get it...she was cursing because she couldn't get
10 an IV started in me and said I was going into shock. I
11 knew she had the straddle of my arm and I was playing with
12 her butt at the same time. That's...I don't remember that
13 but that is what I was told. So asked me what I remember.
14 I remember them telling...that I was going into shock and
15 they couldn't get an IV stared on me.
16 Q  I won't ask you to describe her butt for me.
17 A  They tell me that both the ladies were very
18 attractive.
19 Q  Okay. I bet you they did some more cursing when
20 they had to put you on a backboard and lift you and carry
21 you out of the woods to, huh?
22 A  I...I don't remember.
23 Q  Do you remember getting out of the woods? Did they
24 put you on a board somehow and carry you out of there?
25 A  Unless they tied a helium balloon to me and floated

Page 97

1  me out, I have no idea, sir.
2  Q  Did your buddies carry you out as opposed to the EMT
3  's?
4  A  I do not recall.
5  Q  Do you remember being rolled onto anything, or
6  moved, or strapped, or. . .
7  A  I don't recall.
8  Q  Do you recall being in an ambulance?
9  A  I don't recall.
10 Q  Do you recall being on a helicopter? Do you
11 remember anything at all? What's the next thing you
12 remember after the female EMT being there and then your
13 next recollection, whether it's a vague recollection or
14 a clear one, I don't care. What's the next thing you
15 remember? Could be a week later in the hospital, I just
16 want to know.
17 A  Seems like I remember being in the hospital and this
18 must have been...now, this is only a guess because it must
19 have been early on when they first got me there, of giving
20 me something for the pain because I was really hurting,
21 and they started giving me pain killers at that time.
22 Q  Pills, injections, what do you remember?
23 A  I remember injections.
24 Q  Do you remember whether there was an IV established
25 at that point?

Page 98

1  A  I don't recall.
2  Q  So you remember getting some kind of a shot?
3  A  I believe so.
4  Q  What else do you remember?
5  A  I must have been up...I was up in a room and I don't
6  know what time period this was.
7  Q  But it's not in the emergency room?   You were
8  already...
9  A  I'm in a room.
10  Q  . . .in a room?
11  A  And I remember an orthopedic surgeon and I believe
12  that's who it was, was talking to me.  And I remember
13  asking him how bad I was hurt and he said I would end up
14  spending the next six to twelve months in a wheel chair.
15  Q  What do you remember after that?
16  A  I remember being in the Blytheville Hospital.  I
17  don't know what kind of time period that was, and I
18  remember my family doctor being there and Dr. Yao, who was
19  an orthopedic doctor, and, uh, they said they couldn't do
20  anything.  They was going to have to send me on to some
21  place else.  Send me to the Med. I remember being real
22  scared.
23  Q  Okay.  Was this all?  If you know, was this all the
24  same day as the accident?
25  A  It couldn't have been.

Page 99

1  Q  It could have been?
2  A  It could not have been.
3  Q  Could not have been.  Why do you say that?
4  A  Based on what I've been told.
5  Q  Okay.
6  A  That the events, the time line of the events is what
7  I've been told to me.   You asked me what I remembered.
8  These are the events that I remember.
9  Q  I understand.  Okay.  And so far you're telling us
10  everything that you remember?  You're not leaving out any
11  details, right?  This is as best as you can put it
12  together, correct?
13  A  As best as I can remember.
14  Q  Okay.  Uh, alright they're going to send you over to
15  the Med.  Do you remember...what do you remember after
16  that?  How did you get to the Med?
17  A  I don't know.
18  Q  Fair enough.  Do you remember checking in at the Med
19  or. . .
20  A  No.
21  Q  Do you remember going for any x-rays at any point in
22  this whole procedure?
23  A  No.
24  Q  Any kind of CAT scans or MRI, any diagnostic
25  procedures at all?  Do you have any recollection of

Page 100

1  anything like that?
2  A  The next thing I remember was...I was in a room and
3  I think I was talking to my wife asking her, you know,
4  where I'm at and what's going on and she told me that they
5  had, uh, they had done surgery on me and had, uh, had to
6  put a plate in my pelvis.  Had to...I remember crying a
7  whole lot for. . .
8  Q  So that...you remember the doctors telling you that
9  you had to go to the Med and the next thing you remember
10  is talking to your wife after the surgery was already
11  done?
12  A  Yes, sir.
13  Q  Okay.  What do you remember after that?
14  A  Just, just being there, just being there.
15  Q  You were...did they get you up out of bed at a
16  certain point in time or were you laying in bed for a
17  month? How long were you in that hospital?
18  A  I don't know how long I was there before I started
19  gaining my wits back about me I couldn't, I couldn't tell
20  you.  Until this date I don't think I've ever asked
21  anybody how long I was in the Med.
22  Q  Okay.
23  A  I don't recall.
24  Q  Did you transfer from the Med to some other rehab
25  facility or did you go right from the Med to back home?

Page 101

1  A  I went from the Med, I went home and there was a
2  hospital bed in my living room.  My sister had got it for
3  me, and I spent a lot of time in that.
4  Q  Did you...was there a period of time where you were
5  in a wheel chair or were you on crutches?  What was
6  your...how did you handle it when you got out of the Med?
7  A  They required that I walk a short distance with a
8  walker before they would let me go.  I remember it being
9  real difficult because I couldn't put any pressure on my
10  right leg and I couldn't use this hand to support me
11  because it was laid in a cradle.
12  Q  Your left hand?
13  A  My left hand.  So with my left leg and my right arm
14  I walked that short distance and they said, okay, you can
15  go home.
16  Q  So you were required to show them that you could
17  move a certain amount before they discharged you?
18  A  Correct.
19  Q  And you did that and they sent you home?
20  A  They let me go home.
21  Q  Was there some, uh, prescription or recommendation
22  at that time that you get physical therapy?
23  A  I don't recall.   It seems like that it was a
24  physical therapist that was there that required me to walk
25  this distance and said that I had to have some physical

| Page 102 | Page 104 |
|---|---|

**Page 102**

1 therapy, or that I would be required to get some physical
2 therapy.
3 Q  Prior to the day of your accident did you ever
4 practice using your tree stand at ground level before
5 going up into the tree?
6 A  No. I did not.
7 Q  Did your Ol' Man tree stand come with a safety belt?
8 A  It came with a harness.
9 Q  Chest harness?
10 A  Chest harness.
11 Q  Did you try that on and test it out at all?
12 A  I looked at that harness and I didn't feel very
13 secure with it. I didn't like the way that it hooked up.
14 Q  Did you try it or just based on the way that it
15 looked and decided that you were going to keep using your
16 old one?
17 A  Based on the way it looked and went together that I
18 decided that mine was better.
19 Q  Uh, this one that we have marked as Defendant's
20 Exhibit 2, was that the only other chest harness or safety
21 belt of any sort that you owned on the day of the
22 accident?
23 A  That's correct.
24 Q  So that if your other tree stands came with safety
25 belts they were already gone before the day of your

**Page 103**

1 accident?
2 A  That's correct.
3 Q  Are there things that you used to do before your
4 accident that you can't do now?
5 A  Yes.
6 Q  List them for me.
7 A  Lift weights, go to the gym, carry on a normal life,
8 where I could walk several blocks with my wife or my
9 grandchildren, work at a full time job even as physically
10 demanding as it may be, I don't feel comfortable in the
11 woods anymore hunting.
12 Q  Do you hunt?
13 A  I've tried and I can't do it.
14 Q  Even from the ground you. . .
15 A  I've tried and I can't do it.
16 Q  Why not?
17 A  I just...I don't know. I just can't do it.
18 Q  Just emotionally you don't feel. . .
19 A  I just don't feel comfortable going back in the
20 woods anymore.
21 Q  Okay. What gym did you go to before your accident?
22 A  There was a fitness center at the Baptist Hospital
23 that I went to.
24 Q  What Baptist Hospital was that?
25 A  In Blytheville.

**Page 104**

1 Q  Did you have to have a membership?
2 A  Yes.
3 Q  When...what period of time did you have a membership
4 to that gym?
5 A  Seems like I had a six month period...a six month
6 membership prior to, uh, that may have expired in the late
7 summer before I got hurt in October.
8 Q  Was that just one six month membership?
9 A  Yes.
10 Q  Were you planning on renewing that?
11 A  Yes. I was.
12 Q  Prior to having that one six month membership had
13 you had any prior memberships to that gym?
14 A  No.
15 Q  When you went to that...did you go to that gym
16 regularly during those six months?
17 A  Yes, I did.
18 Q  How frequently did you use that membership?
19 A  Sometimes as went as many as four times a week.
20 Other times I may...depending on my work schedule. When
21 I had to go, I may not be able to go but once.
22 Q  But did you always go at least once a week during
23 that six month?
24 A  I tried my best to go at least once a week.
25 Q  I know you tried your best but did you?

**Page 105**

1 A  There may have been some weeks that I didn't.
2 Q  And what did you do when you went to the gym?
3 A  Uh, I would spend thirty minutes on the tread mill
4 and fifteen minutes a stationary bike and then I'd go
5 through a series of strength exercises on the weight
6 lifting machines.
7 Q  Was that something you did every time you went to
8 the gym?
9 A  Yes.
10 Q  Did you have to sign in at the gym?
11 A  Yes. You did.
12 Q  What was the name of that fitness center?
13 A  It's just the wellness center there at the Baptist
14 Hospital.
15 Q  So they should have records of your attendance at
16 the gym during the six months that you had your
17 membership?
18 A  I don't know if they retain their records or not,
19 sir.
20 Q  Other than the gym and you've told us that you have
21 problems sitting, and standing, and walking, uh, do those
22 problems with sitting, and standing, and walking prevent you
23 from doing specific activities such as going to the gym
24 or are you physically able to hunt?
25 A  I can't walk any distance. That's my problem and,

| Page 106 | Page 108 |
|---|---|

**Page 106**

1  uh, because of the rough terrain that's accompanied in
2  most woods I'm worried about falling. I'm not very steady
3  on my feet.
4  Q   Is there some...is there any other specific
5  activities that you used to engage in that you can't do
6  anymore?   Were you a member of a bowling league or
7  something?
8  A   No.
9  Q   That's what I'm after.
10 A   Uh. . .
11 Q   What types of things; walking with your wife you
12 mentioned, uh. . .
13 A   Archery. I can't shoot my bow anymore because of my
14 left wrist. I had...prior to getting hurt I bought a new
15 Parker bow and set it up. It was the hottest thing out
16 now. I never got to hunt with it, and I can't hunt with it
17 now. I can't pull it back. I can't hold it with my left
18 hand. I can't shoot a rifle or a shot gun.
19 Q   Why can't you...why can't you enjoy your bow?
20 A   Because of the way...all of the pressure is in my
21 hand pushing back against my wrist. I have a lot of
22 problems and a lot of pain in this wrist and I can't hold
23 it.
24 Q   And your wrist was, in fact, fractured. You were
25 correct in your...your sort of field assessment turned out

**Page 107**

1  to be correct, right?
2  A   The bones on this, and I don't know which bone is
3  which, the bone over here next to my thumb was crushed.
4  There's two plates, and some screws, and pins in there.
5  Q   Still?
6  A   Yes, sir.
7  Q   Okay.
8  A   The bone on the other side was broke. I have very
9  limited movement in my wrist and there's a lot of pain in
10 it.
11 Q   You have scars from that?
12 A   Yes, I do.
13 Q   Let's get that big old watch out of the way and
14 maybe I can see it.
15 A   I have one scar that runs here. One scar that runs
16 here. I have another scar that runs here. I have a plate
17 in my pelvis, do you want to see that scar?
18 Q   Is that under your pants?
19 A   You know where your pubic bone is that runs across?
20 I have a plate in there.
21 Q   Okay. Uh. . .
22 A   It's held in with six screws, it's still there.
23 Q   Other than the pelvic surgery and the wrist surgery
24 did you undergo any other surgical procedures?
25 A   No.

**Page 108**

1  Q   Was it one surgery for the wrist and one surgery for
2  the pelvis?
3  A   Yes, it was.
4        MR. MILLER:   Mr. Lentini, I think it's
5        applicable.
6        MR. LENTINI: Yes. Okay.
7        MR. MILLER: And I don't mind if we pickup
8        like we've done.
9        MR. LENTINI: It's just as well. I may be
10       finished so I'll give me time to look over my
11       notes.
12       MR. MILLER: Okay.
13       MR. LENTINI:   If we could start back a
14       little bit after 2:00?
15       MR. MILLER: That would be good.
16       MR. LENTINI: Thank you.
17       (REPORTER'S NOTE: Off the record.)
18 BY MR. LENTINI:
19 Q   Mr. Oxford, when you went into the woods on the day
20 of your accident where was the box that your stand came
21 in and where were the instructions?
22 A   They were left at the trailer.
23 Q   What became of them?
24 A   I do not know.
25 Q   Have you ever sent anybody up to the trailer to look

**Page 109**

1  for them?
2  A   No, but I've been there since then and they're not
3  around.
4  Q   At what point after your accident did it occur to
5  you that that you might be making a claim?
6  A   After I got out of the hospital and got home.
7  Q   And it was that after you got out of the hospital
8  that you would've gone to see an attorney?
9  A   Well, I think we made...I made contact with...yes,
10 I believe, I made contact with Randel after...It was...I
11 mean, I was out of the hospital and at home when I made
12 the initial contact with Randel.
13 Q   And at that time did you make any effort to track
14 down the owner's manual or the carton that the product
15 came in?
16 A   I don't recall.
17 Q   How big was the platform on the ladder stand?
18 A   I'm not sure of the exact dimensions.
19 Q   Was it as big as the platform on this, uh, Ol'Man
20 stand?
21 A   Maybe the same size, maybe smaller.   Probably
22 smaller.
23 Q   What color was the ladder stand?
24 A   I believe it was grey. It could've been green. I'm
25 not exactly sure.

Page 110

1  Q  Where is that now?

2  A  I...the last time I knew of it, I believe, Danny

3  Green had it. It may be backup there in the deer woods

4  where we hunt at in Mountain Home. I'm not sure.

5  Q  What salary were you making annually at the time of

6  your accident, or did you even have a salary back then?

7  A  Well, I was self-employed at that time.

8  Q  So you were just taking the profits from your

9  company?

10  A  Yes, sir.

11  Q  Do you recall...that would be...you're self-employed

12  for only a four month period of time?

13  A  That's correct.

14  Q  And prior to that you worked at Environment Product

15  and Research, correct?

16  A  That's correct.

17  Q  What did Environmental Product and Research do?

18  A  They also made a mosquito killing machine.

19  Q  Uh, what did you make when you worked at

20  Environmental Product and Research?

21  A  Mosquito killing machines.

22  Q  How much did you, how much did you earn there? What

23  was your annual salary?

24  A  My salary was $700.00 a week plus I was promised a

25  ten percent of the business, ten percent ownership of the

Page 111

1  business, and profits...share of the profits and bonuses.

2  Q  Ten percent share of the profits?

3  A  That was really never tagged down exactly on that.

4  Q  Did you at any point become a ten percent owner of

5  that company?

6  A  That was never fulfilled.

7  Q  So that the only money you ever actually earned

8  despite whatever promises you may have received was the

9  $700.00 a week?

10  A  That's correct.

11  Q  And then for the year 2001, you spent four months

12  prior your accident running your own business?

13  A  That's correct.

14  Q  Do you have any idea what you earned that year?

15  A  No. I don't.

16  Q  Did you file state and federal tax returns?

17  A  Yes. I did.

18  Q  Do you have copies of those?

19  A  I...somewhere.

20  Q  Do you have an accountant that would help you with

21  any of that tax stuff?

22  A  No. I would've done it myself.

23  Q  Uh, do you ever consider going back to work in a

24  computer repair capacity?

25  A  No, because I can't do the lifting that would be

Page 112

1  required to carry a monitor or a CPU.

2  Q  Why not?

3  A  I can't pick them up. The weight is more than I can

4  safely pickup and carry.

5  Q  What problems do you have with your left hand and

6  arm right now?

7  A  Uh, it's my left hand. I can't...I'm limited on

8  movement, uh, I can't pick anything up with it more than

9  about five pounds.

10  Q  Why not?

11  A  Uh, because there again of the limited movement.

12  The way the doctor explained it. . .

13  Q  You mean like this? If you were to make fist and

14  pickup a dump bell that weighed twenty-five pounds, what

15  would prevent you from picking that up?

16  A  The pain in my wrist through this area.

17  Q  So the pain?

18  A  Yes.

19  Q  So it's not weakness necessarily, it's pain?

20  A  Weakness from lack of use because I can't really get

21  the exercise and the use out of it like I should.

22  Q  And it's...show me where the pain is?

23  A  The pain is from right here across through here.

24  It's through this joint. The...Dr. Woods had talked to

25  me one time about going back in and removing these plates

Page 113

1  and sawing the head off of this bone, and possibly

2  shortening it to alleviate that pain.

