## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GARY OXFORD**                                                                       **PLAINTIFF**

**v.**                           **CASE NO. 3:04-CV-196 GTE**

**L & L ENTERPRISES, INC.**
**d/b/a OL' MAN TREE STANDS**                                    **DEFENDANT**

### ORDER

Before the Court is the Plaintiff's Motion in Limine. The Court held a telephone conference on this matter on March 8, 2005.[1] For the reasons stated on the record at the telephone conference, the Court denied the Motion in Limine, with exceptions regarding paragraphs 11, 13, 14, 15, and 16 of the Motion.

IT IS THEREFORE ORDERED that the Plaintiff's Motion in Limine (Dkt. #42) be, and it is hereby, GRANTED in part, and DENIED in part.

Dated this 8th day of March, 2006.

                                                        _/s/Garnett Thomas Eisele_____
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Court reporting services performed by Carolyn Fant.

- 1 -