IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY OXFORD     PLAINTIFF

VS.     NO. 3:04CV00196GTE

L & L ENTERPRISES, INC. d/b/a
OL' MAN TREE STANDS     DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the Plaintiff hereto to dismiss the Complaint against the Defendant, L & L Enterprises, Inc. d/b/a Ol' Man Tree Stands, with prejudice, as this matter has been amicably settled between the parties, the Court, being well and fully advised that all matters and controversies hereto have been amicably settled, does hereby find that this case should be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
The Honorable G. Thomas Eisele
United States District Judge

Date: April 4, 2006

Prepared and Submitted By:
David Hodges
Attorney for Plaintiff
212 Center Street
Centre Place, Fifth Floor
Little Rock, AR 72201-2429
501-374-2400

ld/100