3  Q  And what...can I see the other side?

4  A  Ouch!

5  Q  What causes the pain?

6  A  Uh, any movement in that direction and I'm limited

7  there and I can't move it back this way because of the

8  plates that are in there. It restricts my movement.

9  Q  Just from me touching your finger caused pain?

10  A  Well, you tried to move it where it didn't quite

11  what to twist right.

12  Q  Okay. And that, that caused you pain?

13  A  Yes. That hurt. I mean, you just don't...you don't

14  grab my hand and twist it.

15  Q  Okay. Have you talked to any of your physicians

16  about...are they aware that you have that level of a

17  problem?

18  A  Yes.

19  Q  Where just that little movement could cause that

20  kind of pain?

21  A  Yes.

22  Q  And what doctors have you discussed that problem

23  with?

24  A  I've discussed that with Dr. George Woods, who is

25  the orthopedic surgeon, to which his suggestion was more

Page 114

1  surgery, and I'm just...I'm not...I can't do that, and the
2  other one was with my family doctor, Dr. Trent Marcus, and
3  he had no remedy for it.
4  Q  Can you pickup a gallon of milk with your left hand?
5  A  No.
6  Q  Because it hurts?
7  A  It hurts.
8  Q  Prior to your accident had you...with the tree stand
9  had you ever been involved in any other kind of an
10 accident, motor vehicle, slip and fall, anything?
11 A  Motor vehicle accidents, motorcycle accident.
12 Q  Have you ever filed a lawsuit before?
13 A  No.
14 Q  Tell me about your motorcycle accident.
15 A  There was two of them.  One time I was hit from
16 behind by a drunk while I was sitting still.
17 Q  When was that?
18 A  '79.
19 Q  Okay.
20 A  They fixed my motorcycle and the insurance company
21 wrote me a check for some small amount, I mean, they come
22 to me.  I knew they was going to fix my bike.  I didn't
23 know they were going to make a settlement with me, or just
24 here's a check, sign here, so, fine, let's go.
25 Q  Any personal injury in that accident?

Page 115

1  A  Uh, bruises.
2  Q  What about your other motorcycle accident?
3  A  I had a little girl on a bicycle pull in front of me
4  and I had to lay the motorcycle down, and I've got, uh,
5  I got abrasions.
6  Q  Have you ever been to a doctor complaining of back
7  pain before your fall out of the tree stand?
8  A  Yes.
9  Q  When?
10 A  Oh, gosh.  That's been in the early nineties.  I had
11 a herniated disc in my lower back.
12 Q  Did you have surgery on that?
13 A  Yes.  I did.
14 Q  Did that alleviate your problems?
15 A  Yes.  I did.
16 Q  Do you know what disc was herniated?
17 A  Uh, no.  I can show you the scar.
18 Q  What, uh, caused that?
19 A  I'm not sure.
20 Q  Where did you have that surgery?
21 A  That was in Memphis.
22 Q  At what hospital?
23 A  At Baptist Hospital, I believe.
24 Q  Do you know what doctor?
25 A  Dr. Allen Boyd, I believe.

Page 116

1  Q  And how was the result?
2  A  I did real well.  I was limited for sometime, but,
3  you know, I popped back great on that one.
4  Q  Which job were you working at the time you had the
5  disc herniation?
6  A  I was working at Nucor Yamato Steel.
7  Q  What did you do there?
8  A  I was the quality assurance coordinator.
9  Q  What did you do in that capacity?
10 A  I ran the testing laboratory, supervised the testing
11 laboratories, and also took care of customer claims,
12 complaints, did quite a bit of travelling with these folks
13 to go out on job sites, uh, along with maintaining the
14 analytical equipment.  Do the maintenance on that.
15 Q  Have you ever had any discussions with anybody at L
16 & L Enterprises or Ol'Man about, uh, your accident?
17 A  No.  I have not.
18 Q  Which Baptist Hospital in Memphis?
19 A  There was only one.
20 Q  Only one?  Where was it?
21 A  It was the main hospital, but I think it's since
22 been closed.
23 Q  In addition to reading your owner's manual did you
24 read any of the warnings that are affixed to your product,
25 your tree stand?

Page 117

1  A  Yes.  I did.
2  Q  Can you recall without looking at them, what they
3  said?
4  A  It says maximum weight limit of three hundred
5  pounds, uh, seems like...now, I mean, I remember that
6  maximum weight of three hundred pounds and some care about
7  needs to be taken, the rest of it's right here.
8  Q  Right.  And the three hundred pounds is around on
9  your side?
10 A  No.  I just remember that right offhand.
11 Q  Okay.
12 A  Because that was one of the reasons that I bought
13 the stand.  Most of them are limited to two hundred and
14 fifty pounds maximum.  Which the redesigned stand of this
15 has now been changed to two hundred and fifty pound
16 maximum.
17 Q  Have you ever been to a chiropractor?
18 A  Yes.  I have.
19 Q  When and why?
20 A  It was for lower back pain.
21 Q  Before or after the herniation surgery?
22 A  Oh, before.
23 Q  Did you have any follow-up care for any kind of back
24 problems in the five years prior to your fall out of the
25 tree stand?

Page 118

1  A  I had some lower back strain, yes.
2  Q  Did you go see a chiropractor or. . .
3  A  No.
4  Q  What did you do about that?
5  A  I'd go see my doctor and he would prescribe some
6  kind of muscle relaxant and a few pain killers and within
7  a reasonably short length of time I would be alright.
8  Q  That's your family doctor?
9  A  Yes. It was.
10 Q  What's his name?
11 A  Trent Marcus.
12 Q  Had that been your family doctor. . .
13 A  For some time. Yes, sir.
14 Q  How long?
15 A  Oh, gosh, ten years.
16 Q  Okay.
17      (REPORTER'S NOTE:  Off the record.)
18 BY MR. LENTINI:
19 Q  What was the name of the chiropractor that you saw
20 for your back problem?
21 A  His last name was Lazenby.
22 Q  Any idea how to spell that one?
23 A  L-A-Z-E-N-B-Y.
24 Q  And you mentioned something about a redesigned tree
25 stand with a different weight limit?

Page 119

1  A  I looked at the current model of Ol'Man tree stands
2  just out of curiosity and it seems like the one that has
3  replaced this one now has a weight limit of two hundred
4  and fifty pounds. I believe, we've got some information
5  on it.
6  Q  Did you look at it on the internet or at a store?
7  A  No. It was on the internet.
8  Q  Okay. Your attorney has just handed me a page that
9  says Ol'Man tree stand all over the place. And is this
10 the page that you've seen the change? The Tower Hang On
11 Stand, with this wrapper, a change is that. . .
12 A  That looks like it. I believe, that's correct. I
13 mean, let me...can I look again?
14 Q  Sure.
15 A  Yes. It looks to be the one.
16 Q  What are we up to, six? I am just going to put a
17 six on this for now, since I seem to have...I lost my...
18 It'll show up. I'm going to mark this Ol'Man, I guess,
19 advertisement as Defendant's Exhibit 6. Did the box in
20 which this stand came have a three hundred pound limit
21 written on it somewhere?
22 A  I don't remember.
23 Q  Where do you remember...do you remember seeing a
24 three hundred pound limit somewhere before you purchased
25 this product?

Page 120

1  A  Yes. It was in the Bass Pro catalog.
2  Q  In the catalog itself?
3  A  Yes.
4  Q  That would be the nineteen or the 2001 catalog?
5  A  Uh, the 2000 catalog, I believe.
6  Q  Okay. 2000. Fall catalog?
7  A  Uh, the hunting catalog. I'm not sure. It was
8  either fall or the hunting catalog.
9  Q  Right. They don't have tree stands in the spring
10 catalog, I don't think.
11 A  Uh, they...sometimes they do as a sale item, I
12 guess.
13 Q  The damage to your tree stand, in addition to the
14 fact that the tube on the seat is broken there are other
15 parts that appear to be bent, do you agree with that?
16 A  I agree with that.
17 Q  Was that damage something that occurred during your
18 accident?
19 A  Yes. It was.
20 Q  So when this tree stand came out of the woods and
21 you gave it to your lawyer, all of the bends, and twists,
22 and everything, they were already there?
23 A  That is correct.
24 Q  When you connected your stand to the tree prior to
25 your accident was anything bent or broken or twisted?

Page 121

1  A  No, sir. It was not.
2  Q  So everything that's bent, or broken, or twisted on
3  this tree stand today it all happened in your accident?
4  A  That is correct.
5  Q  And to the best of your knowledge did you land on
6  this tree stand when you fell?
7  A  I know absolutely that I did not land on that tree
8  stand when I hit the ground. Now, I very well may have
9  hit the edge of this stand when the arm broke.
10 Q  On your way to the ground?
11 A  Correct.
12 Q  How do you know for sure that you didn't land on it
13 on the ground?
14 A  I was told that I did not.
15 Q  By Danny?
16 A  By Danny.
17 Q  Okay. So then any damage we see on this stand
18 happened in the air or on the tree?
19 A  It happened when it was torqued off the tree when I
20 fell.
21 Q  Have any idea how it got off the tree?
22 A  I can guess.
23 Q  I'm going to make an exception to my rule. Tell me
24 what you think.
25 A  I believe that when that arm broke that full weight

Page 122

1 of my body come down, leg hit whatever and hit the edge
2 of this stand, torqued this off.
3 Q   When did you come up with that theory?
4 A   After looking at it, talking with some other people
5 about it and I, you know, I'd ask that question, what do
6 you think.
7 Q   There is a little spring loaded keeper clip on that
8 hook. Was that snapped in place before your accident?
9 A   Yes, it was.
10 Q   And that was...hook was completely engaged on that
11 bolt?
12 A   Yes, it was.
13 Q   And all four points of contact were snug up against
14 the tree?
15 A   That is correct.
16 Q   Do you subscribe to any hunting related magazines,
17 or do you ever?
18 A   I have, yes.
19 Q   What ones?
20 A   Outdoor Life, Field & Stream.
21 Q   When?
22 A   On and off since I was a teenager.
23 Q   Do they ever print articles in either of those
24 magazines or any other magazine that you've ever gotten
25 about tree stand safety?

Page 123

1 A   Only in the most recent years.
2 Q   How about prior to your accident?
3 A   Uh, could have. I don't remember.
4 Q   Do you remember anytime in the 1990's reading any
5 articles in any hunting magazines about tree stand safety?
6 A   I don't recall.
7 Q   Have you ever taken a hunter education course?
8 A   No. I have not.
9 Q   Why did you go out and buy your own separate safety
10 belt if the tree stands that you had came with a safety
11 belt?
12 A   That's just the point. They come with a belt. A
13 belt is not safe because if you fall with a belt on you
14 will immediately go inverse. Meaning that you're hung
15 upside down and you can't get out. With a safety harness
16 you're hung upwards. Where if it's got a quick disconnect
17 in the front you can punch that and slide your way out of
18 it.
19 Q   So you went independently and spent your own
20 additional money to get a safety harness that you
21 considered to be safer than the ones that the companies
22 were supplying with the tree stands?
23 A   That's correct.
24 Q   That's all I have. You're done, sir. Thank you.
25           MR. MILLER:  I have no questions.

Page 124

1           (REPORTER'S NOTE: Off the record.)
2 RE-DIRECT EXAMINATION
3 BY MR. LENTINI:
4 Q   Mr. Oxford, I've a couple of other things that I've
5 found at this hearing, Exhibit stickers 7, 8. Are we up
6 to 8? Can I see that, sir. Put this under the faxed
7 cover sheet. I'm going to mark as Exhibit 8 a document
8 labelled instructions to Ol'Man Terra and Terra Air Elite
9 II, fixed position tree stands. Have you had a chance to
10 look through this document, sir?
11 A   I have glanced through this, yes.
12 Q   And do you recognize that, sir?
13 A   Only as being a set of instructions for a Terra
14 Elite II tree stand.
15 Q   Is that the set of instructions that came with your
16 tree stand, sir?
17 A   I remember a set of instructions, I can't be sure
18 that this is an exact copy of what I had.
19 Q   Was your...were your instructions that you got a
20 multi page set of instructions?
21 A   As I recall, it was, yes.
22 Q   And included in this set of instructions are
23 instructions on how to use the product and then a separate
24 section on how to use the safety belt. With some
25 photographs of somebody using the chest harness, is that

Page 125

1 correct?
2 A   It appears from the photographs, it appears to be.
3 Q   And the stand that you got came with a chest
4 harness, correct?
5 A   That is correct.
6 Q   Like the one in those photographs?
7 A   I don't know if it's exactly like that or not. It
8 appears to be but I can't be sure.
9 Q   Is there anything about the instructions that you
10 have in front of you which are Defendant's Exhibit 8, that
11 leads you to believe that they are not the instructions
12 that came with your product?
13 A   I don't remember exactly what the instructions that
14 come with my product looked like. I can't...I don't know
15 if these are an exact copy or not.
16 Q   So you. . .
17 A   I don't know if they're exactly the same.
18 Q   I want you to...I want you to just assume that the
19 people from Ol'Man are going to come in and they're going
20 to say, these are the instructions that we sold with that
21 product. Is there anything about those instructions that
22 would lead you to disagree with that?
23 A   I don't understand your question.
24 Q   Well, my...I'm going to have testimony from people
25 who work, my client, at Ol'Man, who are going to say that

| Page 126 | Page 128 |
|---|---|

**Page 126**

1 these instructions, and I'm assuming that that's the
2 actual set right there, but we'll check it all, but I'm
3 assuming that that set is the set that came with your
4 product. What I want to know is...you just flipped
5 through them. Having done that, can you look at those
6 instructions and say, no, I'm sure I've never seen these
7 before? These are not my instruction, these are
8 different?
9 A  **I've seen a set of instructions that appear to be**
10 **like this, but I don't know absolutely for sure that they**
11 **are.**
12 Q  Okay. When you read the instructions that came with
13 your tree stand you read them once in December of 2000,
14 when you opened the box up?
15 A  **That's correct.**
16 Q  And then you read them again the day you used your
17 product?
18 A  **That's correct.**
19 Q  Let me ask you to make a copy of these...and I'm
20 going to see if we can get a...something that is more
21 legible. I know that I have these and I just had them
22 faxed down because they must have left them somewhere in
23 the office.
24      (REPORTER'S NOTE: Off the record.)
25 BY MR. LENTINI:

**Page 127**

1 Q  Mr. Oxford, I'm going through some of your medical
2 records and have a couple of questions just about a couple
3 of, uh, bits of information that are in there. Uh, it
4 does reference that you had prior disc surgery for a
5 herniation which you've already told us about, correct?
6 A  **Right.**
7 Q  It mentions something about a history of gout with
8 intermittent joint aches. Did you have gout with joint
9 aches prior to your accident?
10 A  **In my right foot, but it had been sometime. In**
11 **particularly in my right toe in the large joint.**
12 Q  And how long had it been since you had an episode of
13 gout?
14 A  **Years. It's been sometime, I don't remember**
15 **exactly.**
16 Q  It mentions in your medical records, complaints of
17 frequent headaches and insomnia. Were you having
18 headaches and insomnia, in the year or so prior to the
19 accident?
20 A  **Probably.**
21 Q  And who would you have seen for that?
22 A  **Trent Marcus.**
23 Q  Okay. It mentions something called meralgia
24 paresthetica. M-E-R-A-L-G-I-A. Previous episode of
25 meralgia paresthetica. Did you ever hear of that phrase

**Page 128**

1 before?
2 A  **That was a condition that was associated with the**
3 **disc in my back where it caused a numbing on the outside**
4 **skin of one of my thigh...on the top side skin of my**
5 **thigh.**
6 Q  And was that cured with your surgery?
7 A  **I don't...well, I don't have it anymore.**
8 Q  It mentions that you had developed a painful
9 peripheral neuropathy in your legs and feet related to
10 type II non insulin requiring diabetes. Are you diabetic,
11 sir?
12 A  **Yes, I am.**
13 Q  And how long have you been diabetic?
14 A  **Five, six years.**
15 Q  Have you ever taken insulin for your diabetes?
16 A  **Only when hospitalized.**
17 Q  And how frequently or how often have you been
18 hospitalized?
19 A  **I...when I was in for this accident and then when**
20 **they put me through the detoxification for the drug**
21 **dependency.**
22 Q  And do you have some neuropathy, some numbness, or
23 tingling, or altered sensation in your legs or feet
24 related to your diabetes?
25 A  **On my...in the underside of my toes, but that's all.**

**Page 129**

1 Q  And have you seen doctors for that?
2 A  **Dr. Trent Marcus.**
3 Q  Did you have that prior to your accident?
4 A  **I don't remember.**
5 Q  It mentions Carpal Tunnel Syndrome. Have you been
6 diagnosed with that?
7 A  **I had that problem in my right hand, had surgery for**
8 **it and that's fine.**
9 Q  Okay. And when did you have surgery for that?
10 A  **The late eighties, early nineties.**
11 Q  Uh, it mentions some type of colon issue. Do you
12 have any. . .
13 A  **No.**
14 Q  No? Any kind of cholectomy, C-H-O-L-E... 
15 A  **They removed my gallbladder.**
16 Q  When?
17 A  **Early nineties.**
18 Q  Any other surgeries that you've had other than your
19 back, your carpal tunnel, your gallbladder, and the
20 accident related surgeries?
21 A  **Orthoscopic surgery on my left knee.**
22 Q  When?
23 A  **Late nineties.**
24 Q  Why?
25 A  **I had a grating in that knee and Dr. Yao went in and**

| Page 130 | Page 132 |
|---|---|

**Page 130**

1 he said he really pretty much just flushed it out.

2 Q Dr. Yao?

3 A Yes.

4 Q Spell that.

5 A Y-A-O.

6 Q Where is he?

7 A Blytheville, Arkansas.

8 Q Any other surgeries?

9 A I had my tonsils out when I was a small child.

10 Q Anything else?

11 A I had an umbilical hernia repaired.

12 Q When?

13 A Middle nineties.

14 Q How long were you in the hospital for the detox?

15 A Three or four days.

16 Q Have you been clean since?

17 A Yes. I have.

18 Q That's it.

19 RE-CROSS EXAMINATION

20 BY MR. MILLER:

21 Q I have a couple of questions just to follow-up on.

22 You were asking about the drug dependency, uh, you didn't

23 ever really tell us. Was there kind of a starting point

24 to that, what triggered that?

25 A When I got hurt initially in the fall they started

**Page 131**

1 me on a morphine drip pump and I stayed on morphine until

2 I discharged from the Med and when I discharged is when

3 they put me on oxycontin and I stayed on that until

4 sometime in the first part of March.

5 Q Uh, was there a particular event that you associated

6 that with that really kind of made this come to a head,

7 made it much worse?

8 A Uh, are you talking about the dependency itself?

9 Q Yes. Well, that led it to be a bigger problem.

10 A We made a trip, Pest-O-Kill made a trip. There was

11 myself, Randel Miller, Dave Abbott, we made a trip to

12 Bangladesh in mid February of 2002, and I was still on a

13 crutch and had this arm in a splint and I took what I felt

14 was enough oxycontin with me to get me through this event,

15 and almost made it through it until we landed in New York

16 coming back. We were delayed in I think it was Belgium

17 for six to eight hours. Longer than we should have. So

18 I was running out of this medication and when I was picked

19 up at the airport by my wife and Dave Abbott's wife, I was

20 going through withdrawal at that time. Uh, I had to go

21 to the hospital that night to get narcotics to keep me

22 from going into withdrawal. Dave Abbott recognized it as

23 did his wife, who is Trent Marcus' nurse, and my nurse,

24 that I was going through the withdrawal. I was confronted

25 with it by my doctor and I admitted to a dependency

**Page 132**

1 problem and I said we need to do something about this.

2 I need to get off of this.

3 Q Okay. This trip that you went on was that the first

4 real work that you had done since your injury?

5 A That was my, that was my initial employment with

6 Pest-O-Kill. This was a most important trip to make and

7 my presence was required because I was involved a good bit

8 with the design of this product.

9 Q Did you feel up to making that trip?

10 A No. I did not, but I felt like it was necessary to

11 do so.

12 Q Did you manage very well on the trip?

13 A No. I did not. I had a lot of problems.

14 Q In fact, is that really where the medication...where

15 you began over medicating?

16 A I over medicated myself just to try to make it

17 through the trip and the demands of this trip.

18 Q That's all I have.

19          MR. LENTINI: That's all.

20          MR. MULLALLY: Nothing.

**Page 133**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 Defendant's Exhibit 1, 58 Page Statement of
26 Mr. Oxford (1-28-02)

Page 134

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Defendant's Exhibit 3, Receipt from Harps
```

Page 136

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Defendant's Exhibit 6, Ol'Man Advertisement
```

Page 135

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20

 2

24
25    Defendant's Exhibit 5, Diagram of Plaintiff of
26              Accident Scene
```

Page 137

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Defendant's Exhibit 8, Instructions
```

## REPORTER'S CERTIFICATE

STATE OF ARKANSAS    )
                     : SS.
COUNTY OF CRAIGHEAD )

I, Rosemary Ward, Certified Court Reporter, a Notary Public in and for the aforesaid county and state, do hereby certify that the witness, MR. GARY OXFORD, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein; that the testimony of said witness was taken by me via stenomask reporting and was thereafter reduced to typewritten form by me or under my direction and supervision; that the foregoing transcript is a true and accurate record of the testimony given to the best of my understanding and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

Given under my hand and official seal this the 21st day of May, 2003.

_____
ROSEMARY WARD, Ed.S., #468
CERTIFIED COURT REPORTER

My Commission Expires:

March 24, 2004

**-$-**

**149.99** [3] 59:4,8,11
**$39.99** [1] 59:16
**$700.00** [2] 110:24 111:9

**-'-**

**'** [1] 34:14
**'01** [1] 8:7
**'02** [1] 9:2 37:7
**'79** [1] 114:18
**'91** [2] 6:3 24:11
**'92** [1] 24:11
**'Eestoaill** [1] 34:14
**'endeavors'** [1] 34:14
**'s** [1] 97:3

**-.-**

**.above** [1] 57:9
**.close** [1] 96:2
**.in** [1] 98:10
**.Ol'Man** [1] 40:4

**-0-**

**03** [1] 8:2
**6** [2] 8:2,5

**-1-**

**1-28-02** [1] 133:26
**11th** [1] 5:21
**15** [1] 59:15
**16th** [1] 5:5
**1951** [1] 5:5
**1970** [1] 7:11
**1971** [3] 6:25 7:11,12
**1973** [1] 7:5
**1975** [1] 7:5
**1978** [2] 7:12,12
**1982** [4] 6:2,25 7:13,14
**1984** [2] 7:14,17
**1985** [2] 7:17,19
**1986** [2] 7:19,21
**1988** [2] 7:21,24
**1990's** [1] 123.4
**1991** [1] 5:12
**19th** [3] 8:5,8,14
**1st** [1] 90:22

**-2-**

**2000** [10] 7:24 8:2 40:20
40:22 54:15,20 55:4 120:5
20:6 126.13
**2001** [7] 8:2,5,5,8 11:4
11:11 120:4
**2002** [9] 8.14,17,17,20
29:2 36:24 37:4,13 131:12
**2003** [2] 110:24 138:31

**2004** [1] 138:36
**20th** [1] 91:2,2
**21st** [1] 138:30
**24** [1] 138:36
**27th** [1] 5:11
**28th** [1] 90:23
**2:00** [1] 108:14

**-4-**

**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** [1] 5:7

**-5-**

**5** [2] 88:8 135:25
**58** [1] 133:25

**-6-**

**6** [2] 119:19 136:25

**-7-**

**7** [1] 124:5
**70's** [2] 21:20 22:6

**-8-**

**8** [5] 124:5,6,7 125:10
137.25
**80's** [2] 21:20 22:6
**8th** [3] 29:2 36:23 37:13

**-9-**

**911** [6] 93:15,18 94:17
95:14,15,17

**-A-**

**Abbott** [14] 9:24 84:4,6
84:7 89:14,19,24 90:10
94:9,11,12,13 131:11,22
**Abbott's** [2] 94:8 131:19
**Abdul** [1] 10:1
**abilities** [1] 26:4
**ability** [3] 13:20 70:21
138:15
**above** [5] 50:16 57:7 63:9
85:15 93:13
**abrasions** [1] 115:5
**absolutely** [4] 27:13
61:1 121:7 126:10.
**Academy** [2] 19:13,14
**accident** [48] 16:23 17:24
19:6 20:14 21:12 37:19
38:14,23 45:18 50:10
51:14,18 54:17 55:5,7
59:24 66:13 67:2 83:21
89:16 98:24 102:3,22
103:1,4,21 108:20 109:4
110:6 111:12 114:8,10,11
114:14,25 115:2 116:16
120:18,25 121:3 122:8
123.2 127:9,19 128:19
129:3,20 135:26
**accidents** [1] 114:11

**accompanied** [1] 106:1
**according** [1] 45:4
**accountant** [1] 111:20
**accurate** [4] 17:8 30:1
37:19 138:14
**aches** [2] 127:8,9
**acquaintance** [1] 89:14
**acres** [1] 90:3
**action** [4] 138:18,21,23
138:29
**actively** [1] 11:16
**activities** [2] 105:23
106:5
**activity** [2] 90:13,14
**actual** [6] 12:6 51:13 58:2
58:4 74:20 126:2
**addition** [3] 46:25
116:23 120:13
**additional** [2] 49:5
123:20
**adjusted** [1] 50:18
**adjusting** [1] 81:14
**adjustments** [1] 51:5
**admitted** [1] 131:25
**adopt** [1] 37:18
**advertisement** [2]
119:19 136:25
**affect** [1] 138:24
**affects** [1] 138:23
**affixed** [1] 116:24
**afford** [1] 13:19
**aforesaid** [1] 138:6
**ages** [1] 6:6
**agree** [2] 120:15,16
**air** [6] 7:11 12:19 58:24
78:11 121:18 124:8
**airport** [1] 131:19
**Ali** [1] 10:12
**Allen** [1] 115:25
**alleviate** [2] 113:2
115:14
**Allison** [1] 58:14
**almost** [1] 131:15
**along** [5] 10:12 15:25
90:10 96:4 116:13
**altered** [1] 128:23
**always** [2] 27:25 104:22
**ambulance** [1] 97:8
**amount** [8] 15:6 57:15
82:5,17,20,22 101:17
114:21
**analytical** [1] 116:14
**angle** [5] 56:24 57:1 80:2
87:20 92:18
**animal** [1] 12:20
**animals** [1] 12:18
**annual** [1] 110:23
**annually** [1] 110:5
**answer** [5] 17:8 31:13,16
33:17 82:18

**answers** [2] 37:23,25
**anytime** [5] 45:23 46:10
48:10 52:18 123:4
**anyway** [2] 62:2 85:23
**API** [5] 22:20 23:2,7,11
27:24
**appear** [2] 120:15 126:9
**appeared** [1] 71:10
**applicable** [1] 108:5
**Applied** [2] 75:14,15
**appointment** [1] 16:13
**arch** [1] 57:7
**Archery** [1] 106:13
**area** [11] 11:10 14:6 43:8
61:24 75:17 82:2 87:7
90:2 92:1,6 112:16
**Arkansas** [5] 19:1 90:21
90:22 130:7 138:2
**arm** [12] 35:14 36:15,19
64:16 65:17 79:23 96:11
101:13 112:6 121:9,25
131:13
**arms** [2] 64:23 67:8
**art** [1] 88:7
**articles** [2] 122:23 123:5
**artificial** [1] 12:20
**Ashley** [1] 6:9
**aspects** [1] 12:15
**assessment** [1] 106:25
**associate** [1] 58:17
**associated** [2] 128:2
131:5
**assume** [3] 66:4,7 125:18
**assuming** [2] 126:1,3
**assurance** [1] 116:8
**attach** [13] 28:9 43:7,16
43:19 44:1,2,4 45:6,9
55:19 57:22 63:6 65:19
**attached** [8] 52:6 55:20
56:21 57:3 63:8 65:2,10
83:19
**attaching** [3] 44:17
45:10 46:5
**attachment** [3] 65:12
68:24 69:2
**attempt** [1] 56:13
**attendance** [1] 105:15
**attended** [1] 7:2
**attested** [1] 138:9
**attorney** [8] 29:5,9 38:5
53:12 109:8 119:8 138:19
138:27
**attorneys** [1] 138:22
**attracted** [4] 12:15,16,18
12:20
**attractive** [1] 96:18
**attracts** [1] 12:11
**available** [2] 66:8 138:29
**avoid** [1] 44:17
**avoiding** [1] 71:3
**aware** [3] 49:12 91:6

113:16

**-B-**

**B-L-Y-T-H-E-V-I-L-L-E**
[1] 33:4
**backboard** [1] 96:20
**background** [1] 7:1
**backup** [1] 110:3
**bad** [2] 92:20 98:13
**Baker** [2] 22:11,13
**Bakers** [1] 22:16
**balance** [2] 77:21,22
**balloon** [1] 96:25
**bang** [1] 57:6
**Bangladesh** [1] 131:12
**Baptist** [6] 33:1 103:22
103:24 105:13 115:23
116:18
**bar** [1] 79:3
**bars** [2] 81:15,16
**base** [3] 51:23,24 85:3
**based** [6] 22:16 41:19
86:23 99:4 102:14,17
**basis** [2] 16:22 20:16
**Bass** [2] 58:12 120:1
**Bayou** [7] 22:20 23:4
24:6 25:7 26:18 27:1,11
**became** [1] 108:23
**bed** [4] 90:12 100:15,16
101:2
**behind** [2] 81:8 114:16
**Belgium** [1] 131:16
**belief** [2] 42:16 83:15
**bell** [1] 112:14
**belong** [1] 89:5
**belt** [58] 23:13,15,25 24:6
26:20 28:1,2,6,10,14,19
33:15 42:2,8,11,18,23,25
43:5,7,16,20,25 44:5,12
44:17,20 45:6,9,10,22
46:2,5 49:15,20 50:6,23
50:25 52:6,11,16,18,21
52:25 55:13 61:20 64:9
65:1,2,7 102:7,21 123:10
123:11,12,13,13 124:24
**belts** [1] 102:25
**bend** [1] 63:4,14
**bends** [1] 120:21
**bent** [4] 50:25 120:15,25
121:2
**Beside** [1] 29:24
**best** [37] 9:17 15:8 21:6
22:22 23:14 31:18,18,23
36:9 37:20 38:7 42:20
46:14 48:1 50:1 56:6,12
64:5 68:14 73:14 77:10
78:20,21 82:5,7,9,12,23
83:20 86:20 94:14 99:11
99:13 104:24,25 121:5
138:14
**bet** [1] 96:19
**between** [8] 17:2 35:19

36:23 55:3 71:12 83:13
87:12,13
**'icycle** [1] 115:3
ʿig [3] 107:13 109:17,19
**bigger** [1] 131:9
**bike** [2] 105:4 114:22
**birth** [1] 5:4
**bit** [10] 50:9 57:12 62:10
67:22 71:2 74:19,21
108:14 116:12 132:7
**bits** [1] 127:3
**black** [1] 53:7
**blank** [2] 33:6,12
**block** [1] 17:15
**blocked** [1] 17:13
**blocks** [1] 103:8
**Blytheville** [9] 7:14
18:9 20:10 33:1,4,9 98:16
103:25 130:7
**board** [5] 9:19,21,23
10:12 96:24
**boats** [1] 22:16
**body** [7] 28:16 32:4,5
33:22 44:18 83:4 122:1
**bold** [1] 53:5
**bolt** [1] 91:16 122:11
**bone** [5] 107:2,3,8,19
113:1
   **ones** [1] 107:2
**'honuses** [1] 111:1
   **oredom** [1] 44:22
**bottom** [8] 12:22,23 32:7
32:25 34:20 35:4 72:18
73:1
**bought** [11] 23:1,4,4,5
26:19 40:10,12,13 55:22
106:14 117:12
**bow** [10] 68:23 69:2,19
90:16,19,21,22 106:13,15
106:19
**bowling** [1] 106:6
**box** [13] 53:25 54:3,4,4,7
54:12,19,25 55:11,17
108:20 119:19 126:14
**boy** [1] 30:13
**Boyd** [1] 115:25
**boys** [1] 6:14
**brace** [1] 79:23
**brake** [3] 30:20 52:13
79:19
**branch** [1] 71:16
**branches** [2] 70:18 71:12
**brand** [2] 40:6 61:12
**break** [7] 30:15 35:16
50:18,22 82:10 84:18
88:20
   **reaking** [5] 35:8,15 83:5
ʿ 83:15,16
   **reath** [3] 91:25 92:2,3
**breathing** [2] 12:17 51:7
**Brett** [1] 89:24

**bring** [1] 65:18
**broke** [10] 25:4 32:17
82:16 84:10 92:19 95:11
95:13 107:8 121:9,25
**broken** [5] 33:11 66:20
120:14,25 121:2
**brought** [5] 55:11,13,15
55:21 65:24
**brown** [1] 24:12
**bruises** [1] 115:1
**bucks** [1] 18:17
**buddies** [1] 97:2
**budge** [1] 74:18
**building** [1] 9:14
**built** [3] 21:22,25 40.8
**bumped** [1] 68:18
**bunch** [1] 63:14
**business** [8] 8:6,23,24
8:24 11:12 110:25 111:1
111:12
**Butlers** [1] 8:6,10
**butt** [3] 91:21 96:12,16
**buy** [4] 25:8 40:15 58:18
123:9
**buying** [1] 40:13

**-C-**

**C** [1] 10:14
**C-H-O-L-E** [1] 129:14
**C-H-O-W-D-U-R-Y**
   [1] 10:8
**C-R-A-I-N** [1] 10:15
**calf** [1] 14:15
**camera** [1] 50:7
**camp** [2] 54:1 55:8
**capacity** [3] 9:22 111:24
116:9
**car** [2] 51:21 62:9
**card** [1] 58:23
**care** [7] 19:16,17 89:19
97:14 116:11 117:6,23
**Carolina** [1] 33:8
**carpal** [1] 129:5,19
**carry** [10] 9:5 13:4 31:7
31:16 96:20,24 97:2 103:7
112:1,4
**carrying** [1] 31:21
**carton** [1] 109:14
**carve** [1] 73:21
**case** [4] 38:19 53:15 66:8
88:15
**CAT** [1] 99:24
**catalog** [8] 120:1,2,4,5,6
120:7,8,10
**Catherine** [2] 6:14,23
**caused** [4] 113:9,12
115:18 128:3
**causes** [1] 113:5
**cavities** [1] 71:17
**cell** [2] 93:11 94:8

**center** [5] 48:24 49:1
103:22 105:12,13
**Centered** [1] 35:19
**CEO** [2] 9:20,24
**certain** [2] 100:16 101:17
**CERTIFICATE** [1]
138:1
**certified** [3] 138:5,27,34
**certify** [2] 138:7,16
**chair** [6] 36:4,6,18 60:11
98:14 101:5
**chance** [4] 22:11 44:23
50:2 124:9
**change** [6] 13:20 31:25
32:22 85:24 119:10,11
**changed** [1] 117:15
**changes** [2] 37:12,17
**check** [5] 9:3 44:25
114:21,24 126:2
**checking** [3] 72:13 74:4
99:18
**chest** [8] 33:22,23 50:6
102:9,10,20 124:25 125:3
**child** [1] 130:9
**children** [2] 6:4,13
**chipped** [1] 89:21
**chiropractor** [3] 117:17
118:2,19
**cholectomy** [1] 129:14
**chose** [2] 61:7 63:17
**Chowdury** [1] 10:6
**Christian** [2] 19:13,14
**circle** [2] 85:11 86:23
**circumstances** [1] 71:7
**claim** [1] 109:5
**claims** [1] 116:11
**clarification** [2] 33:24
35:1
**clarify** [3] 32:22 34:18
41:14
**clarifying** [1] 33:17
**clean** [2] 37:7 130:16
**clear** [2] 41:17 97:14
**client** [1] 125:25
**climb** [8] 31:15 45:7,10
47:12 56:23,25 59:2,10
**climbed** [6] 44:6 63:23
73:4 74:25 77:8,11
**climber** [2] 31:14 39:7
**climbers** [2] 22:23,24
**climbing** [11] 28:11,19
42:19,23 45:21 46:8,8
49:10,11 62:20 77:1
**Clinic** [1] 16:7
**clip** [1] 122:7
**close** [5] 57:4 67:24 84:1
84:3 86:25
**closed** [1] 116:22
**club** [2] 89:5,20
**CO** [2] 12:17,20
**co-owners** [2] 8:23 9:22

**collapse** [1] 36:2
**collapsed** [1] 95:2
**College** [2] 7:2 34:4
**colon** [1] 129:11
**color** [2] 53:8 109:23
**comfort** [1] 13:21
**comfortable** [17] 15:9
25:17,18 57:15 60:1,2,6,7
60:8,9,12,14 62:18,20
77:25 103:10,19
**coming** [6] 10:19,23
26:11 49:19 85:19 131:16
**commercially** [1] 22:3
**Commission** [1] 138:35
**Community** [2] 7:2 34:4
**companies** [1] 123:21
**company** [7] 8:1 10:16
10:25 11:2 110:9 111:5
114:20
**compass** [1] 61:24
**competently** [1] 9:5
**complaining** [1] 115:6
**complaints** [2] 116:12
127:16
**complete** [1] 5:2
**completely** [3] 26:11
74:24 122:10
**computer** [3] 7:22 8:12
111:24
**concern** [2] 57:19 60:25
61:6
**concerned** [2] 57:14,17
**concerning** [1] 58:12
**condition** [1] 128:2
**confident** [4] 41:20
60:19,20,22
**confirm** [1] 80:21
**confronted** [1] 131:24
**confusing** [1] 41:7
**connect** [2] 56:13 60:4
**connected** [1] 120:24
**connecting** [1] 31:11
**connection** [1] 21:12
**Connie** [1] 5:13
**conscious** [2] 49:9 95:16
**consider** [2] 71:3 111:23
**considerably** [1] 25:18
**considered** [2] 70:24
123:21
**Constance** [2] 6:2,19
**contact** [16] 72:9,16,17
72:24 73:3 74:1,4 78:23
78:24 79:5,7 94:9 109:9
109:10,12 122:13
**contacted** [4] 18:8 41:13
79:6 94:8
**contacts** [1] 11:9
**contained** [1] 138:9
**container** [1] 54:11
**continue** [3] 9:4 32:19
93:1

**continuously** [2] 9:11
15:15
**contract** [2] 11:4 138:22
**contracted** [1] 7:18
**contracts** [1] 10:19
**control** [1] 138:25
**conversation** [2] 93:25
95:18
**coordinator** [1] 116:8
**copies** [2] 111:18 138:26
**copy** [3] 124:18 125:15
126:19
**correct** [165] 5:15 8:25
12:5,8 16:19,21 17:7 19:9
20:6 22:4 24:20 26:7
27:23 28:11,12 29:3,4
31:17,23,25 32:9,10 33:7
33:13,18 34:10,10 35:14
35:18,20 36:15,17,21 37:8
37:11 38:8,20,21,24 39:5
39:8,10,14,16,24 40:3,5
41:22 43:23 44:11 45:11
45:12,18 46:12,17,24 47:4
47:7,10,23 48:5 49:8,24
51:2,16 52:3 54:12,18,24
55:12,14,16 56:19 57:8
57:10 58:15 59:1,25 60:13
61:3,7,8,11,13,16,19 63:1
63:11,16,18 64:2,7,19,22
65:1,3,23,25 66:1,17,19
66:21,22,25 67:1,3,4,6,24
68:10,14 69:3,11,24 70:8
71:22 73:6,17 74:2,14
76:8,19,21 77:4,20,24
78:21 79:11,15 80:7 81:7
81:9,11,18 82:22 83:14
87:25 88:5 89:17 90:7,15
91:7 99:12 101:18 102:23
103:2 106:25 107:1
110:13,15,16 111:10,13
119:12 120:23 121:4,11
122:15 123:23 125:1,4,5
126:15,18 127:5
**corrected** [2] 37:25
38:11
**correction** [3] 31:2 35:1
36:25
**corrections** [1] 38:2
**correctly** [4] 29:17 41:21
51:8 57:17
**cost** [2] 18:12,14
**could've** [3] 82:24,25
109:24
**Coulier** [2] 6:2,20
**counsel** [4] 10:5 49:25
138:16,20
**count** [1] 88:16
**countries** [1] 10:24
**country** [1] 10:21
**county** [2] 138:4,6
**couple** [13] 9:21 16:25
20:1,1 24:15 30:11,12
38:16 64:1 124:4 127:2,2
130:21
**course** [1] 123:7
**Court** [2] 135:8,34

'ove [1] 94:6
cover [10] 6:22 27:6,7,17
  27:17,18,18 41:1,1 124:7
overage [1] 19:17
covered [5] 6:21 24:18
  71:2,4 76:9
CPU [1] 112:1
crack [1] 83:12 86:24
cradle [1] 101:11
CRAIGHEAD [1]
  138:4
Crain [1] 10:13
Crane [1] 10:14
crazy [1] 70:13
create [1] 12:19
credit [1] 58:23
creek [1] 90:12
crushed [1] 107:3
crutch [1] 131:13
crutches [1] 101:5
crying [1] 100:6
cured [1] 128:6
curiosity [1] 119:2
current [1] 119:1
cursing [1] 96:9,19
custodial [1] 138:27
customer [1] 116:11
  t [1] 85:14

-D-

damage [3] 120:13,17
  121:17
dance [1] 88:15
danger [1] 86:24
Danny [36] 10:12 26:19
  31:8,13,19 32:2,14 35:6
  39:15 43:6,15 45:5 52:1
  63:20 65:9,15 82:3,14
  84:4,8 85:1,2 86:22 87:3
  89:24 90:9 92:5,10,21
  94:11,21 95:8 96:4 110:2
  121:15,16
date [6] 5:4 8:20 11:23
  55:5,7 100:20
daughter [1] 6:19
Dave [13] 9:24 84:4,6,7
  89:14,19,24 90:10 94:8
  96:4 131:11,19,22
Davis [2] 5:3 6:7
days [4] 22:17 30:11,12
  130:15
dead [1] 71:10
deal [1] 12:12
December [9] 8:17,20
  9:1 40:20,22 54:14,20
  5:4 126:13
decent [1] 60:23
cided [2] 102:15,18
ueer [4] 21:16 54:1 90:14
  110:3
defect [1] 88:15

Defendant's [19] 28:25
  29:12 31:1 50:1,4 51:12
  52:6 58:10 66:2,11 88:8
  102:19 119:19 125:10
  133:25 134:25 135:25
  136:25 137:25
definitely [1] 23:6
degree [6] 7:6 34:2,3,3
  68:17 80:2
degrees [1] 87:19
delayed [1] 131:16
delivered [1] 138:27
demanding [1] 103:10
demands [1] 132:17
demonstrated [1] 32:17
department [4] 7:15,18
  56:7 61:9
depend [1] 71:7
dependency [5] 37:5
  128:21 130:22 131:8,25
depending [2] 68:15
  104:20
deposition [7] 22:15
  28:25 36:25 37:22 38:18
  66:5 138:26
describe [4] 62:2 83:3
  95:7 96:16
describing [1] 67:8
design [1] 132:8
desired [2] 28:13 42:22
despite [1] 111:8
details [3] 32:20 99:11
detox [2] 37:10 130:14
detoxification [2] 37:6
  128:20
developed [2] 37:5
  128:8
device [1] 42:18
diabetes [3] 128:10,15
  128:24
diabetic [2] 128:10,13
diagnosed [1] 129:6
diagnostic [1] 99:24
Diagram [1] 135:25
dialed [1] 93:15
diameter [1] 86:14
difference [2] 45:14,17
different [5] 11:18 53:8
  59:6 118:25 126:8
difficult [4] 26:9 56:25
  67:10 101:9
dimensions [1] 109:18
direct [1] 94:14
direction [2] 113:6
  138:12
directly [1] 62:15
disagree [1] 125:22
disappear [1] 15:7
disc [5] 115:11,16 116:5
  127:4 128:3
discharged [7] 16:16,17

18:6 19:20 101:17 131:2
  131:2
disconnect [1] 123:16
discussed [2] 113:22,24
discussions [1] 116:15
distance [12] 14:1,2,9
  78:14,15 88:1,3,4 101:7
  101:14,25 105:25
distribution [1] 11:9
divorced [2] 5:22 6:3
doctor [14] 19:19 20:5
  21:7,9 98:18,19 112:12
  114:2 115:6,24 118:5,8
  118:12 131:25
doctors [3] 100:8 113:22
  129:1
document [3] 57:25 58:1
  58:10 124:7,10
doesn't [1] 85:24
done [9] 52:9 54:5 100:5
  100:11 108:8 111:22
  123:24 126:5 132:4
doubt [1] 86:8
down [70] 13:16 14:18
  15:3 26:5 31:10 32:3,5,9
  32:13,14,15,16,25 34:2
  34:18 35:4,5,8 36:3 38:12
  43:13,14,17 44:25 45:7
  49:19 50:16,25 51:23 62:9
  62:10 63:14 64:4 66:16
  68:5,15,22,22 69:6,22
  70:9 72:8 73:9,25 76:5,15
  76:16 80:13 81:4,4,5,8,13
  81:17,19,20,22,23 82:3
  83:7 84:10 85:15,25 87:3
  109:14 111:3 115:4 122:1
  123:15 126:22
downward [2] 35:9 36:8
Dr [13] 16:5,23 17:5 20:4
  20:8 98:18 112:24 113:24
  114:2 115:25 129:2,25
  130:2
draw [2] 85:11,17
drawing [3] 86:4,21
  88:14
drawn [4] 86:7,11 87:9
  87:11
drew [1] 9:3
drip [1] 131:1
drop [3] 79:24 84:19,19
drug [2] 128:20 130:22
drunk [1] 114:16
dry [1] 90:12
duck [1] 74:20
due [5] 8:15 9:4 13:8,10
  42:3
dug [1] 73:9
duly [1] 138:7
dump [1] 112:14
during [7] 30:20 51:13
  91:15 104:16,22 105:16
  120:17

- E -

early [6] 21:20 22:6 97:19
  115:10 129:10,17
earn [1] 110:22
earned [2] 111:7,14
easier [2] 49:6 63:6
easily [1] 45:12
east [4] 10:24 11:10 12:24
  61:25
easy [1] 26:8
edge [4] 48:25 75:10
  121:9 122:1
education [1] 123:7
educational [1] 7:1
effort [3] 37:15 53:18
  109:13
eight [3] 21:15 41:10
  131:17
eighteen [1] 21:17
eighties [1] 129:10
either [6] 36:13 47:5
  63:13 68:16 120:8 122:23
Electricity [1] 12:12
electrocutes [1] 12:23
electrocution [1] 12:22
electronics [1] 7:22
eleven [1] 54:16
Elite [6] 39:1 58:24,24
  59:7 124:8,14
Elizabeth [2] 6:14,23
emergency [2] 94:14
  98:7
emotionally [1] 103:18
employed [4] 8:18 12:4
  138:17,20
employee [1] 138:19
employment [1] 132:5
EMT [2] 97:2,12
EMT's [2] 95:1 96:7
enable [1] 42:18
end [2] 70:2 98:13
endeavors [1] 34:8
ended [1] 81:21
engage [1] 106:5
engaged [1] 122:10
enjoy [1] 106:19
entail [1] 13:23
entered [2] 64:25 89:18
Enterprises [1] 116:16
Environment [1] 110:14
Environmental [3] 8:2
  110:17,20
episode [3] 15:17 127:12
  127:24
episodes [2] 15:19,20
equal [1] 46:9
equipment [2] 12:6
  116:14
established [1] 97:24

estimate [4] 78:20,21
  82:5 87:20
event [4] 73:25 76:17
  131:5,14
events [4] 37:9 99:6,6,8
eventually [1] 47:15
everybody [1] 96:6
exact [6] 73:17 84:1 94:5
  109:18 124:18 125:15
exactly [10] 10:9 40:14
  87:6 95:24 109:25 111:3
  125:7,13,17 127:15
EXAMINATION [2]
  124:2 130:19
example [2] 18:17 71:1
exception [2] 22:24
  121:23
excuse [2] 18:25 46:22
exercise [1] 112:21
exercises [1] 105:5
exhibit [22] 28:25 29:12
  31:1 37:17 50:1,5 51:12
  52:6 58:11 66:2,11 88:8
  102:20 119:19 124:5,7
  125:10 133:25 134:25
  135:25 136:25 137:25
expenses [1] 21:12
experience [1] 22:17
experiences [1] 22:2
expert [2] 53:14,15
expired [1] 104:6
Expires [1] 138:35
explain [2] 42:5 43:9
explained [1] 112:12
extend [1] 66:24
extras [1] 79:13
extremely [1] 56:24

- F -

face [1] 85:4
facet [2] 17:13,15
facility [3] 9:13 12:3
  100:25
facing [6] 47:10,18 65:17
  80:18,19 81:6
fact [7] 34:10 42:3 52:20
  86:13 106:24 120:14
  132:14
failed [1] 45:4
fair [5] 60:3 82:11 83:13
  86:9 99:18
fall [26] 18:20 33:14 35:9
  35:15 36:3,7,23 44:23
  49:10 50:4 51:6 53:18
  57:17 61:2,4 68:22 82:3,4
  82:6 114:10 115:7 117:24
  120:6,8 123:13 130:25
fallen [1] 93:23
falling [6] 35:13 46:10
  61:6 68:22 87:1 106:2
family [5] 20:5 98:18
  114:2 118:8,12

nny [1] 91:17

fashion [4] 64:24 68:7
9:16,18

atigue [1] 44:22

faxed [2] 124:6 126:22

February [9] 8:14:17
16:10,11,16,20,20 90:23
131:12

federal [1] 111:16

feeling [1] 17:6 74:20

feet [17] 13:8,13,15 14:18
14:24 15:21 36:10 48:3
63:9 66:18 67:5 77:12
78:16 80:20 106:3 128:9
128:23

fell [5] 86:22 87:3 93:23
121:6,20

felt [10] 44:15 52:12 56:22
69:19 77:25 78:6 81:1,2
131:13 132:10

female [1] 97:12

few [3] 65:19 83:10 118:6

field [1] 106:25 122:20

fifteen [2] 59:15 105:4

Fifth [1] 7:13

fifty [3] 117:14,15 119:4

fifty-eight [1] 29:1

fifty-four [3] 33:25 34:7
4:20

figure [1] 63:20

gured [1] 95:12

le [1] 111:16

filed [1] 114:12

fill [1] 33:5

filling [1] 33:12

finally [3] 28:7 50:17
94:24

financially [1] 138:20

fine [4] 51:4 66:7 114:24
129:8

finger [1] 113:9

fingers [2] 92:19 93:2

finish [1] 7:7

finished [1] 51:25 108:10

firm [1] 73:3

firmly [2] 65:21 83:19

first [29] 6:10,22 10:1,4
21:21 22:5,10 23:2,9 25:5
29:16 32:21 35:23 38:19
38:25 39:12 42:5 44:24
47:22 49:13,13 50:15 55:4
77:12 90:5 94:4 97:19
131:4 132:3

fishing/hunting [1]
56:4

fist [1] 112:13

t [2] 51:6,9

fitness [2] 103:22 105:12
tted [2] 51:8,10

fix [1] 114:22

fixed [2] 114:20 124:9

flat [2] 68:5 76:18

flex [2] 25:25 26:3

flimsy [1] 56:22

flip [3] 81:8,22 93:15

flippant [1] 94:3

flipped [1] 126:4

floated [1] 96:25

floor [2] 97:17

flop [3] 68:16 76:15,16

flopped [1] 69:9

flopping [2] 69:6,7

flushed [1] 130:1

folded [2] 76:13 81:19

folds [1] 76:11

folks [1] 116:12

follow [6] 27:11,22 42:1
42:6 43:9 67:11

follow-up [2] 117:23
130:21

followed [1] 41:25

foot [33] 46:14,16 47:22
47:25 48:1,6,22,23 49:2
49:13 56:22 57:3,5,5,16
59:16 60:23 63:19,21 75:4
75:4,5,6,7,9,10,12,16,18
76:1 78:17 80:14 127:10

footer [1] 61:15

Force [1] 7:11

foregoing [1] 138:13

forks [1] 72:1

form [1] 138:12

format [1] 85:21

forth [6] 12:7 64:17 67:10
74:11,12,21

forty [1] 32:25

forty-six [1] 33:13

forty-two [1] 33:10

forward [1] 95:9

found [4] 31:3 39:19
90:10 124:5

fourteen [1] 48:1

fractured [1] 106:24

frequent [1] 127:17

frequently [1] 13:20
104:18 128:17

friend [2] 58:17 89:13

friends [1] 25:19

front [7] 29:11 67:18,20
92:2 115:3 123:17 125:10

fulfilled [1] 111:6

full [6] 33:22 81:15,16,19
103:9 121:25

-G-

gaining [1] 100:19

gallbladder [2] 129:15
129:19

gallon [1] 114:4

Gary [5] 5:3 138:7

gear [1] 55:8

gee [1] 30:5

general [1] 10:5

generally [1] 62:10

George [3] 16:5 20:4
113:24

girl [1] 115:3

given [4] 38:1,3 138:14
138:30

giving [7] 12:9 22:15
37:2 75:25 94:7 97:19,21

glanced [1] 124:11

goes [2] 15:3 90:22

gone [7] 16:18,19 38:1
45:4 92:24 102:25 109:8

good [11] 44:14 51:4 57:5
57:5,19,21 70:24 74:22
91:9 108:15 132:7

goods [1] 56:6

gosh [2] 115:10 118:15

gout [2] 127:7,8,13

grab [2] 70:2 85:10
113:14

grabbed [2] 67:9 93:15

grabbing [1] 84:21

Grand [1] 23:21

grandchildren [1] 103:9

graph [1] 88:16

grating [1] 129:25

great [2] 14:9 116:3

green [9] 10:3 26:19
31:8 32:2 35:6 39:15
89:24 109:24 110:3

grey [3] 24:12,13 109:24

grid [1] 12:22

grinding [3] 92:6 93:3
95:12

ground [22] 35:6,11 45:24
46:11 52:17,18,22 63:25
71:13 83:8,12,25 84:2,20
84:23 85:2 87:6 102:4
103:14 121:8,10,13

group [5] 89:7,21,22,23
91:8

growing [1] 70:19

growth [1] 73:18

guess [12] 15:8 31:9 48:2
75:17 82:7,9 85:18 87:7
97:18 119:18 120:12
121:22

gun [3] 26:8 90:16 106:18

guy [2] 84:8 95:19

guys [2] 84:7 89:21

gym [11] 103:7,21 104:4
104:13,15 105:2,8,10,16
105:20,23

-H-

H-E [1] 6:16

half [1] 31:21

halfway [2] 31:13,20

halted [1] 50:10

Hamilton [1] 89:25

hand [33] 36:13 43:7,16
48:14 51:10 53:6 63:20
63:23 64:15,24 65:9 69:18
70:4 74:9,10,15 75:16
79:22,24 80:14 92:17 94:6
101:10,12,13 106:18,21
112:5,7 113:14 114:4
129:7 138:30

handed [7] 26:6 31:8,14
31:19 63:23 64:4 119:8

handle [1] 101:6

hands [9] 48:15,16 64:12
64:12,21 65:15 77:17
84:24,25

hang [6] 39:6,9,12 44:19
91:17 119:10

hang-ons [1] 22:23

hanging [1] 78:11

hangs [1] 68:15

happening [1] 83:4

happiest [1] 22:17

hard [1] 74:15

harness [29] 28:6,7 33:14
33:15,16,20,21,22,22,23
45:14,15 49:22,24 50:6
50:11 51:6,12,13,15 102:8
102:9,10,12,20 123:15,20
124:25 125:4

Harps [1] 134:25

Harris [1] 89:25

head [8] 32:4,6,8,12 64:25
82:19 113:1 131:6

headaches [2] 127:17,18

health [1] 18:22 19:17

hear [3] 35:14 82:3 127:25

heard [6] 22:12 36:2,11
83:5,16 86:24

hearing [6] 36:1 83:11
84:18 124:5

heat [2] 12:16,20

heavy [2] 25:22 37:4

height [6] 28:13 40:2
42:22 47:24 63:13 73:17

held [7] 48:9 50:17 67:16
68:23 69:4,16 107:22

Helen [2] 6:2,19

helicopter [1] 97:10

helium [1] 96:25

Helms [2] 6:15,23

help [13] 77:19 78:13 84:9
92:11,13,15,21 93:16,24
94:16,20,24 111:20

helped [1] 9:22

hereby [1] 138:7

hereto [1] 138:20

hernia [1] 130:11

herniated [2] 115:11,16

herniation [3] 116:5
117:21 127:5

high [1] 46:13

higher [1] 65:13

highway [1] 62:6

hill [1] 62:10

hips [1] 95:13

hired [1] 9:18

history [2] 7:10 127:7

hit [10] 24:16 69:9 77:6
84:23 87:6 114:15 121:8
121:9 122:1,1

hits [1] 68:8

hitting [3] 84:11,13,15

hold [17] 48:7,10,14 50:7
57:5,12,13,21 60:23 64:15
67:13 68:21 79:23,23
87:10 106:17,22

holders [1] 91:17

holding [5] 49:3 67:15
77:14 78:1,7

holes [1] 70:19

home [12] 16:3 45:8 56:1
95:22 100:25 101:1,15,19
101:20 109:6,11 110:4

homemade [1] 21:24

honeymoon [1] 19:2

hook [4] 64:17 122:8,10

hooked [6] 38:20 52:8
62:17 67:9 69:19 102:13

hooking [1] 51:25 80:12

hooks [1] 91:17

hospital [20] 18:6 19:21
33:2 97:15,17 98:16
100:17 101:2 103:22,24
105:14 109:6,7,11 115:22
115:23 116:18,21 130:14
131:21

hospitalized [2] 128:16
128:18

Hot [1] 19:3

hottest [1] 106:15

hours [2] 15:4 131:17

hug [2] 48:18 67:25

hugged [2] 65:17 75:6

huh [1] 96:21

hundred [10] 14:2 41:10
117:4,6,8,13,15 119:3,20
119:24

hundreds [1] 11:24

hung [4] 50:13 91:13
123:14,16

hunt [13] 26:4 42:12 89:5
89:20 90:16,17,18,19
103:12 105:24 106:16,16
110:4

hunted [5] 21:24 88:24
89:2 91:3,9

hunter [1] 123:7

hunters [1] 22:17

hunting [15] 21:14,16
25:10,19 42:15 55:8 58:17
66:18 84:8 90:2 103:11
120:7,8 122:16 123:14

hurt [12] 15:11 49:10,12
61:4,7 91:22 93:23 98:13
104:7 106:14 113:13

130:25

hurting [2] 93:6 97:20

hurts [2] 114:6,7

**-I-**

idea [22] 11:21 18:13,19
19:22,25 20:2,3 21:11,13
34:12 53:11,17 56:20 59:3
62:4 67:15 91:5 94:23
97:1 111:14 118:22
121:21

II [3] 124:9,14 128:10

imagine [1] 48:1

immediate [2] 36:2,3

immediately [11] 14:19
15:3 35:16 43:14 44:25
47:14 49:19 79:18 87:17
91:22 123:14

impartiality [1] 138:24

important [1] 132:6

impossible [1] 42:10

inaccurate [1] 31:2

Inc [1] 34:14

inches [1] 86:15

incident [2] 15:1,1

included [2] 11:8 124:22

includes [1] 9:14

including [1] 9:14

incorrect [1] 38:6

independently [1]
123:19

indicate [1] 52:20

indicating [1] 28:18

indirect [1] 62:16

individual [1] 89:10

influence [1] 37:3

information [2] 29:15
29:16,25 58:4 119:4 127:3

infrared [1] 12:16

initial [2] 109:12 132:5

initials [1] 73:21

injection [1] 17:17

injections [4] 17:16,18
97:22,23

injured [1] 28:3

injuries [2] 8:15 9:4

injury [2] 114:25 132:4

inside [2] 54:10,12

insomnia [2] 127:17,18

install [6] 40:2 47:24
63:14 64:6,13 76:12

installed [6] 47:8,11
49:16 63:12 73:17 76:18

installing [5] 46:18
64:20 65:14 71:13 72:2

instead [1] 39:22

institute [1] 7:22

instruction [3] 42:6,8
126:7

instructions [55] 23:11

23:23 24:8,21 26:22 27:2
27:3,12,15,22 28:18 40:22
41:9,14,16,19,23,25 42:1
42:16 52:14,20,23 53:10
53:16,19,24 54:3,4,10,13
54:19 55:5 56:9 61:17,18
108:21 124:8,13,15,17,19
124:20,22,23 125:9,11,13
125:20,21 126:1,6,9,12
137:25

insulin [2] 128:10,15

insurance [3] 18:9,22
114:20

intended [2] 44:25 56:18

intentions [3] 43:14,17
52:10

interest [1] 138:23

interested [2] 86:1
138:21

interfered [1] 70:21

intermittent [1] 127:8

International [1] 34:14

internet [1] 119:6,7

interrupt [1] 57:25

inverse [1] 123:14

investment [1] 11:8

involved [3] 45:20 114:9
132:7

involving [1] 53:15

inward [1] 92:18

irregular [1] 70:15

irregularities [2] 70:20
71:18

issue [2] 38:19 129:11

It'll [1] 119:18

item [5] 59:7,7,10,14
120:11

items [1] 59:17

IV [4] 95:1 96:10,15 97:24

**-J-**

Jacksonville [1] 18:25

January [4] 5:23 29:2
36:23 37:13

Jeffrey [1] 6:7

Jeremy [1] 6:8

Jerry [1] 10:13

Jessie [1] 58:14

job [7] 9:5,8 13:19,23
103:9 116:4,13

joint [4] 112:24 127:8,8
127:11

jumped [1] 78:3

jumping [1] 77:25

June [1] 8:7

Justice [1] 7:18

**-K-**

K-H-A-L-E-D [1] 10:8

K-I-D-E-R [1] 10:4

keep [4] 9:25 69:4 102:15

131:21

keeper [1] 122:7

Khaled [1] 10:6

kick [2] 75:11,13

Kider [2] 10:1,3

killers [3] 37:4 97:21
118:6

killing [3] 11:13 110:18
110:21

kills [1] 12:11

kind [32] 12:9 15:23 19:2
19:17 21:19 22:16 27:6
36:8 48:19,19 49:20 50:16
68:17 70:20 71:17 73:13
77:5,5 78:12 82:18 91:16
91:18 98:2,17 99:24
113:20 114:9 117:23
118:6 129:14 130:23
131:6

King [1] 7:13

knee [2] 129:21,25

kneel [2] 63:2,14

kneeling [9] 46:21 47:9
62:24 63:5,15,17 64:4
65:11,22

knees [3] 46:21 50:25
92:4

knelt [1] 63:1

knew [7] 41:20 93:16
95:11 96:5,11 110:2
114:22

knocked [2] 91:25 92:2

knots [2] 70:20 71:17

knowledge [9] 38:7
46:15 68:14 73:14,14
82:23 83:20 91:4 121:5

known [1] 58:10

Kristin [1] 6:8

**-L-**

L [2] 116:15,16

L-A-Z-E-N-B-Y [1]
118:23

L-M-S [1] 6:17

L-O-N-G [1] 5:14

labelled [1] 124:8

laboratories [1] 116:11

laboratory [1] 116:10

lack [1] 112:20

ladder [109] 31:10,13,15
31:19,22 39:19,21,22 40:1
40:1,6 42:4,10,11,17,21
42:24 43:1,11,15,17 44:1
44:5,6,9,19 45:8,9,21 46:1
46:3,6,13,20,23 47:2,12
48:12 49:11,13,16 51:24
52:7 55:15,21,22 56:9,14
56:15,18,21,23 57:11,14
58:3,5,13,18 59:15,22
60:4,16,17,20,21 61:10
62:3,7,13,17,22,25 63:8,9
63:19,21 64:3,9 65:11
67:17,21 75:2,3 77:1,15
78:1,6,23 79:2,3,10,14,19

79:19,25 80:2,10 84:15
85:3,4 86:2,4,5 87:12,12
87:14,23 109:17,23

ladders [1] 22:23

ladies [2] 96:8,17

lady [1] 96:8

laid [4] 68:19 92:8,15
101:11

land [8] 86:25 87:3 89:6
89:7,8 121:5,7,12

landed [4] 79:25 87:7
91:20 131:15

landing [1] 80:9

large [2] 71:24 127:11

last [11] 5:11,20 9:3 30:9
35:7,7 53:23 65:3 91:9
110:2 118:21

lasted [1] 15:18

late [5] 21:20 22:6 104:6
129:10,23

lawsuit [1] 114:12

lawyer [2] 30:4 120:21

lay [1] 115:4

laying [7] 84:2 92:25
93:5,7,9,10 100:16

Lazenby [1] 118:21

lead [1] 125:22

leads [1] 125:11

league [1] 106:6

lean [1] 68:8

leaned [1] 68:10

leaning [2] 68:13 77:5

learn [1] 88:12

lease [5] 89:7,7,9,18
94:13

least [3] 15:9 104:22,24

leave [6] 43:8,22,24 45:6
69:12 73:7

leaving [1] 99:10

led [1] 131:9

Lee [1] 5:19

left [21] 13:10 14:16,16
26:9 47:19 54:4,5 79:16
92:17,22 101:12,13,13
106:14,17 108:22 112:5,7
114:4 126:22 129:21

leg [6] 14:14,16,16 101:10
101:13 122:1

legible [1] 126:21

legs [8] 14:7,11,13 92:4,5
92:6 128:9,23

length [10] 13:8,12,14,14
19:23 44:21,22 52:12,17
118:7

Lentini [19] 30:19 34:23
34:25 50:21 57:24 58:8
66:6,10 88:23 108:4,6,9
108:13,16,18 118:18
124:3 126:25 132:19

less [4] 78:19 82:7,12,25

level [4] 13:21 65:13
102:4 113:16

life [4] 53:23 88:17 103:7
122:20

lift [2] 96:20 103:7

lifted [1] 92:17

lifting [2] 105:6 111:25

likes [1] 90:13

limit [5] 117:4 118:25
119:3,20,24

limitations [1] 13:6

limited [7] 26:3 107:9
112:7,11 113:6 116:2
117:13

line [1] 99:6

list [5] 9:23 22:21,22
59:15 103:6

literally [1] 60:10

lives [1] 89:10

living [1] 101:2

load [1] 90:18

loaded [1] 122:7

loading [2] 90:24,25

locate [1] 53:19

located [3] 16:6,7 79:1

location [5] 62:2 71:13
84:2 90:11 94:5

Loggy [13] 22:20 23:4
24:6,22 25:1,7,8,10 26:18
27:1,4,11,25

longer [3] 15:21 82:24
131:17

longest [2] 15:7,13

look [11] 28:23 29:20
34:10 40:19 82:13 108:10
108:25 119:6,13 124:10
126:5

looked [19] 25:17,18 32:3
32:5,8,9,13,14,16 35:6
71:10 82:2,3 93:14 102:12
102:15,17 119:1 125:14

looking [4] 32:2 85:14
117:2 122:4

looks [5] 10:20 59:6
90:13 119:12,15

lost [1] 119:17

Lounge [13] 22:20 23:4
25:6,7,8,17,20 26:18,20
27:2,14,21,25

lower [8] 13:9,11 14:7
17:16 76:22 115:11
117:20 118:1

lowered [1] 76:25

Lynn [1] 5:13

**-M-**

M-E-C-K-L-E-N-B-U-R-G
[1] 34:6

M-E-R-A-L-G-I-A
[1] 127:24

machine [11] 7:3,9,9
11:14,16,19,20 12:15,21
12:22 110:18

machinery [1] 34:2

machines [3] 11:13 105:6 110:21

machinist [2] 7:3,9

magazine [1] 122:24

magazines [3] 122:16 122:24 123:5

main [1] 116:21

maintain [2] 9:13 13:20

maintaining [1] 116:13

maintenance [3] 9:14 9:15 116:14

mammals [1] 12:17

manage [1] 132:12

manager [1] 8:22 9:7,8

manner [1] 81:12

manual [2] 109:14 116:23

manufacture [3] 11:6 11:13 12:6

manufactured [1] 22:3

manufacturing [2] 12:1 12:3

March [6] 5:11 18:24 37:4,7 131:4 138:36

Marcus [5] 20:8 114:2 118:11 127:22 129:2

Marcus' [1] 131:23

mark [10] 28:25 31:4 37:16 48:1 66:2 73:7 88:7 88:16 119:18 124:7

marked [4] 29:12 31:1 50:4 102:19

market [1] 11:17

marks [4] 34:9 73:10,16 79:16

marriage [2] 6:10,22

marriages [1] 6:2

married [8] 5:8,11,16,21 5:24 6:2 18:24 19:6

Mart [1] 56:5

matter [1] 85:24

matters [1] 138:9

maximum [4] 117:4,6 117:14,16

may [23] 5:21 13:1 15:4 23:8 56:7 58:3 60:7 71:4 76:9 78:19,19 79:16 82:14 103:10 104:6,20,21 105:1 108:9 110:3 111:8 121:8 138:31

mean [17] 10:18 12:12 14:2 15:2 26:1 57:2,24 59:4 60:12 82:10 86:25 109:11 112:13 113:13 114:21 117:5 119:13

meaning [3] 74:13 93:13 123:14

meant [2] 32:12 34:12

measured [1] 81:12

mechanical [2] 49:14 52:5

mechanism [2] 36:6,23

Mecklenburg [3] 7:2 34:4,5

Med [12] 18:6 98:21 99:15 99:16,18 100:9,21,24,25 101:1,6 131:2

medical [3] 17:3 127:1 127:16

medicated [1] 132:16

medicating [1] 132:15

medication [5] 17:12 20:21,23 131:18 132:14

member [3] 10:12 89:20 106:6

members [3] 9:19,21,23

membership [7] 104:1 104:3,6,8,12,18 105:17

memberships [1] 104:13

Memorial [1] 33:1

Memphis [3] 16:7 115:21 116:18

mentioned [5] 20:4 28:24 62:24 106:12 118:24

mentions [8] 58:14,24 127:7,16,23 128:8 129:5 129:11

meralgia [2] 127:23,25

metal [2] 50:3 53:15

mid [2] 90:25 131:12

middle [5] 10:24 11:10 12:24 79:2 130:13

might [9] 57:17 60:11 63:9 68:1 71:3 73:10,23 88:12 109:5

milk [1] 114:4

mill [1] 105:3

Miller [12] 10:5 34:22 57:24 66:3,9 108:4,7,12 108:15 123:25 130:20 131:11

mind [2] 30:13 108:7

mine [3] 51:10 58:17 102:18

Minnesota [4] 13:1,2,3 13:5

minor [2] 29:18,24

minutes [10] 13:15,17 14:22,22 15:5,5,9 83:1 105:3,4

missed [1] 33:9

mistake [1] 30:14

mistaken [2] 26:25 30:6

mistakes [2] 29:18,24

model [3] 23:19 24:2 119:1

Mohammad [1] 10:12

moment [7] 32:20 34:22 49:9 52:21 64:10 83:4 95:8

money [3] 21:7 111:7 123:20

monitor [1] 112:1

month [8] 40:13 100:17 104:5,5,8,12,23 110:12

months [7] 16:25 20:2 54:16 98:14 104:16 105:16 111:11

morning [1] 44:2

morphine [2] 131:1,1

mosquito [3] 11:13 110:18,21

mosquitoes [2] 12:24 13:5

mosquitos [3] 12:11,15 12:23

moss [2] 71:2,4

most [6] 9:20 22:17 106:2 117:13 123:1 132:6

mostly [1] 51:4

mother [1] 6:19

mothers [2] 6:12,14

motor [2] 114:10,11

motorcycle [5] 114:11 114:14,20 115:2,4

Mountain [2] 56:1 110:4

move [14] 13:17 15:11 30:16 74:16 75:7,8,12,15 88:1 92:4 93:9 101:17 113:7,10

moved [7] 67:8 75:13,24 92:5,19 93:2 97:6

movement [12] 12:19 35:24 36:8 74:10,15 80:24 107:9 112:8,11 113:6,8 113:19

moving [1] 82:19

MRI [1] 99:24

MULLALLY [1] 132:20

multi [1] 124:20

muscle [1] 118:6

must [5] 95:12 97:18,18 98:5 126:22

muzzle [3] 90:18,24,25

**-N-**

N-U-C-O-R [1] 8:1

nails [1] 91:17

name [11] 5:2,20 22:8,12 23:18 56:2 89:11 105:12 118:10,19,21

names [2] 6:6 16:4

narcotics [3] 20:21 37:4 131:21

narrower [1] 86:19

nature [2] 18:15 95:13

Nautalis [1] 7:19

near [3] 29:17 61:25 87:5

necessarily [1] 112:19

necessary [1] 132:10

neck [4] 35:17 67:3 68:15 79:18

need [13] 30:15,15 31:2 31:17 37:25 50:18,18

64:12 72:17 78:12 88:20 132:1,2

needed [4] 31:3 52:16 93:16,24

needs [1] 117:7

neighborhood [1] 82:8

neither [1] 138:16

net [5] 68:20,21 81:14,23 81:24

nets [1] 81:19

neuropathy [2] 128:9 128:22

never [16] 15:8 22:12,13 25:14 38:22 39:9 50:12 50:13 64:25 75:24 78:3 88:13 106:16 111:3,6 126:6

new [2] 106:14 131:15

next [16] 34:13 44:2 45:2 45:8 81:3 84:17 87:17 92:14 93:11 97:11,13,14 98:14 100:2,9 107:3

nice [1] 71:20

night [2] 19:3 131:21

nine [1] 6:8

nineteen [2] 6:9 120:4

nineties [5] 115:10 129:10,17,23 130:13

ninety [1] 80:2

noise [1] 83:16

noisy [1] 25:22

non [1] 128:10

nor [2] 138:17,20

normal [2] 53:4 103:7

north [2] 33:8 61:25

nose [2] 67:19,20

Notary [1] 138:5

note [10] 30:18 34:24 50:20 88:9,11,22 108:17 118:17 124:1 126:24

notes [1] 108:11

nothing [6] 17:20 21:9 38:4 81:20 83:13 132:20

notice [1] 35:23

noticed [6] 15:8 92:17 92:17,24 93:1,11

now [32] 9:1 11:19 20:13 20:25 35:12 36:18 53:10 55:7 58:10 59:6 60:9 63:19 66:16 67:7 68:4,22 69:13 72:4 86:6,10 87:9 89:20 97:18 103:4 106:17 110:1 112:6 117:5,15 119:3,17 121:8

Nucor [2] 7:24 116:6

nudge [2] 75:20 76:1

numb [1] 14:7

number [7] 5:6 41:10,11 59:7 77:19,21 94:8

numbers [1] 59:7

numbing [1] 128:3

numbness [8] 14:11,12

64:12 72:17 78:12 88:20 132:1,2

14:19 15:3,6,13,23 128:22

nurse [2] 131:23,23

**-O-**

oak [2] 70:16 73:14

oath [1] 37:22

obscuring [1] 69:13

observe [1] 72:11

occupied [1] 64:21

occur [2] 64:8 109:4

occurred [2] 37:19 120:17

October [9] 5:5 8:5,8,14 90:22,25 91:1,2 104:7

odd [1] 92:18

off [51] 12:18 13:4 14:18 26:8 30:18 34:24 43:6 44:6,18 45:1,20,23 46:8 46:10 47:12,21,22 49:10 50:4,20 52:17,18,22 53:6 57:17 60:25 61:2 62:15 65:5,8 67:22 77:1,14 80:6 80:7,8 85:4,5,19 86:3 88:22 108:17 113:1 118:17 121:19,21 122:2 122:22 124:1 126:24 132:2

offhand [4] 30:8 52:24 90:1 117:10

office [1] 126:23

officer [1] 7:16

official [1] 138:30

Officially [1] 11:3

often [4] 16:8 20:11,12 128:17

Ol'Man [66] 22:20,25 23:5 25:4 28:21 31:7,12 38:19 39:1,18 40:14,15 40:21 41:13 43:12,18 44:3 44:7,10 45:11,13,21 46:1 46:19 47:9,11,17,18,22 47:24 48:4,7,12,22 49:11 49:17 52:8,15 56:13 57:22 58:25 60:5 63:6,8,20 64:4 64:13,21 65:5,8,15 66:12 77:2 83:21 85:18 87:23 102:7 109:19 116:16 119:1,9,18 124:8 125:19 125:25 136:25

old [4] 21:15 26:13 102:16 107:13

oldest [1] 6:7

once [14] 13:3 31:10 43:5 53:1,2 57:20 80:20 88:14 92:2,3 104:21,22,24 126:13

ones [2] 122:19 123:21

oops [1] 67:21

open [1] 54:19

opened [1] 126:14

operation [1] 9:13

operations [3] 8:22 9:7 9:8

operator [1] 93:18

pportunity [2] 29:8 30:21
pposed [4] 39:6 52:17 81:13 97:2
opposite [1] 62:7
order [3] 20:22 23:1 58:22
ordered [1] 58:19
orders [1] 10:22
orient [1] 85:10
orientation [2] 85:21,24
original [1] 138:25
originally [3] 39:18 54:9 54:13
orthopedic [6] 16:2,5 20:5 98:11,19 113:25
Orthoscopic [1] 129:21
Ouch [1] 113:4
ourselves [1] 69:14
out-of-pocket [1] 21:11
outcome [1] 138:21
Outdoor [1] 122:20
output [1] 12:17
outside [1] 128:3
overall [1] 9:13
overseas [4] 10:20 11:5 11:9 12:1
owe [3] 21:7,9,9
wed [1] 8:5
own [5] 8:6 89:5 111:12 123:9,19
owned [3] 22:9,19 102:21
owner [1] 111:4
owner's [2] 109:14 116:23
ownership [1] 110:25
Oxford [12] 5:3 6:7,8,9 30:20 50:22 88:24 108:19 124:4 127:1 133:26 138:7
oxycontin [5] 20:24 21:3 21:5 131:3,14

-P-

P-U-R-T-L-E [1] 5:21
pack [1] 55:7
packs [1] 91:17
page [18] 29:1 31:5,6,10 32:1,23,24,25 33:13 33:25 34:7,20 35:1 119:8 119:10 124:20 133:25
paid [5] 21:5,6 58:20,21 59:5
pain [24] 13:9,10 14:5 15:25 17:13 37:3 92:1 97:20,21 106:22 107:9 112:16,17,19,22,23 113:2 113:5,9,12,20 115:7 117:20 118:6
ainful [1] 128:8
pants [1] 107:18
paper [2] 85:23 88:16
paresthetica [2] 127:24

127:25
parkay [1] 88:15
Parker [1] 106:15
part [4] 14:14 41:14 48:10 131:4
partial [1] 22:21
particular [1] 10:21 11:14 14:6,14 71:8 89:4 90:2,12 91:1 94:4 131:5
particularly [1] 127:11
parties [4] 138:17,20,22 138:29
partners [3] 11:5,6,8
parts [2] 12:7 120:15
pass [1] 64:1
past [2] 20:14 50:8
path [2] 62:3,16
Pathway [2] 19:13,14
Patricia [2] 5:19,24
Patty [1] 19:8
Paul [1] 89:25
pay [2] 9:3 18:9
peg [1] 57:9 60:25 61:2
pegs [3] 57:3,5 60:23
pelvic [1] 107:23
pelvis [8] 33:10 92:1,1,6 95:12 100:6 107:17 108:2
pen [1] 85:10
people [7] 18:8 90:1 94:15,17 122:4 125:19,24
per [1] 18:14
percent [4] 110:25,25 111:2,4
perform [1] 9:15
period [7] 51:13 98:6,17 101:4 104:3,5 110:12
peripheral [1] 128:9
permission [1] 89:15
person [2] 12:14 91:13
personal [2] 89:12 114:25
persons [1] 138:23
Pest-O-Kill [9] 8:18,21 9:6 11:11 13:7 34:11,16 131:10 132:6
pharmacy [2] 21:8,9
phone [3] 93:11,15 94:8
photograph [1] 66:4
photographs [3] 124:25 125:2,6
phrase [1] 127:25
physical [5] 13:5 17:21 17:23 18:1,5,8,12 19:19 19:24 49:14 52:5 101:22 101:24,25 102:1
physically [4] 67:12 83:4 103:9 105:24
physician [1] 16:3
physicians [2] 16:1 113:15
pick [4] 13:4 90:8 112:3

112:8
picked [1] 131:18
picking [2] 48:6 112:15
pickup [6] 13:9 67:12 108:7 112:4,14 114:4
piece [1] 50:3
pile [1] 88:19
Pills [1] 97:22
pins [1] 107:4
pitch [1] 12:13
place [9] 31:3,11 64:16 65:21 75:9 76:1 98:21 119:9 122:8
placed [1] 42:9
places [2] 33:11 72:16
Plaintiff [1] 135:25
plan [3] 39:25 44:4,23
planned [1] 45:4
planning [2] 65:6 104:10
plate [3] 100:6 107:16,20
plates [3] 107:4 112:25 113:8
platform [45] 36:10 43:13 46:16,19,21,22,25 47:1,5,6,12,18,25 48:4,7 48:11,12,23,24 61:2,5,6 64:3 65:9 66:16 67:5 72:20 74:9,14 75:4,9 76:11,18,24 77:15,15 79:6 79:7,20 81:21 83:18 84:13 86:16 109:17,19
playing [1] 96:11
plopping [1] 81:13
plus [3] 16:2 78:12 110:24
point [17] 17:12 25:7 26:8 50:24 56:17,17,20 65:6 65:12 76:22 97:25 99:21 100:16 109:4 111:4 123:12 130:23
pointing [2] 62:3,4
points [8] 61:24 74:1 75:25 78:22,23 79:5,7 122:13
poison [1] 12:12
poles [1] 35:19
Police [1] 7:14
policy [2] 44:14,14
pop [1] 88:6
popped [1] 116:3
portable [5] 58:13 59:15 59:22 60:4
position [12] 13:18 26:5 28:8 43:12 63:15 68:13 76:23 77:8 79:25 86:1 94:14 124:9
positioned [1] 62:5
positions [1] 13:20
positive [1] 10:20
possession [2] 51:15,17
possible [11] 42:22,25 49:10 59:19 76:9,11,12 76:12,17 80:8,11

possibly [1] 113:1
posts [1] 72:5
potential [2] 29:24 44:16
pound [2] 117:15 119:20 119:24
pounds [8] 13:10 112:9 112:14 117:5,6,8,14 119:4
practice [1] 102:4
preparation [1] 38:18
prescribe [2] 21:12 118:5
prescribed [4] 17:12 18:1,5 20:21
prescription [1] 101:21
prescriptions [1] 21:8
presence [1] 132:7
president [5] 9:24 10:2 10:4,6,11
pressure [2] 75:14,15 101:9 106:20
presumed [1] 42:16
pretend [1] 67:14
pretty [5] 69:25 71:23 85:3 86:25 130:1
prevent [2] 105:22 112:15
Previous [1] 127:24
price [1] 59:5
Primarily [1] 14:12
print [1] 122:23
Prisoners [1] 7:17
Pro [2] 58:12 120:1
problem [12] 37:5 44:16 51:6 92:22 93:1 105:25 113:17,22 118:20 129:7 131:9 132:1
problems [9] 16:1 25:13 105:21,22 106:22 112:5 115:14 117:24 132:13
procedure [1] 99:22
procedures [2] 99:25 107:24
proceeding [1] 138:18
process [3] 31:11 64:20 91:16
processes [1] 7:9
product [18] 11:7 22:3 41:20 58:2 61:7 109:14 110:14,17,20 116:24 119:25 124:23 125:12,14 125:21 126:4,17 132:8
production [1] 9:10
Products [1] 8:3
profit [1] 10:25
profits [4] 110:8 111:1,1 111:2
program [4] 7:3,9,22 34:3
progressing [1] 10:19
promised [1] 110:24
promises [1] 111:8
proper [1] 51:6

property [2] 89:6,15
proprietary [1] 12:9
prototypes [1] 11:15
provide [2] 17:8 138:28
provided [3] 29:5,9 49:4
providing [1] 10:21
proximity [2] 57:4 60:24
PSL [1] 59:15
pubic [1] 107:19
Public [1] 138:6
pull [7] 48:20 49:7 65:19 70:2 77:19 106:17 115:3
pulled [1] 69:20
pump [1] 131:1
punch [1] 123:17
purchase [3] 55:25 57:15 59:20
purchased [12] 21:22,23 22:6,10 23:16 40:19,21 55:23 58:2 61:10 94:13 119:24
purchasing [1] 12:7
purposes [2] 66:6 77:23
Purtle [2] 5:19 19:8
push [1] 75:18
pushed [1] 68:20
pushing [1] 106:21

-Q-

quality [1] 116:8
questions [6] 37:22 41:10 43:10 123:25 127:2 130:21
quick [1] 123:16
quickly [1] 39:19

-R-

rachet [2] 70:3,6
ran [1] 116:10
Randel [4] 10:5 109:10 109:12 131:11
ratchet [4] 65:19,20 79:10,14
ratcheting [2] 55:20 79:11
ratchetted [4] 69:22 70:9 72:8 80:13
RE-CROSS [1] 130:19
RE-DIRECT [1] 124:2
reach [2] 63:5 65:18
reached [5] 31:22 69:18 69:21 70:8 81:8
reaching [1] 84:21
read [23] 24:21 27:3,6,8 27:14 30:5,10,12,23 34:18 40:24 41:16 54:19,22 55:1 55:4 56:11 61:17 73:23 116:24 126:12,13,16
reading [3] 38:17 116:23 123:4

OXFORD VS L & L ENTERPRISES    Multi-Page™    realize - slowly
Case 3:04-cv-00196-GTE    Document 55-3    Filed 03/07/06    Page 69 of 75
GARY OXFORD; MAY 14, 2003

**alize** [1] 92:21

**reason** [11] 41:14 43:24
14:20,21 49:14,18,18 52:4
52:5,9,10

**reasonably** [2] 57:21
118:7

**reasons** [2] 48:18 117:12

**reassure** [1] 38:13

**receipt** [5] 58:12,14
59:23 134:25

**received** [4] 54:8,9 59:18
111:8

**receiving** [2] 9:11 59:16

**recent** [1] 123:1

**recline** [1] 15:11

**reclined** [1] 26:5

**reclining** [1] 13:18

**recognize** [1] 124:12

**recognized** [1] 131:22

**recollect** [1] 77:10

**recollection** [16] 23:14
31:18,23 35:13 36:22 37:9
37:20 42:20 56:7,12 64:5
86:20 95:9 97:13,13 99:25

**recommendation** [1]
101:21

**recommendations** [1]
42:2

**record** [10] 29:1 30:18
34:24 50:20 88:22 108:17
118:17 124:1 126:24
138:14

**records** [5] 17:3 105:15
105:18 127:2,16

**rectangle** [1] 85:19

**red** [1] 53:7

**redesigned** [2] 117:14
118:24

**reduced** [1] 138:11

**reference** [1] 127:4

**refills** [1] 10:22

**refreshed** [1] 36:22

**refused** [1] 18:10

**regain** [1] 92:16

**regained** [1] 92:18

**regular** [3] 16:22 20:16
20:18

**regularly** [1] 104:16

**rehab** [1] 100:24

**related** [5] 122:16 128:9
128:24 129:20 138:17

**relation** [2] 79:20 84:2

**relative** [2] 86:1 138:19

**relaxant** [1] 118:6

**relieve** [1] 17:13

**relinquish** [1] 138:25

**reliving** [1] 82:19

**remain** [1] 15:24

**remainder** [1] 23:3

**remedy** [1] 114:3

**remember** [103] 15:17

**rolled** [1] 93:10 97:5

**room** [6] 98:5,7,9,10
100:2 101:2

**rough** [1] 106:1

**round** [2] 70:13,16 71:20

**rub** [1] 66:24

**rubber** [2] 24:16,16,17

**rule** [1] 121:23

**run** [1] 91:2

**running** [4] 11:2 90:11
111:12 131:18

**runs** [4] 107:15,15,16,19

### -S-

**S** [2] 59:2,10

**safe** [9] 25:23 39:21 57:21
60:4,13 62:22 70:24 78:6
123:13

**safely** [2] 43:13 112:4

**safer** [1] 123:21

**safety** [57] 23:13,15
26:20 28:1,2,6 42:2,8,11
42:18,23,25 43:5,7,16,19
43:25 44:5,12,17,20 45:5
45:9,10,13,22 46:1,5
48:18 49:15,20 50:6,6,23
52:6,16,18,21,25 55:13
61:20 64:9 65:1,2,6,9
77:23 102:7,20,24 122:25
123:5,9,10,15,20 124:24

**salary** [4] 110:5,6,23,24

**sale** [1] 120:11

**sales** [4] 8:12 11:9 12:13
12:14

**sat** [6] 32:3 35:5,8 43:14
81:4,17

**satisfied** [4] 41:16,23
73:25 74:24

**satisfy** [1] 74:5

**save** [1] 37:15

**saw** [2] 20:12 118:19

**sawing** [1] 113:1

**says** [7] 32:8 34:2 35:6
59:15 88:11 117:4 119:9

**scale** [2] 86:12 87:10
88:10,12,18

**scans** [1] 99:24

**scar** [5] 107:15,15,16,17
115:17

**scared** [1] 98:22

**scars** [1] 107:11

**Scene** [1] 135:26

**schedule** [1] 104:20

**scheduled** [1] 16:13

**school** [1] 7:21

**scratch** [1] 68:2

**screw** [1] 91:16

**screws** [2] 107:4,22

**seal** [1] 138:30

**sealed** [2] 54:7,10

**season** [6] 25:6,11 90:21

**90** [22,24,25

**seasons** [1] 25:3

**seat** [42] 25:16 31:14 35:5
35:8 36:19 39:3 43:13
46:22,23 59:2,10 66:20
68:4,5,5,7,12,16,17 69:12
72:5,22 76:4,5,6,20,22,25
77:2 79:19 81:4,5,13,19
81:22,23 82:6,16 83:15
83:16 84:10 120:14

**seated** [5] 13:11,14,16
35:16 67:3

**second** [6] 10:6,11 31:10
31:21 37:1 85:10

**seconds** [4] 82:7,8,10,12

**secretary** [3] 10:4 33:8
34:7

**secretary/treasurer** [1]
8:23

**secrets** [1] 12:9

**section** [2] 72:6 124:24

**secure** [4] 62:18 81:1,2
102:13

**securely** [2] 43:12 76:1

**security** [2] 5:6 49:5

**seeing** [6] 12:6 20:25
50:2 53:24 95:11 119:23

**seek** [1] 16:1

**seeking** [1] 44:17

**seem** [1] 119:17

**select** [1] 70:23

**self-employed** [2]
110:7,11

**self-explanatory** [1]
34:19

**sell** [1] 13:1

**selling** [1] 11:19

**Semmes-Murphy** [1]
16:7

**send** [3] 98:20,21 99:14

**sensation** [1] 128:23

**sense** [1] 34:15

**senses** [1] 92:16

**sent** [6] 17:21 92:21 94:21
95:8 101:19 108:25

**sentence** [1] 34:13

**separate** [3] 79:12 123:9
124:23

**September** [2] 11:3,3

**series** [2] 17:17 105:15

**service** [3] 7:18 8:12
138:28

**setting** [2] 44:24 90:16

**settlement** [1] 114:23

**seventy-five** [1] 18:18

**several** [11] 15:14,18,19
17:18 20:13,15 22:9 25:12
57:13 90:11 103:8

**severe** [1] 15:25

**shake** [2] 75:10 80:23

**shape** [1] 70:15

**share** [2] 111:1,2

**90** [22,24,25

**sheet** [1] 124:7

**shipping** [1] 9:11

**shock** [3] 94:23 96:10,14

**shook** [5] 74:9,9,14 75:3
75:4

**shoot** [3] 26:6 106:13,18

**Shop** [1] 58:12

**short** [3] 101:7,14 118:7

**shortening** [1] 113:2

**shortest** [1] 15:6

**shortly** [1] 32:18

**shot** [2] 98:2 106:18

**should've** [2] 15:21
34:16

**shoulder** [2] 51:11 93:13

**shoving** [1] 74:21

**show** [15] 32:11 36:4,5
50:7 67:7,11 72:19 73:1
73:16 75:16 86:4 101:16
112:22 115:17 119:18

**shown** [2] 10:25 29:5

**shows** [1] 58:1

**side** [20] 12:1,2 14:15
47:19,19,20 62:7,14 67:22
69:4 75:12 80:9 84:19,19
86:3,16 107:8 113:3 117:9
128:4

**sign** [2] 105:10 114:24

**signed** [1] 11:4

**sister** [1] 101:2

**sit** [13] 14:18 15:2,10 26:1
35:12 38:12 44:25 47:6
60:11 81:10,12,20,23

**site** [2] 44:25 54:6

**sites** [1] 116:13

**sitting** [20] 13:16,23 26:5
30:9 36:4,5,18 66:25 67:3
76:22 79:18,20 81:17,21
82:15 85:8 93:7 105:21
105:22 114:16

**six** [15] 16:15,25 98:14
104:5,5,8,12,16,23 105:16
107:22 119:16,17 128:14
131:17

**sixteen** [1] 88:12

**size** [5] 53:4,5 59:15
71:23 109:21

**sizes** [1] 11:18

**skim** [1] 27:6

**skin** [2] 128:4,4

**skipping** [1] 45:2

**slack** [4] 65:19 68:3 69:20
69:21

**Slam** [1] 23:21

**slid** [1] 81:23

**slide** [1] 123:17

**sling** [3] 39:3 59:2,10

**slip** [3] 60:25 61:2 114:10

**slouched** [1] 50:16

**slow** [1] 81:12

**slowly** [1] 10:19

small [3] 71:24 114:21 130:9

smaller [2] 109:21,22

snap [5] 35:14 36:2,8,11 82:3

snapped [1] 122:8

snug [7] 65:20 69:25 70:3 74:6,24 80:21 122:13

snugged [3] 69:17 73:9 73:25

snugger [1] 70:7

Social [1] 5:6

sold [5] 11:17,22 26:16 26:18 125:20

solid [4] 70:24 71:20 74:1 74:4

someone [2] 20:15 60:7

someplace [1] 15:12

sometime [5] 21:1 116:2 127:10,14 131:4

sometimes [3] 15:2 104:19 120:11

somewhere [8] 75:17 82:8,20 87:7 111:19 119:21,24 126:22

son [1] 6:7

sorry [4] 10:1 32:25 60:17 60:20

sort [7] 36:16 55:9 74:20 81:12 82:19 102:21 106:25

sound [4] 35:24,25 70:12 83:5

source [1] 17:23

south [1] 61:25

space [6] 87:12,13,16,18 87:19,21

specific [4] 35:13 37:9 105:23 106:4

specifically [1] 36:6

spell [5] 7:20 7:25 10:3,7 10:9 33:3 34:5 118:22 130:4

spend [2] 85:23 105:3

spending [1] 98:14

spent [3] 101:3 111:11 123:19

spits [1] 12:23

splint [1] 131:13

splits [1] 72:1

sporting [1] 56:6

spot [1] 91:9

spring [2] 120:9 122:7

Springs [1] 19:3

square [1] 72:5

stand [224] 21:21,24 22:2 22:5,25 23:11,18,23 25:25 26:9,12 28:21 31:7,11,12 31:13,14,14,15,19 32:17 33:14 35:5 36:11,16,19 38:19 39:1,6,9,13,18,21 39:22 40:14,15,21 42:4 42:10,11,13,15,21,24 43:1

_43:6,11,12,15,17,18 44:2 44:3,9,10,19,19,24 45:3,7 45:11,13,21 46:1,1,3,13 46:19,20,23 47:5,9,11,12 47:13,17,18,22,24 48:4,7 48:11,12,23 49:1,11,1,13 49:16,17 51:24 52:1,8,12 52:15 53:25 54:20 55:1,3 55:11,21,22 56:9,13,15 57:22 58:13,18,25 60:5 60:14,19 61:10 62:3,7,13 62:17,22,25 63:2,6,8,8,10 63:13,19,21,22 64:3,9,13 64:15,21 65:11,15,24 66:7 66:12,13 67:11,12,18,21 67:22 70:21 71:9,14 72:16 73:4,5 75:2,3 76:12 77:1 77:2,12,15 78:1,1,7,7,22 78:23 79:2,3,10 80:1,2,9 80:13 82:16 83:21,22 84:15 85:3,4,18,25 86:2,2 86:2,4,5,8,9,19 87:12,12 87:14,14 89:2,4 90:16 91:13 102:4,7 108:20 109:17,20,23 114:8 115:7 116:25 117:13,14,25 118:25 119:9,11,20 120:13,20,24 121:3,6,8,9 121:17 122:2,25 123:5 124:14,16 125:3 126:13

standing [15] 13:24,25 44:5 46:6,19 47:17 63:4,7 63:25 65:11 67:17 86:22 86:23 105:21,22

stands [12] 21:18 22:19 23:10 26:13 27:24 28:17 102:24 119:1 120:9 123:10,22 124:9

stared [1] 96:15

start [6] 10:17 14:4,7 15:10 35:9 108:13

started [7] 11:3 40:17 95:1 96:10 97:21 100:18 130:25

starting [2] 91:2 130:23

state [6] 7:22 12:1,2 111:16 138:2,6

statement [30] 28:23,24 28:25 29:1,9,11,13,15,17 30:1,4,10,21,23,25 31:6 31:24 32:19,20 36:24 37:1 37:3,13,16,18 38:1,4,17 40:18 133:25

stationary [1] 105:4

stay [9] 13:8,11,13,13,15 44:24 49:19 52:11 57:22

stayed [3] 76:1 131:1,3

staying [2] 52:10 54:2

steady [1] 106:2

Steel [3] 7:24 8:1 116:6

step [21] 43:6,14 44:2 47:12,21,25 48:18,24 49:1 49:6,13 57:16,16,20,21 65:3 77:12 78:13,14,15 87:15

stepped [10] 9:20 35:5 43:13 45:12 65:8 76:24 77:14 80:15 87:22,23

stepping [6] 45:20 48:3 48:6,20 78:4,6

steps [2] 64:1 91:16

stick [21] 39:19,25 40:1,6 42:17 55:15 56:14,18,21 56:23 57:11,14 58:3,4,13 58:18 59:15,22 60:4,16 60:17

sticker [1] 50:2

stickers [1] 124:5

sticking [2] 68:17 86:3

stood [3] 65:12 75:1,7

stop [2] 9:1 13:6

stopped [2] 20:25 69:10

store [7] 56:2,4,8 61:9,10 61:12 119:6

story [1] 13:2

straddle [1] 96:11

straight [2] 85:15 87:22

strain [1] 118:1

strap [7] 24:17 52:1 65:9 65:18 69:19,21 79:4

strapped [2] 50:24 97:6

straps [3] 51:11 55:20 79:11

Stream [1] 122:20

strength [1] 105:5

Strong [1] 40:8

stubs [1] 71:16

stuck [1] 30:13

study [1] 7:8

stuff [2] 66:24 111:21

style [1] 39:13

subscribe [1] 122:16

substantial [1] 138:24

substantive [1] 29:22

substitute [1] 66:4

successful [1] 53:21

such [4] 56:23 57:1,4 105:23

sucked [1] 12:21

suffered [1] 9:5

suggest [1] 13:1

suggested [1] 52:15

suggestion [1] 113:25

summer [2] 23:7 104:7

Summit [4] 22:20 23:2 23:23 27:25

supervise [1] 9:11

supervised [1] 116:10

supervision [1] 138:13

supplied [2] 30:1,4

supplying [1] 123:22

support [4] 35:19 51:4 78:12 101:10

supported [1] 82:6

supporting [1] 51:1

suppose [3] 52:21 76:9 76:10

supposed [2] 19:24

28:18

surface [1] 71:18

surgeon [5] 16:2,5 20:5 98:11 113:25

surgeries [3] 129:18,20 130:8

surgery [15] 100:5,10 107:23,23 108:1,1 114:1 115:12,20 117:21 127:4 128:6 129:7,9,21

surgical [1] 107:24

surprised [1] 88:12

suspended [1] 51:7

swing [3] 26:9 75:21,23

swore [1] 25:19

sworn [1] 138:8

Syndrome [1] 129:5

_____

-T-

tagged [1] 111:3

tail [1] 70:2

tangled [1] 69:14

tape [1] 24:9

taper [1] 71:24

Tara [1] 39:1

tax [2] 111:16,21

technical [2] 7:22 12:15

technology [4] 7:3,3 8:6 8:9

tee [2] 27:12,22

teenager [1] 122:22

teeth [3] 24:15,16,16

Teledyne [1] 7:12

telling [4] 47:8 96:14 99:9 100:8

tendency [1] 138:24

Terra [1] 39:18 58:24,24 59:7 124:8,8,13

terrain [1] 106:1

test [3] 80:13,14 102:11

tested [2] 11:16 50:15

testifying [1] 53:14

testimony [5] 37:19 125:24 138:8,10,14

testing [2] 116:10,10

Texas [3] 7:19,21 89:10

Thank [3] 33:24 108:16 123:24

themselves [1] 59:20

theory [1] 122:3

therapist [1] 101:24

therapy [11] 17:21,23 18:1,5,8,12 19:19,24 101:22 102:1,2

there'd [2] 87:11,13

therefore [1] 18:10

thigh [4] 14:15,17 128:4 128:5

thinking [1] 66:3

third [3] 10:23 37:1 59:14

thirty [6] 13:16 14:4 82:7 82:8,12 105:3

thirty-one [1] 35:2

thirty-three [1] 32:2

thoroughly [4] 27:9,19 41:3 54:23

thought [2] 13:3 83:11

thousands [1] 11:24

through [31] 14:15 28:22 29:20 30:3,23 32:20 37:1 37:6,21 38:1,12,14,15,16 62:6,15 70:3 105:5 112:16 112:23,24 124:10,11 126:5 127:1 128:20 131:14,15,20,24 132:17

throw [4] 43:15 45:5 52:1 83:10

thumb [1] 107:3

tied [1] 96:25

tight [5] 70:9 72:9 73:9 74:22 80:21

tiles [1] 88:16

times [5] 15:4 38:16 52:25 65:20 104:19,20

tingling [1] 128:23

today [12] 22:16 29:3 30:9 32:12 33:19 35:12 36:25 38:6,18 49:23 65:25 121:3

toe [2] 57:6 127:11

toes [1] 128:25

together [5] 66:24 89:21 89:22 99:12 102:17

tonsils [1] 130:9

too [8] 13:23,23,25 25:25 56:22 60:10 76:11 90:12

took [13] 9:20 39:17,18 39:19 50:22 53:25 54:2 62:16 82:17 85:14 89:19 116:11 131:13

top [24] 31:15,15,18,21 33:10 34:7 42:11 43:1,11 44:1 46:3,6 49:16 57:20 63:1,7,21 64:8 72:22,23 75:9 79:5,25 128:4

torqued [2] 121:19 122:2

touching [1] 113:9

toward [1] 49:1

Tower [1] 119:10

track [1] 109:13

trailer [6] 54:2,5 55:10 94:11 108:22,25

trails [1] 90:11

transcribed [2] 29:17 34:8

transcript [5] 37:16,17 138:13,26,26

transcription [1] 29:25

transfer [4] 44:13,19 49:4 100:24

transferring [5] 44:10 45:18,25 46:7 48:11

Transport [1] 7:17

transported [1] 33:1
velling [1] 116:12
averse [1] 87:15
ad [1] 105:3
treasurer [1] 10:5
treat [1] 18:11
treatment [3] 18:10,14
  18:18
tree [232] 21:18,25 22:2
  22:19,20 23:4,10 24:15
  24:15,16 25:6,6,8,17,20
  26:13,18,20 27:2,14,21
  27:24,25 28:9,15,17,21
  31:7,12 33:14 36:10,16
  38:19,22,23 39:6 40:1
  42:9 43:21,22,25 44:4,18
  45:6,7,7 47:3,10,13,18
  48:9,10,14,19,22 49:3
  50:16,24 51:23,25 52:2,7
  52:8,15 55:1,11,19 56:14
  56:21,22 57:3,4,6,12
  58:13 60:5,24 61:25 62:3
  62:8,10,11,13,14 63:5,6,8
  63:9,20 64:17,21,23 65:2
  65:13,15,17,18,24 66:12
  66:13 67:11,12,16,17,18
  67:18,20,21 68:6,7,9,13
  68:18,19 69:9,23 70:10
  70:13,16,16,19,20,23
  70:24 71:1,3,8,9,9,17,21
  71:25 72:1,4,9,17 73:4,4
  73:5,7,10,11,13,15,18,19
  1 74:6,19,22 75:6
  76:7 77:2,3,6,12,15,16
  .2,7,8,13,22,23 79:4
  .14 80:9,13,18,19 81:6
  83:19,21,22,22 85:5,12
  85:14,15,18,19,25 86:1,2
  86:3,7,8,8,9,14,19 87:14
  88:24 90:6,8 91:3,9,13,13
  91:15 102:4,5,7,24 114:8
  115:7 116:25 117:25
  118:24 119:1,9 120:9,13
  120:20,24 121:3,6,7,18
  121:19,21 122:14,25
  123:5,10,22 124:9,14,16
  126:13
trees [1] 71:25
treestands [1] 39:17
Trent [6] 20:8 114:2
  118:11 127:22 129:2
  131:23
tried [7] 59:23 75:7
  103:13,15 104:24,25
  113:10
triggered [1] 130:24
triggers [1] 83:10
trip [9] 131:10,10,11
  132:3,6,9,12,17,17
trouble [1] 93:16
true [2] 38:6 138:13
tr    [1] 138:9
tr    ul [1] 37:18
tu    [1] 7:13 120:14
tubes [2] 72:23 73:10
tunnel [2] 129:5,19

turn [2] 32:4,5
turned [14] 32:3,3,4,6,8,8
  32:12,14,16 47:2 76:24
  80:17 81:4 106:25
Turns [1] 7:13
twelve [6] 46:14,16 61:15
  63:19,21 98:14
twenty [6] 6:7 14:4 31:5
  31:6 32:23 86:15
twenty-five [3] 18:17
  86:15 112:14
twenty-seven [1] 6:8
twice [2] 86:7,9
twist [2] 113:11,14
twisted [2] 120:25 121:2
twists [1] 120:21
two-seventy [1] 35:22
tying [1] 44:18
type [9] 19:19 33:19 50:6
  53:5,5 56:7 57:11 128:10
  129:11
typed [1] 34:8
types [1] 106:11
typewritten [1] 138:12

-U-

U.S [1] 7:11
umbilical [1] 130:11
unable [1] 13:9
uncomfortable [3]
  25:16 60:10,11
under [7] 37:3,4,22
  107:18 124:6 138:12,30
undergo [1] 107:24
underneath [1] 51:10
underside [1] 128:25
understand [12] 36:5
  38:17 41:5 45:19 49:20
  82:24 86:6,13 87:2,10
  99:9 125:23
understandable [1]
  41:17
Understood [1] 28:17
unemployed [2] 8:15
  8:20
uniform [1] 71:23
Unless [1] 96:25
unlike [1] 36:18
untrue [1] 38:10
up [138] 10:17 11:2 13:4
  13:17 14:23 15:11,21
  24:14,15,16 25:7 26:11
  28:8 30:16 31:8,8,13,14
  31:16,20,22 38:20 39:22
  40:1 42:9,21 43:14 44:1
  46:6,6,18,20,24 49:1,2,6
  49:11 50:7,15,18 51:25
  52:1,8 55:7,8 56:14,20
  57:22 62:17 63:10,13,23
  64:1,1 65:18,20 67:9,16
  67:25 68:5,7,17,20,23
  69:4,12,17 71:25 75:1,6,7

76:4,6,7,11,13,24 77:1,3
  77:9,11,11,12,19,25 78:3
  78:4,6,13,15 79:6 80:12
  80:21 81:21 83:1,22 87:22
  87:23 88:4,6 90:5,11,16
  92:4,5,5,11,17 93:5,7,9
  93:10 98:5,5,13 100:15
  102:5,13 106:15 108:25
  112:3,8,15 119:16,18
  122:3,13 124:5 126:14
  131:19 132:9
upside [1] 123:15
upwards [1] 123:16
used [23] 21:21 25:4,5,5,7
  25:21 27:11,21,24 28:7
  38:18 39:9 42:3,21 50:8
  51:13 52:13 71:5 79:11
  79:13 103:3 106:5 126:16
using [15] 12:20 21:18
  39:12 40:14 42:9,17,24
  56:14,14 60:14,20 67:11
  102:4,15 124:25

-V-

v-bar [4] 24:14,17,18 79:8
v-brace [1] 57:11
vague [1] 97:13
vaguely [1] 95:5
varied [1] 17:2
varies [2] 14:23,25
variety [1] 10:23
vary [2] 15:2,4
vehicle [2] 114:10,11
veins [1] 95:2
via [1] 138:10
vice [4] 10:1,4,6,11
vicinity [1] 72:2
video [9] 24:9,19,24
  26:24,25 27:1,2 32:11
  61:22
vines [1] 70:19
Vipor [1] 24:4
visit [3] 16:11 17:5 20:15
visits [2] 17:3 21:10
visually [1] 74:3

-W-

wait [1] 9:25
Wal [1] 56:4
walk [10] 13:25 14:2,9
  38:14,16 62:9 101:7,24
  103:8 105:25
walked [1] 90:9,9 101:14
walker [1] 101:8
walking [3] 105:21,22
  106:11
Ward [2] 138:5,33
warnings [1] 116:24
watch [2] 24:24 107:13
Wayne [1] 6:8
weakness [2] 112:19,20

wear [6] 27:25 28:10,19
  42:18 44:20 52:16
wearing [3] 45:21 46:1
  52:18
web [1] 55:20
webbing [2] 69:23 70:2
week [8] 20:19 91:2 97:15
  104:19,22,24 110:24
  111:9
weeks [6] 15:14,18,24
  16:14,15,25 20:1,13,15
  105:1
weighed [1] 112:14
weight [10] 35:21 51:1
  82:6 105:5 112:3 117:4,6
  118:25 119:3 121:25
weights [1] 103:7
wellness [1] 105:13
west [1] 61:25
wheel [3] 7:13 98:14
  101:5
white [1] 73:14
whole [8] 25:25 40:17
  63:14 91:16 95:5,16 99:22
  100:7
wide [4] 86:7,8,13,16
wife [8] 95:22 100:3,10
  103:8 106:11 131:19,19
  131:23
wish [1] 37:12
withdrawal [3] 131:20
  131:22,24
within [1] 118:6
without [8] 12:9 13:16
  26:11 45:21 46:1 78:1
  80:9 117:2
witness [3] 88:13 138:7
  138:10
wits [1] 100:19
Wood [4] 16:5,23 17:5
  20:5
woods [23] 13:3 39:15
  51:20,22 54:1 62:7,16
  89:2 90:3,9 94:3,4 95:20
  96:21,23 103:11,20 106:2
  108:19 110:3 112:24
  113:24 120:20
word [1] 34:8
wore [1] 28:2
worked [11] 7:12,13,14
  7:17,19,24 8:2 12:4 51:4
  110:14,19
worker [1] 19:16
world [1] 10:23
worried [1] 106:2
worse [1] 131:7
would've [10] 52:13
  56:24 62:7 65:12 66:23
  80:11 86:5,22 109:8
  111:22
wrap [4] 50:3 64:16 69:23
  72:4
wrapped [1] 64:23

wrapper [1] 119:11
wrist [14] 13:11 92:18,19
  92:22 93:3 95:11 106:14
  106:21,22,24 107:9,23
  108:1 112:16
write [2] 85:20,25
written [1] 119:21
wrong [4] 30:5,14 35:24
  38:10
wrote [1] 114:21

-X-

X [2] 86:21,23
x-rays [1] 99:21

-Y-

Y-A-M-A-T-O [1] 8:1
Y-A-O [1] 130:5
Yamato [3] 7:24 8:1
  116:6
Yao [3] 98:18 129:25
  130:2
yards [2] 14:3,4
year [10] 5:11,23 23:16
  24:10 54:14 91:4 91:1,9 111:11
  111:14 127:18
years [8] 21:15 73:24
  88:13 117:24 118:15
  123:1 127:14 128:14
York [1] 131:15

# *Burck Engineering*

*Metallurgical, Materials, and Mechanical Failure Analysis*      *Larry H. Burck, Ph.D., P.E.*

300 North Wisconsin Street, Port Washington, Wisconsin  53074
(262) 284-9562
Fax (262) 284-9567

LHB@burckengineering.com
www.burckengineering.com

February 7, 2005

Mr. Peter A. Lentini
Rawle & Henderson, LLP
Ten Lake Center Executive Park
Suite 204
401 Route 73 North
Marlton, NJ  08053

Re:  Oxford vs. L & L Enterprises/Ol' Man - Supplemental Report

Dear Mr. Lentini:

Please consider this to be a supplement to my original report in the above-referenced matter dated November 23, 2004.  Since the time of that report, I have reviewed the January 14, 2005 and January 26, 2005 supplemental reports of William Ford as well as additional photographs of the subject treestand and accident site which were reportedly provided to you by Mr. Oxford's attorney. Also, I have performed additional testing on the exemplar treestand previously tested by myself and by Mr. Ford and have examined and evaluated a treestand incorporating a design modification proposed by Mr. Ford.

The exemplar treestand which was previously tested as described in my initial report (but now fitted with replacement seat support arm tubes and with a ratcheting-type strap in place of the previous cam-type strap) was mounted to a tree with the strap hook engaged from the front of the frame and from the top of the cross bolt.  This is despite the fact that, as noted in my initial report, markings on the accident treestand frame indicate that it actually was hooked from the rear.  The presently tested hook configuration was in the general orientation shown in Plate 2 of Mr. Ford's January 26 report, except that, in the present case, the hook was installed fully engaged and seated on the cross bolt, Figure 1.  The platform of the treestand was then loaded with 100 pounds of sand, after which I stood and bounced on the treestand platform and sat in the seat with total security, Figure 2, even though this manner of hook attachment is clearly contrary to the installation instructions of the treestand manufacturer. This testing was also recorded on video tape.

A treestand which had been modified by Mr. Ford to incorporate his suggested design modification was also mounted to a tree using the ratcheting strap from the above-described exemplar treestand.  It was found that the modified treestand was not immune to the potential of a fall from misapplication of the

Exhibit "L"

Mr. Peter A. Lentini
February 7, 2005
Page 2

hook. Two examples of this are shown in Figures 3 and 4, where failure to seat the hook causes the treestand to support a certain amount of weight, depending on the extent of engagement, but to collapse under greater loading.

## Conclusions

Based on all of the work performed to date, the following opinions and conclusions are offered in addition to those previously expressed in my initial report. In addition, my previous opinions and conclusions remain unchanged.

1. The seat arm fracture scenario proposed by Mr. Ford in his most recent report is inconsistent with the fracture features present on the subject seat tube and with the extent of damage to the subject treestand.

2. The manner of hook attachment shown in Plate 2 of Mr. Ford's most recent report is an obvious misapplication of a hook, the danger of which should be apparent to any user.

3. When the strap hook is misattached from the front of the treestand frame and from above the cross bolt, which Mr. Ford suggests as a potential possibility for an accident, the treestand will still safely support its rated load so long as the hook is installed fully engaged and seated on the cross bolt. Likewise, the other three possible orientations of the hook on the cross bolt will also safely support the rated load, even those which are contrary to the manufacturer's instructions.

4. The design modification suggested by Mr. Ford does not reduce the potential for a fall if the strap hook is misattached, a condition to which it is susceptible.

5. The subject treestand, as originally designed and manufactured, will safely support its rated load provided that the hook is fully seated on the cross bolt. This is true even if the manufacturer's instructions as to how the hook should be attached are disregarded.

Sincerely,

Larry H. Burck, Ph.D., P.E.



Figure 1  Exemplar treestand installed with the strap hook
attached from the front of the treestand frame and
from above the cross bolt.



Figure 2  The exemplar treestand installed as shown in Figure 1
supporting my weight plus 100 pounds.



Figure 3  Modified treestand shown with the strap hook misapplied
and subject to collapse with sufficient further loading.



Figure 4  Another example of the strap hook misapplied to the
modified treestand, rendering it subject to collapse upon
sufficient further loading.